AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| EVY GRU, et al. | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 22-cv-03925 |
| AXSOME THERAPEUTICS, INC., et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Evy Gru.

Date: 06/02/2022

/s/ J. Alexander Hood II
*Attorney's signature*

J. Alexander Hood II (JA4625)
*Printed name and bar number*

Pomerantz LLP
600 Third Avenue, 20th Floor
New York, NY 10016

*Address*

ahood@pomlaw.com
*E-mail address*

(212) 661-1100
*Telephone number*

(917) 463-1044
*FAX number*