# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| EVY GRU, et al. <br> *Plaintiff* <br> v. <br> AXSOME THERAPEUTICS, INC., et al. <br> *Defendant* | ) <br> ) <br> ) Case No. 22-cv-03925 <br> ) <br> ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Evy Gru .

Date: 06/06/2022

/s/ James M. LoPiano
*Attorney's signature*

James M. LoPiano (5694021)
*Printed name and bar number*

Pomerantz LLP
600 Third Avenue, 20th Floor
New York, NY 10016
*Address*

jlopiano@pomlaw.com
*E-mail address*

(212) 661-1100
*Telephone number*

(917) 463-1044
*FAX number*