UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
:
EVY GRU, et al.,                                            :
                              Plaintiffs,    :     22 Civ. 3925 (LGS)
:
             -against-                              :     ORDER
:
AXSOME THERAPEUTICS, INC., et al.,                          :
                             Defendants.   :
:
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the Order dated May 20, 2022, required the parties to file a proposed case management plan and joint letter by August 24, 2022, and scheduled an initial conference for August 31, 2022, at 4:10 p.m.  (Dkt. No. 5.)

    WHEREAS, the parties have not filed a proposed case management plan and joint letter. It is hereby

    **ORDERED** that the parties shall file the joint status letter and proposed case management plan as soon as possible and no later than **August 29, 2022**, at **noon**.

Dated: August 25, 2022
       New York, New York

                                                       LORNA G. SCHOFIELD
                                                     UNITED STATES DISTRICT JUDGE