UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                             :
EVY GRU, et al.,                                :
                             Plaintiffs,       :         22 Civ. 3925 (LGS)
                                                        :
                       -against-                      :                <u>ORDER</u>
                                                         :
AXSOME THERAPEUTICS, INC., et al.,          :
                                       Defendants.     :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the initial pretrial conference in this matter is scheduled for August 31, 2022. (Dkt. No. 31.)

      WHEREAS, no significant issues were raised in the parties' joint letter or proposed case management plan. (*See* Dkt. No. 32.) It is hereby

      **ORDERED** that the August 31, 2022, initial pretrial conference is **CANCELED**. If the parties believe that a conference would nevertheless be useful, they should inform the Court immediately so the conference can be reinstated. It is further

      **ORDERED** that Plaintiffs shall file an amended complaint by **October 7, 2022**. Defendants shall answer or file any pre-motion letter in connection with their contemplated motion to dismiss by **November 4, 2022**. Plaintiffs shall file any response by **November 18, 2022**. The parties shall comply with the Individual Rules III.A.1 and III.C.3 in filing the pre-motion letter and response. It is further

      **ORDERED**, regarding settlement discussions, if and when the parties are ready to proceed with a settlement conference with the assigned Magistrate Judge or mediation in the Court's mediation program, they shall file a joint letter on ECF requesting a referral.

Dated: August 30, 2022
       New York, New York

                                                              LORNA G. SCHOFIELD
                                                      UNITED STATES DISTRICT JUDGE