```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
EVY GRU, et al.,                                              :
                                  Plaintiffs,                 :    22 Civ. 3925 (LGS)
                                                              :
               -against-                                      :    ORDER
                                                              :
AXSOME THERAPEUTICS, INC., et al.,                            :
                                  Defendants.                 :
------------------------------------------------------------- X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on November 4, 2022, Defendants filed a pre-motion letter in anticipation of a motion to dismiss the operative complaint.

WHEREAS, on November 18, 2022, Plaintiffs filed a response. It is hereby

**ORDERED** that Defendants' motion shall be briefed according to the following schedule:

- By **December 16, 2022**, Defendants shall file the Motion with a memorandum of law not to exceed 25 pages.

- By **January 13, 2022**, Plaintiff shall file any opposition, not to exceed 25 pages.

- By **January 31, 2022**, Defendant shall file any reply in support of the Motion, not to exceed 10 pages.

The parties have not provided a basis to grant the extended time periods and page limits for their filings proposed in Defendants' letter. The parties shall comply with this Court's Individual Rules in filing the Motion and supporting papers.

Dated: November 21, 2022
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE