**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| EVY GRU, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> AXSOME THERAPEUTICS, INC., HERRIOT TABUTEAU, NICK PIZZIE, MARK JACOBSON, CEDRIC O'GORMAN, and KEVIN LALIBERTE, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )<br><br> No. 1:22-CV-03925 (LGS) |

## <u>DECLARATION OF MATTHEW C. MCDONOUGH</u>

I, Matthew C. McDonough, declare as follows:

1.      I am an attorney at the law firm of Morgan, Lewis & Bockius LLP, counsel for Defendants Axsome Therapeutics, Inc., Herriot Tabuteau, Nick Pizzie, Mark Jacobson, Cedric O'Gorman, and Kevin Laliberte ("Defendants").  I respectfully submit this declaration in support of Defendants' Motion to Dismiss the Amended Class Action Complaint ("Complaint").[1]

2.      Attached hereto as <u>Exhibit A</u> is a true and correct excerpt of Axsome Therapeutics, Inc.'s Annual Report on Form 10-K for the fiscal year ended December 31, 2019 ("10-K (3/12/20)").

3.      For the court's convenience hyperlinks are provided for the following documents referenced in the Complaint:

- 8-K (12/30/19)
- 8-K (3/12/20)
- 10-K (3/12/20)

---

[1] I have adhered in this Declaration to the Court's Individual Rule and Preference III.B.3 and limited exhibits to no more than 15 total exhibits, each not exceeding 15 pages.  Where convenient and possible, I have included hyperlinks to publicly available documents for the Court's convenience.  Defendants reserve the right to refer to portions of the dozens of documents referenced in the Complaint, and stand ready to provide additional materials at the Court's request.

DB1/ 134183489

- 8-K (4/6/20)
- 8-K (5/8/20)
- 10-Q (5/11/20)
- 8-K (8/10/20)
- 10-Q (8/10/20)
- 8-K (11/5/20)
- 10-Q (11/5/20)
- 8-K (3/1/21)
- 10-K (3/1/21)
- 10-Q (5/10/21)
- 8-K (8/9/21)
- 10-Q (8/9/21)
- 8-K (9/14/21)
- 8-K (11/8/21)
- 10-Q (11/8/21)
- 8-K (3/1/22)
- 10-K (3/1/22)

4.    Attached hereto as Exhibit B is a true and correct excerpt of a reputable transcript of Axsome Therapeutics, Inc.'s Fourth Quarter 2019 Earnings Conference Call dated March 12, 2020 ("3/12/20 Tr.").

5.    Attached hereto as Exhibit C is a true and correct excerpt of a reputable transcript of Axsome Therapeutics, Inc.'s First Quarter 2020 Earnings Conference Call dated May 8, 2020 ("5/8/20 Tr.").

6.    Attached hereto as Exhibit D is a true and correct excerpt of a reputable transcript of Axsome Therapeutics, Inc.'s Second Quarter 2020 Earnings Conference Call dated August 10, 2020 ("8/10/20 Tr.").

7.    Attached hereto as Exhibit E is a true and correct excerpt of a reputable transcript of Axsome Therapeutics, Inc.'s Third Quarter 2020 Earnings Conference Call dated November 5, 2020 ("11/5/20 Tr.").

8.    Attached hereto as Exhibit F is a true and correct excerpt of a reputable transcript of Axsome Therapeutics, Inc.'s Fourth Quarter 2020 Earnings Conference Call dated March 1, 2021 ("3/1/21 Tr.").

9.      Attached hereto as Exhibit G is a true and correct compilation of excerpts of three reputable transcripts of Axsome Therapeutics, Inc.'s First Quarter 2021 Earnings Conference Call dated May 10, 2021 ("5/10/21 Tr.").

10.     Attached hereto as Exhibit H is a true and correct excerpt of a reputable transcript of Axsome Therapeutics, Inc.'s Second Quarter 2021 Earnings Conference Call dated August 9, 2021 ("8/9/21 Tr.").

11.     Attached hereto as Exhibit I is a true and correct excerpt of a reputable transcript of Axsome Therapeutics, Inc.'s Third Quarter 2021 Earnings Conference Call dated November 8, 2020 ("11/8/21 Tr.").

12.     Attached hereto as Exhibit J is a true and correct compilation of excerpts of Axsome Therapeutics, Inc.'s Forms 8-K dated December 30, 2019 ("8-K (12/30/19)"), April 6, 2020 ("8-K (4/6/20)"), and December 31, 2020 ("8-K (12/31/20)").

13.     Attached hereto as Exhibit K is a document compiled by counsel titled "Public Information Relevant to Individual Defendants' Trading" attaching a true and correct copy of Bloomberg historical market data for Axsome Therapeutics, Inc.'s common stock.

14.     Attached hereto as Exhibit L are true and correct copies of excerpts of SEC filings supporting statements concerning Herriot Tabuteau's securities transactions reflected in Exhibit K.

15.     Attached hereto as Exhibit M are true and correct copies of excerpts of SEC filings supporting statements concerning Nick Pizzie's securities transactions reflected in Exhibit K.

16.     Attached hereto as Exhibit N are true and correct copies of excerpts of SEC filings supporting statements concerning Mark L. Jacobson's securities transactions reflected in Exhibit K.

17.     Attached hereto as Exhibit O is a true and correct excerpt of a Ladenburg Thalmann analyst report titled "Axsome Therapeutics, Inc. AXS-05 NDA Review Ongoing; AXS-07 April

30, 2022 PDUFA; Buy & $162 PT" dated November 9, 2021 ("Ladenburg Thalmann Report (11/9/21)").

18.    On November 2, 2022, I participated in a telephone conference with Michael Grunfeld, counsel for Co-Lead Plaintiff Evy Gru, during which I advised Mr. Grunfeld that, based on defense counsel's review of several reputable transcripts of Axsome Therapeutics, Inc.'s May 10, 2021 First Quarter 2021 Earnings Conference Call (*see* Exhibit G hereto), Plaintiffs' securities fraud allegations against Dr. Cedric O'Gorman appeared to be erroneous because the transcripts do not attribute to Dr. O'Gorman the only false statement Plaintiffs allege that Dr. O'Gorman made (*see* Complaint ¶159).    In a November 3, 2022 email, defense counsel provided those transcripts to Mr. Grunfeld.  Later on November 3, 2022, I understand that my colleague, Michael Hacker, participated in a telephone conference with Mr. Grunfeld during which Mr. Grunfeld proposed that Plaintiffs would dismiss their claims against Dr. O'Gorman if Dr. O'Gorman would enter into a tolling agreement as to such claims.  This conversation is memorialized in emails to which I was a party.  On November 4, defense counsel emailed Mr. Grunfeld declining that proposal.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 16, 2022                    */s/ Matthew C. McDonough*
    Boston, Massachusetts                    Matthew C. McDonough