# Exhibit B

**S&P Global**
Market Intelligence

# Axsome Therapeutics, Inc.

# NasdaqGM:AXSM

# FQ4 2019 Earnings Call Transcripts

## Thursday, March 12, 2020 12:00 PM GMT

## S&P Global Market Intelligence Estimates

| | -FQ4 2019- | | | -FQ1 2020- | -FY 2019- | | | -FY 2020- |
|---|---|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS |
| EPS Normalized | (0.46) | (0.71) | NM | (0.38) | (1.75) | (2.01) | NM | (1.45) |
| Revenue (mm) | 0.00 | 0.00 | ●0.00 | 0.00 | 0.00 | 0.00 | ●0.00 | 10.00 |

Currency: USD
Consensus as of  Feb-26-2020 2:09 PM GMT



**Stock Price [USD] vs. Volume [mm] with earnings surprise annotations**

**- EPS NORMALIZED -**

| | CONSENSUS | ACTUAL | SURPRISE |
|---|---|---|---|
| FQ1 2019 | (0.30) | (0.32) | NM |
| FQ2 2019 | (0.32) | (0.41) | NM |
| FQ3 2019 | (0.39) | (0.56) | NM |
| FQ4 2019 | (0.46) | (0.71) | NM |

COPYRIGHT © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

1

# Presentation

**Operator**

Good morning, ladies and gentlemen, and welcome to the Axsome Therapeutics Conference call. [Operator Instructions]

As a reminder, today's conference call is being recorded. I would now like to turn the conference over to your host, Mark Jacobson, Chief Operating Officer at Axsome Therapeutics. Please go ahead.

**Mark L. Jacobson**
*COO & Secretary*

Thank you, operator. Good morning, and thank you all for joining us on today's conference call. Our earnings press release providing a corporate update and details of the company's financial results for the fourth quarter and full year ended December 31, 2019 crossed the wire a short time ago and is available on our website at Axsome.com.

During today's call, we will be making certain forward-looking statements. These statements may include statements regarding, among other things, the efficacy, safety and intended utilization of our investigational agents, our clinical and nonclinical plans; our plans to present or report additional data; the anticipated conduct and the source of future clinical trials; regulatory plans; future research and development; and possible intended use of cash and investments.

These forward-looking statements are based on current information, assumptions and expectations that are subject to change and involve risks and uncertainties that may cause actual results to differ materially from those contained in the forward-looking statements. These and other risks are described in our periodic filings made with the Securities and Exchange Commission, including our quarterly and annual reports. You are cautioned not to place undue weight on these forward-looking statements and the company disclaims any obligation to update such statements.

Joining me on the call today are Dr. Herriot Tabuteau, Chief Executive Officer; Dr. Cedric O'Gorman, Senior Vice President of Clinical Development and Medical Affairs; Dave Marek, Chief Commercial Officer; and Nick Pizzie, Chief Financial Officer. Herriot will first provide a review of significant corporate and clinical developments for Axsome over the course of the past year, and describe upcoming milestones. Following that, Nick will review our financial results. We will then open the line for questions. I shall now turn over the call to Herriot.

**Herriot Tabuteau**
*Founder, Chairman, CEO & President*

Thank you, Mark. Good morning, everyone, and thank you all for joining Axsome Therapeutics' Fourth Quarter and Full Year 2019 Results Conference Call. 2019 was a transformative year for Axsome as we generated important clinical data for all of our investigational medicines, which we were developing for serious and difficult-to-treat CNS disorders. But many important achievements of 2019 included: positive NDA enabling clinical trial readouts for AXS-05 in depression; and for AXS-07 in migraine, propelling Axsome potentially towards commercial stage as early as next year. In addition, our AXS-12 product candidate for narcolepsy is progressing to Phase III, based on positive Phase II results and through our collaboration with Pfizer early this year, we expanded our Phase III pipeline with the addition of AXS-14 for the treatment of fibromyalgia.

All in all, we now have 4 differentiated CNS product candidates in clinical development, all of which have demonstrated efficacy in controlled trials, 2 of which are pre-NDA, with the other 2 entering or having completed Phase III trials. These product candidates provide new mechanisms of action and potentially faster, greater and broader efficacy as compared to currently available treatments. Our investigational medicines, therefore, have the potential to change the current standard of care for difficult-to-treat brain disorders and transform the lives of patients living with these conditions.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

We expect 2020 to be a year of continued operational, clinical and regulatory progress. Preparations are underway for our planned NDA filing of the AXS-05 in the treatment of major depressive disorder or MDD. AXS-05 has the potential to be the first and only oral NMDA receptor antagonist with multimodal activity for the treatment of depression. In December, we announced positive results from the Phase III GEMINI trial of AXS-05 in patients with confirmed moderate to severe MDD. In the study, the AXS-05 met the primary endpoint by rapidly, substantially and statistically, significantly improving symptoms of depression as compared to placebo. The positive results from the GEMINI trial, along with the previously completed ASCEND trial of AXS-05 in MDD support an NDA filing for AXS-05 in the treatment of MDD. And we are on track to file this NDA in the fourth quarter of 2020.

AXS-05 has been granted breakthrough therapy designation for the treatment of MDD. Preparations are also underway for our planned NDA filing of AXS-07 in the acute treatment of migraine. AXS-07 is a multi-mechanistic approach, is designed to provide enhanced efficacy as compared to currently available treatments.

In December, we announced the positive results from the Phase III MOMENTUM trial of AXS-07 in migraine patients with a history of inadequate response to prior acute treatments. In this study, the AXS-07 met the co-primary and key secondary endpoints by significantly relieving migraine pain as compared to placebo and as compared to the active comparator, rizatriptan. The positive results from the MOMENTUM trial support an NDA filing for AXS-07 in the acute treatment of migraine, and we remain on track to file this NDA in the second half of 2020. With these 2 planned NDA filings, Axsome is on track to transition to commercial stage, potentially as early as next year. And to that end, we have been building out our commercial capabilities. In December, we also announced a positive top line result from a Phase II CONCERT trial of AXS-12 in the treatment of narcolepsy. In this study, AXS-12 significantly reduced cataplexy attacks and excessive daytime sleepiness and improved cognitive function, sleep quality and sleep related symptoms. These results point to a differentiated clinical profile for AXS-12 with the potential to address all the key symptoms with narcolepsy. Based on these positive results, AXS-12 is scheduled to enter Phase III clinical trials in narcolepsy in the second half of this year. We expect the development of AXS-12 to accelerate as a result of our agreement with Pfizer, which we announced in January. This agreement covers an exclusive U.S. license to Pfizer's clinical and nonclinical data and intellectual property for reboxetine, the active pharmaceutical ingredient in AXS-12. This agreement also expands our late-stage CNS pipeline by providing us exclusive rights to develop and commercialize a new product candidate, esreboxetine or AXS-14 in the U.S. for the treatment of fibromyalgia. AXS-14 has previously demonstrated positive and statistically significant results in the Phase III and in the Phase II trial in the treatment of fibromyalgia. In addition to its effects on pain and function, AXS-14 demonstrated in both of these studies, an effect on fatigue, a difficult-to-treat symptom of this condition.

Axsome plans to meet with the FDA this year, to discuss the further clinical development of AXS-14 for fibromyalgia.

Turning now to our ongoing efficacy trials. We recently completed randomization into our STRIDE-1 trial of AXS-05 in treatment-resistant depression and into our INTERCEPT trial of AXS-07 in the early treatment of migraine. We remain on track for top line results from both of these trials before the end of this month. Our ADVANCE-1 Phase II/III trial of AXS-05 in the treatment of agitation associated with Alzheimer's disease is now more than 80% enrolled. And based on this trend, we expect top line results from this trial in the third quarter.

In summary, over the balance of the year, we look forward to several important milestones, including the NDA filings for AXS-05 and MDD, and AXS-07 in migraine, anticipated in the fourth quarter. Top line results from the STRIDE-1 trial of AXS-05 in TRD and the INTERCEPT trial of AXS-07 in migraine this quarter. Top line results from the ADVANCE-1 trial of AXS-05 in Alzheimer's disease agitation in the third quarter, and initiation of Phase III trials of AXS-12 in narcolepsy, in the second half of this year.

I would also like to recognize and congratulate Mark Jacobson on his recent appointment to Chief Operating Officer. Mark has been a valued member of the Axsome team since 2014 and served as Senior Vice President of Operations since 2017. I will now turn the call over to Nick to provide a financial update for the full year of 2019.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.