# Exhibit C


**S&P Global**
Market Intelligence

# Axsome Therapeutics, Inc.

# NasdaqGM:AXSM

# FQ1 2020 Earnings Call Transcripts

## Friday, May 08, 2020 12:00 PM GMT

### S&P Global Market Intelligence Estimates

|  | -FQ4 2019- | -FQ1 2020- |  | -FY 2019- | -FY 2020- |
|---|---|---|---|---|---|
|  | CONSENSUS | CONSENSUS | SURPRISE | CONSENSUS | CONSENSUS |
| EPS Normalized | (0.46) | (0.61) | NM | (1.75) | (2.35) |
| Revenue (mm) | 0.00 | 0.00 | 0.00 | 0.00 | 3.50 |

Currency: USD
Consensus as of May-07-2020 3:43 PM GMT

**Stock Price [USD] vs. Volume [mm] with earnings surprise annotations**



| - EPS NORMALIZED - | | | |
|---|---|---|---|
|  | CONSENSUS | ACTUAL | SURPRISE |
| FQ1 2019 | (0.30) | (0.32) | NM |
| FQ2 2019 | (0.32) | (0.41) | NM |
| FQ3 2019 | (0.39) | (0.56) | NM |
| FQ4 2019 | (0.46) | (0.71) | NM |

COPYRIGHT © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

1

# Presentation

**Operator**

Good morning, ladies and gentlemen, and welcome to the Axsome Therapeutics conference call.

[Operator Instructions] Accompanying slides are available for this presentation on the company website at axsome.com. As a reminder, today's conference call is being recorded.

I would now like to turn the conference over to your host, Mark Jacobson, Chief Operating Officer at Axsome Therapeutics. Please go ahead.

**Mark L. Jacobson**
*COO & Secretary*

Thank you, operator. Good morning, and thank you all for joining us on today's conference call.

Our earnings press release providing a corporate update and details of the company's financial results for the first quarter of 2020 crossed the wire a short time ago and is available on our website at axsome.com.

During today's call, we will be making certain forward-looking statements. These statements may include statements regarding, among other things, the efficacy, safety and intended utilization of our investigational agents; our clinical and nonclinical plans; our plans to present or report additional data, the anticipated conduct and the source of future clinical trials; regulatory plans; future research and development plans; and possible intended use of cash and investments. These forward-looking statements are based on current information, assumptions and expectations that are subject to change and involve risks and uncertainties that may cause actual results to differ materially from those contained in the forward-looking statements. These and other risks are described in our periodic filings made with the Securities and Exchange Commission, including our quarterly and annual reports. You are cautioned not to place undue reliance on these forward-looking statements, which are only made as of today's date, and the company disclaims any obligation to update such statements.

Joining me on the call today are Dr. Herriot Tabuteau, Chief Executive Officer; Nick Pizzie, Chief Financial Officer; Dave Marek, Chief Commercial Officer; and Dr. Cedric O'Gorman, Senior Vice President of Clinical Development and Medical Affairs. Herriot will first provide an overview of the company, including reviewing recent developments and upcoming milestones. Following Herriot, Nick will review our financial results. We will then open the line for questions.

I shall now turn over the call to Herriot.

**Herriot Tabuteau**
*Founder, Chairman, CEO & President*

Thank you, Mark. Good morning, everyone, and thank you all for joining Axsome Therapeutics' First Quarter 2020 Financial Results and Business Update Conference Call.

Over the past several months, we have accelerated our evolution into a leading CNS company. During this time, we continued to advance our broad and deep late-stage portfolio of novel differentiated medicines targeting difficult-to-treat CNS indications that have limited or no treatment options and that affect significant patient populations. We now believe we have one of the most robust CNS pipelines in the industry. Our late-stage CNS pipeline is not only broad but also proven as we have now generated or announced positive efficacy results from well-controlled clinical trials in 5 different indications, including depression, Alzheimer's disease agitation, migraine, narcolepsy and fibromyalgia. Overall, these conditions affect more than 60 million patients in the U.S. alone. The prevalence, seriousness of and high unmet needs represented by these conditions underscore the importance of our investigational medicines and the clinical data generated with them thus far.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Operator**

[Operator Instructions] And your first question comes from Charles Duncan with Cantor Fitzgerald.

**Charles Cliff Duncan**
*Cantor Fitzgerald & Co., Research Division*

Congrats on the clinical successes in the last 12 weeks and 12 months. I had a couple of questions with regard to the NDAs for 05 in MDD and 07 in migraine. I wondered, what are the rate-limiting steps for the March 2 NDA filing? Is there any new clinical data, including safety exposure or CMC activities? And are -- these steps, would you characterize them as experimental or box-checking milestones?

**Herriot Tabuteau**
*Founder, Chairman, CEO & President*

Thank you, Charles, for the question. The rate-limiting steps really, from a time perspective, would be our open-label safety extension trials. We do need 300 patients treated for 6 months and 100 patients treated for 1 year for each product candidate. This is for AXS-05 as well as for AXS-07. And we do expect to have those studies completed in the third quarter, which would put us on track to file our NDAs in the fourth quarter. With regards to CMC activities, there are registration batches which are being manufactured. Now a good thing for us is that we have been manufacturing our clinical trial supplies at commercial scale and also at the same CMO that we're using for commercial production. So there's no scale-up that needs to be done. Now with regards to manufacturing, any kind of science, there's always tweaks and experimentation, but I would say that there is no rate-limiting step and there is no extensive experimentation. This is simply manufacturing our registration batches for regulatory purposes.

**Charles Cliff Duncan**
*Cantor Fitzgerald & Co., Research Division*

And Herriot, would you schedule a pre-NDA meeting before either of those 2, the safety or CMC activities, are completed?

**Herriot Tabuteau**
*Founder, Chairman, CEO & President*

The pre-NDA meetings are standard and also they're recommended. And so yes, we -- so those -- the pre-NDA meetings for both AXS-05 and AXS-07 are part of our process.

**Charles Cliff Duncan**
*Cantor Fitzgerald & Co., Research Division*

Okay. And then just one last question. You've very nicely outlined, call it, the market opportunity for these 2 candidates in the United States, and it's substantial. But when I think about challenges with the indications that you're seeing, I'm kind of wondering if, first of all, that market opportunity may grow, certainly with the impact of COVID, in psychiatry. But also, I'm particularly curious about what your thoughts are with regard to ex U.S. commercial strategies. Would you consider out-licensing? Or what are your current thoughts there?

**Herriot Tabuteau**
*Founder, Chairman, CEO & President*

So with regards to the effect of the COVID-19 pandemic on our market opportunities, unfortunately, the measures that have been put in place, which include social distancing as well as sheltering in place, are key risk factors for depression. And in fact, an increased incidence of depression has been documented and has been reported from various sources. So unfortunately, that is a reflection of the current environment that we're in. Now with regards to market opportunities outside of the U.S., we do think that they are significant. You're correct that the sales potentials that we outlined -- and we did this

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.