# Exhibit D



# Axsome Therapeutics, Inc.
# NasdaqGM:AXSM
# FQ2 2020 Earnings Call Transcripts

## Monday, August 10, 2020 12:00 PM GMT

## S&P Global Market Intelligence Estimates

| | -FQ1 2020- | -FQ2 2020- | -FY 2020- | -FY 2021- |
| --- | --- | --- | --- | --- |
| | CONSENSUS | CONSENSUS | CONSENSUS | CONSENSUS |
| EPS Normalized | (0.66) | (0.61) | (2.76) | (2.81) |
| Revenue (mm) | 0.00 | 0.00 | 0.00 | 26.78 |

Currency: USD
Consensus as of Aug-10-2020 7:40 AM GMT

**Stock Price [USD] vs. Volume [mm] with earnings surprise annotations**

- EPS NORMALIZED -

| | CONSENSUS | ACTUAL | SURPRISE |
| --- | --- | --- | --- |
| FQ2 2019 | (0.32) | (0.41) | NM |
| FQ3 2019 | (0.39) | (0.56) | NM |
| FQ4 2019 | (0.46) | (0.71) | NM |
| FQ1 2020 | (0.66) | (0.88) | NM |

COPYRIGHT © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

1

# Presentation

**Operator**

Good morning, and welcome to the Axsome Therapeutics conference call. [Operator Instructions] As a reminder, today's conference call is being recorded.

Now I'd like to turn the conference over to your host, Mark Jacobson, Chief Operating Officer at Axsome Therapeutics. Please go ahead.

**Mark L. Jacobson**
*COO & Secretary*

Thank you, operator. Good morning, and thank you all for joining us on today's conference call.

Our earnings press release providing a corporate update and details of the company's financial results for the second quarter of 2020 crossed the wire a short time ago and is available on our website at axsome.com.

During today's call, we will be making certain forward-looking statements. These statements may include statements regarding, among other things, the efficacy, safety and intended utilization of our investigational agents; our clinical and nonclinical plans; our plans to present or report additional data; the anticipated conduct and the source of future clinical trials; regulatory plans; future research and development plans; and possible intended use of cash and investments. These forward-looking statements are based on current information, assumptions and expectations that are subject to change and involve risks and uncertainties that may cause actual results to differ materially from those contained in the forward-looking statements. These and other risks are described in our periodic filings made with the Securities and Exchange Commission, including our quarterly and annual report.

You are cautioned not to place undue reliance on these forward-looking statements, which are only made as of today's date, and the company disclaims any obligation to update such statements.

Joining me on the call today are Dr. Herriot Tabuteau, Chief Executive Officer; Nick Pizzie, Chief Financial Officer; Dave Marek, Chief Commercial Officer; and Dr. Cedric O'Gorman, Senior Vice President of Clinical Development and Medical Affairs.

Herriot will first provide an overview of the company and then review recent developments and upcoming milestones. Following Herriot, Nick will review our financial results. We will then open the line for questions.

I shall now turn the call over to Herriot.

**Herriot Tabuteau**
*Founder, Chairman, CEO & President*

Thank you, Mark. Good morning, everyone, and thank you all for joining Axsome Therapeutics' Second Quarter 2020 Financial Results and Business Update Conference Call.

Over the past several months, we continued to advance our AXS-05 and AXS-07 product candidates towards NDA submissions in major depressive disorder and migraine, respectively.

Across our broad development pipeline, we achieved several important clinical and regulatory milestones, including 2 FDA Breakthrough Therapy designations.

I will provide a pipeline update, highlight the achievements in the quarter and will then review our upcoming milestones.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Starting with AXS-05 in depression. This morning, in addition to our regular quarterly financial results press release, we issued a separate press release focused solely on the progress in our depression program, including the generation of new clinical data.

We remain on track to submit the NDA for AXS-05 in the treatment of major depressive disorder, or MDD, in the fourth quarter. To that end, we have completed a successful pre-NDA meeting with the FDA for AXS-05 in MDD. In addition, we have completed enrollment in the Phase III open-label safety trial of AXS-05 in MDD, which we call the COMET study to support the planned NDA filing.

We are also conducting 3 Phase II open-label efficacy sub-studies of the COMET trial, which will evaluate the efficacy and safety of AXS-05 in 3 clinically pertinent MDD patient populations: the COMET-TRD trial in treatment-resistant major depressive disorder, or TRD; the COMET-AU trial in antidepressant unresponsive MDD, defined as patients who continue to have depression symptoms despite treatment with 1 standard antidepressant; and the COMET-SI trial in patients with suicidal ideation. Efficacy results from these studies are expected in the fourth quarter of this year and will further inform the entire depressant profile of AXS-05.

We also initiated a Phase II double-blind, placebo-controlled, randomized withdrawal study in patients with TRD, which we call the MERIT trial. Results from MERIT trial are expected in the first half of 2021. The MERIT and COMET TRD trials are being conducted in lieu of the previously planned Phase III trial in TRD. This approach will more quickly generate clinically useful information with AXS-05 in this treatment-resistant MDD population, starting as early as the fourth quarter of 2020.

Overall, these new trials will generate additional data on AXS-05 across a broad spectrum of MDD patient types by the time of commercialization. We believe that this information will be helpful to prescribers and patients, especially given the new mechanism of action of AXS-05.

Moving on to our program in Alzheimer's disease agitation with AXS-05. In June, we received Breakthrough Therapy designation from the FDA for AXS-05 in the treatment of Alzheimer's disease agitation. This designation is supported by the positive results from our ADVANCE-1 pivotal trial, which demonstrated a substantial reduction in agitation in Alzheimer's disease patients as compared to placebo. We are on track to initiate a second Phase III trial of AXS-05 in this important indication in the fourth quarter of this year.

Switching now to our migraine program with AXS-07. We remain on track to submit the NDA for AXS-07 for the acute treatment of migraine in the fourth quarter. To that end, we have completed enrollment in the Phase III open-label safety extension trial of AXS-07 in migraine, which we call the MOVEMENT study to support a planned NDA filing.

As we move towards the filing of our NDAs in the fourth quarter for AXS-05 and for AXS-07, our commercial team is focused on launch readiness activities to ensure successful commercial execution.

Moving next to our narcolepsy program with AXS-12. Last week, we received FDA Breakthrough Therapy designation for AXS-12 for the treatment of cataplexy in patients with narcolepsy. The designation was supported by the positive results from the Phase II CONCERT study, which demonstrated substantial and rapid improvements in cataplexy and excessive daytime sleepiness with AXS-12 as compared to placebo. We are on track to initiate Phase III trial of AXS-12 in the treatment of narcolepsy in the fourth quarter of 2020.

Our industry-leading late-stage CNS pipeline has now been granted 3 FDA Breakthrough Therapy designations: AXS-05 in MDD, AXS-05 in Alzheimer's disease agitation and AXS-12 in cataplexy in narcolepsy. These designations exemplify our commitment to developing potentially life-changing medicines for patients with difficult-to-treat CNS conditions and highlight our innovative approach to clinical development and the potential for our products to provide significant advances in patient care.

With regards to major upcoming milestones, the rest of the year promises to be a busy time. We remain on track to submit our NDAs for AXS-05 in major depressive disorder and for AXS-07 in the acute treatment of migraine, both in the fourth quarter. We anticipate efficacy results with AXS-05 COMET-TRD trial in treatment-resistant depression; a COMET-AU trial in antidepressant unresponsive MDD; in the

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.