# Exhibit E

**S&P Global**
Market Intelligence

# Axsome Therapeutics, Inc.

# NasdaqGM:AXSM

# FQ3 2020 Earnings Call Transcripts

## Thursday, November 05, 2020 1:00 PM GMT

### S&P Global Market Intelligence Estimates

| | -FQ2 2020- | -FQ3 2020- | | -FY 2020- | -FY 2021- |
|---|---|---|---|---|---|
| | CONSENSUS | CONSENSUS | SURPRISE | CONSENSUS | CONSENSUS |
| EPS Normalized | (0.61) | (0.57) | NM | (2.67) | (2.94) |
| Revenue (mm) | 0.00 | 0.00 | 0.00 | 0.00 | 21.88 |

Currency: USD
Consensus as of Oct-09-2020 12:06 PM GMT



**Stock Price [USD] vs. Volume [mm] with earnings surprise annotations**

| - EPS NORMALIZED - | | | |
|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE |
| FQ3 2019 | (0.39) | (0.56) | NM |
| FQ4 2019 | (0.46) | (0.71) | NM |
| FQ1 2020 | (0.66) | (0.88) | NM |
| FQ2 2020 | (0.61) | (0.49) | NM |

COPYRIGHT © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Presentation

**Mark L. Jacobson**
*COO & Secretary*

Thank you, operator. Good morning, and thank you all for joining us on today's conference call. Our earnings press release providing a corporate update and details of the company's financial results for the third quarter of 2020 crossed the wire a short time ago and is available on our website at axsome.com.

During today's call, we will be making certain forward-looking statements. These statements may include statements regarding, among other things, the efficacy, safety and intended utilization of our investigational agents; our clinical and nonclinical plans; our plans to present or report additional data; the anticipated conduct and the source of future clinical trials; regulatory plans; future research and development plans; and possible intended use of cash and investments.

These forward-looking statements are based on current information, assumptions and expectations that are subject to change and involve risks and uncertainties that may cause actual results to differ materially from those contained in the forward-looking statements. These and other risks are described in our periodic filings made with the Securities and Exchange Commission, including our quarterly and annual reports. You are cautioned not to place undue reliance on these forward-looking statements, which are made only as of today's date, and the company disclaims any obligation to update such statements.

Joining me on the call today are Dr. Herriot Tabuteau, Chief Executive Officer; Nick Pizzie, Chief Financial Officer; Lori Englebert, Senior Vice President, Commercial and Business Development; and Dr. Cedric O'Gorman, Senior Vice President of Clinical Development and Medical Affairs. Herriot will first provide an overview of the company and then review recent development and upcoming milestones. Following Herriot, Lori will comment on our commercialization approach, and then Nick will review our financial results. We will then open the line for questions.

I shall now turn over the call to Herriot.

**Herriot Tabuteau**
*Founder, Chairman, CEO & President*

Thank you, Mark. Good morning, everyone, and thank you all for joining Axsome Therapeutics Third Quarter 2020 Financial Results and Business Update Conference Call. Over the past several months, we continued to advance our AXS-05 and AXS-07 product candidates towards NDA submissions in major depressive disorder and migraine, and we intensified our commercial launch readiness activities. Committed capital from our recently announced term loan facility, combined with cash on hand, approached $400 million, strengthening our balance sheet through these anticipated commercial launches.

In the quarter, we also advanced the rest of our late-stage pipeline, including 2 positive FDA Breakthrough Therapy designation meetings for AXS-05 in Alzheimer's disease agitation and AXS-12 in narcolepsy. And we scheduled an FDA meeting for AXS-14, our product candidate, for the treatment of fibromyalgia. Our intellectual property portfolio continues to grow with recently issued and allowed patents for AXS-05 in depression now extending to 2040.

We anticipate an active next few months as we complete our NDA submissions for AXS-05 and AXS-07, release top line efficacy data from open-label trials with these product candidates, initiate Phase III trials for AXS-05 and AXS-12 in Alzheimer's disease agitation and narcolepsy, and meet with the FDA on AXS-14 for fibromyalgia.

I will provide a brief pipeline update before handing it over to Lori, who will discuss our commercialization strategy for AXS-05 in depression. Then Nick will discuss our financial results.

Starting with AXS-05, our novel oral NMDA receptor antagonist. Pre-submission activities for the NDA for AXS-05 for the treatment of MDD are nearing completion. We expect to submit the NDA in January instead of by year-end, reflecting a COVID-19-related logistical delay from one vendor. We have completed

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

a Phase III open-label long-term COMET safety trial of AXS-05 in depression. The 3 Phase II open-label efficacy sub-studies of the COMET trial have also been completed, and we are on track to report top line results from these efficacy studies by year-end.

Our placebo-controlled MERIT trial in TRD, or treatment-resistant depression, is on track to report results in the first half of next year.

Moving on to our program in Alzheimer's disease agitation with AXS-05, which received FDA Breakthrough Therapy designation in June. Results of the subsequent breakthrough therapy meeting for this indication confirmed the pivotal status of our positive completed ADVANCE-1 trial. Consequently, only one additional Phase III trial is needed to support the filing of an NDA for AXS-05 in this indication, and we remain on track to initiate that study before year-end.

Switching now to our migraine program with AXS-07. The major NDA-related items are on track for completion by year-end. We now plan to submit the NDA in the first quarter of 2021 versus previous guidance of the fourth quarter of 2020 in order to allow for inclusion of supplemental manufacturing information. We believe that this approach will enhance the robustness of our submission.

We have completed the MOVEMENT Phase III open-label long-term safety trial of AXS-07 in migraine. We now expect to announce efficacy results from this trial in the fourth quarter of 2020.

Moving next to our narcolepsy program with AXS-12, which received FDA Breakthrough Therapy designation in August. We recently announced the expedited development status and plan for AXS-12 following a breakthrough therapy meeting. One Phase III efficacy trial, which, along with the previously completed Phase II CONCERT trial, will be used to support the filing of an NDA for approval of AXS-12 for the treatment of cataplexy in narcolepsy. We remain on track to initiate this Phase III trial in the first quarter of 2021.

Ahead of the potential launches of AXS-05 and AXS-07 starting next year, our commercial readiness activities have been accelerating. These activities include the build-out of our proprietary Digital-Centric Commercialization, or DCC, platform. Our partnership with Veeva Systems announced yesterday will provide digital technology that will be incorporated into the DCC platform. We are excited both by the clinical profile of our product candidates and our planned commercialization approach.

I will now turn it over to Lori, who will provide some observations as it relates to the growing need in depression and some insights into our planned commercialization approach.

**Lori Englebert**
*Senior Vice President of Commercial & Business Development*

Thank you, Herriot, and good morning, everyone. We are excited to talk to you this morning for the first time about our commercialization plans. As you may have noticed, yesterday, we announced a partnership with Veeva to help build our proprietary Digital-Centric Commercialization platform. I will speak more about why we believe this commercialization approach makes sense for us later. But first, I'd like to remind everyone why we believe AXS-05 has the potential to have such a significant impact on the MDD market.

We are increasingly excited about the opportunity to meaningfully change the way physicians view what's achievable with the pharmacological treatment of depression and to have a lasting impact on patients.

It should come as no surprise that the pandemic is having a profound effect on people. One of the most striking effects is the sharp rise in depression. Results of an epidemiological study recently published in JAMA, demonstrated that the number of U.S. adults with depression symptoms has increased 300% versus prior to the pandemic. This increase is even more notable given the prevalence of depression was already high pre-pandemic. The increase is heavily skewed towards individuals who are already in the moderate to severe depression category.

On top of the sharp increase in prevalence, the MDD market still has extremely high unmet needs. Through primary market research with physicians and patients, 4 areas continually identified as

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

this indication. So we were very pleased with the results of the ADVANCE-1 in trial. And not only was there a very significant reduction in symptoms, but the reduction was clinically meaningful.

One of the takeaways when you look at the data, we thought, was the fact that the average reduction from baseline symptoms is about 50%. So very strong set of results. And of course, not only do you want to control symptoms, but you want to make sure that the safety profile is there and that the drug is well tolerated, especially in this vulnerable population. And so we're pleased with that outcome, too. And I'll let Cedric maybe make some comments, if he has any, with regards to the reaction from the forum and thereafter after our presentation from the scientific community.

**Cedric O'Gorman**
*Senior Vice President of Medical Affairs*

Yes. Hi, Charles. Thanks, Herriot. And the main takeaway from the CTAD was there was a great level of interest. At one point, the attendees numbered close to 600. So that was really great. We were encouraged by that. And then as Herriot said, the translation of the improvement in symptoms on the primary outcome measures, the CMAI into clinically meaningful response rates. And I think the fact that there is no drug approved for AD agitation had a lot of people excited with the data.

And then of course, from a safety perspective, not associated with sedation or cognitive impairment, so important to this patient population, high rates of completion in the study and low rates of fall similar to placebo, which was also good. So I think taken in totality, people are looking forward to the next trial and the continued development for -- with AXS-05 in this indication.

**Charles Cliff Duncan**
*Cantor Fitzgerald & Co., Research Division*

Yes. In that presentation, you mentioned that the trial was being designed. I imagine you're probably pretty far down the process of doing that. Can you provide some color on what that next Phase III looks like in terms of size or timing and endpoints?

**Herriot Tabuteau**
*Founder, Chairman, CEO & President*

So Charles, we're very close to providing all that information because as we mentioned in our prepared remarks, we are on track to launch that confirmatory Phase III trial this year. What we have disclosed, of course, are general parameters around the design, which will be a randomized withdrawal design. And so we like that design feature. This will be placebo-controlled. And that relates to your size question. Since this will be a 2-arm trial, we would expect it to be smaller than the last study just by the fact that it's 2 arms versus 3 arms. But we'll provide you additional details soon as we get ready to start the study by year-end.

**Operator**

We have a question from Marc Goodman with SVB Leerink.

**Marc Harold Goodman**
*SVB Leerink LLC, Research Division*

Yes. So Herriot, can you just give us a little more color on 2 issues? One, you mentioned that 05 has been delayed into January because of one vendor. How much are we on top of that situation such that you're very confident that it's only going to be delayed into January? Or is this one of those things where it's a little open-ended?

And then the second issue was the -- for 07, you talked about the NDA in the first quarter, including extra manufacturing information. Can you give us kind of the same sense of confidence that -- as my first question, with respect to what's going on here? Maybe you can give us a little more color on how much we're on top of it and it's definitely going to be not any more delayed than that.

**Herriot Tabuteau**

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

*Founder, Chairman, CEO & President*

So thanks, Marc, for those questions. With regards to AXS-05, it is one vendor. And the logistical issue is very straightforward. Because of COVID-related backup, they are not able to deliver a report to us until the very end of December. So that's later than we had expected. So we're on top of it, and we'll definitely get that by the end of December, but we wanted to make sure that we let you know that it could slip into January. So we're pretty confident that we'll be able to file it in January. So it is one isolated vendor, and it is only a report.

So with regards to AXS-07, this is a little bit of a different situation here. This is a situation whereby, by the end of the year, we will have completed all the major activities which are needed to file our NDA, and we're on track to do that. And because of the unique manufacturing behind the MoSEIC technology, we want to make sure that we have as robust as possible of a submission package. So we continue to generate data. And the question is how much do you include. And since we will be having some data in the early part of the year, we'd love to be able to include that in the package. But to provide some additional color on that, I'm going to turn it over to Mark Jacobson.

### Mark L. Jacobson
*COO & Secretary*

Good morning, Marc. So just want to be clear, this is not the result of a manufacturing or stability issue or anything like that. It's exactly as Herriot said that we will have data available that, we think, would add to the submission, given it's a novel delivery technology. And so that will just allow us to make the package as robust as possible.

### Operator

[Operator Instructions] We have a question from Yatin Suneja with Guggenheim Partners.

### Yatin Suneja
*Guggenheim Securities, LLC, Research Division*

I have 2 questions. First, with regard to the MERIT study, can you maybe -- I think you did make some comment, but I missed it, but can you maybe just talk about what characteristics of the drug you need to further elucidate before you start a Phase III in TRD? And then do you actually need a Phase III or maybe this one could be sufficient? So that's one piece.

And then with regard to the COMET disclosure that we're going to have, again, this is going to be nonplacebo-controlled. So just trying to get a sense of what level of disclosure you will make and how should we interpret those data given lack of placebo arm in the study.

### Herriot Tabuteau
*Founder, Chairman, CEO & President*

Thank you, Yatin. So with regards to the MERIT trial, the -- this is a study in TRD. It is a randomized withdrawal study. And so that will give us some new information with regards to 05 in that study design because all of our prior studies have been parallel group studies. This -- these data will supplement the data that we will be releasing by year-end from our COMET TRD trial, which is open-label, as you mentioned.

But with regards to TRD, remember that the label that we'll be filing for is MDD, which is the broadest indication. And that includes all subsets of major depressive disorder, which includes patients who failed one antidepressant or patients who failed 2 or more antidepressants who would -- who may be classified as treatment resistant as well as in patients who have suicidal ideation, et cetera.

So we have a broad label which captures the entire spectrum of MDD patients. And the point of the MERIT trial as well as the COMET sub-studies is to provide data to clinicians in terms of how the product performs in these various populations. So by the time that we launch the trial, we hope to have -- we will have -- we hope to have these data -- some of these data published and, certainly, we'll be sharing them with you before year-end.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Okay. And then maybe a question for Lori. With respect to your plans of utilizing the DCC approach, can you speak to other examples of companies or products that have been launched in a similar fashion or some of the components of what you're thinking about that have been successful in the past?

**Lori Englebert**
*Senior Vice President of Commercial & Business Development*

Sure. So we don't believe that there are any other companies using a platform such as this to launch. And that's part of why we think this is so important and also speaks to -- the trends in the marketplace are what's driving our decisions to do this. It's largely led by what's happening with the pandemic, but it's also forcing behavior changes that we believe are not going to change in terms of adoption of remote detailing that allows for convenience as well as efficiency for both companies as well as physicians.

There are several companies who have launched in a primarily remote fashion over the course of the pandemic period and have done so quite well. They have -- there have been instances where that approach worked very well. But again, what benefit we get is that we don't have to quickly pivot, meaning we don't have to take a sales force that was primarily prepared to be face-to-face and switch them to remote. We don't have to reintegrate systems that could be very clunky and complicated. We get to build it from scratch, and so we think this sets us up for a very efficient position.

**Operator**

We have a question from Joon Lee with Truist Securities.

**Miguel Eduardo Munoz**
*Truist Securities, Inc., Research Division*

This is Miguel on the line for Joon. Could you provide more specifics on what manufacturing data related to the MoSEIC platform will be added for AXS-07? Question is, what are the key discussion points with the upcoming meeting with the FDA regarding AXS-05 for smoking cessation? And what is the role of the new collaboration moving forward?

**Herriot Tabuteau**
*Founder, Chairman, CEO & President*

Great. So with regards to the additional manufacturing information, this is standard information when you manufacture additional batches. So we continue to manufacture additional batches of drug. And while we already have very long-term stability data on other batches, we think that because of the unique nature of the delivery technology, this can only help to make the submission robust and assure that there are no hiccups during review.

With regards to the AXS-05 in smoking cessation, what we're going to be looking for from that FDA meeting is guidance on the path forward to get the product approved. So -- and that is typically what we like to do early on in development with our product candidates is to get agreement, preliminarily with the agency, on various points of clinical development that give -- that would give us confidence to be able to move quickly once we have that information.

Typically, we would have gotten that information already, but with AXS-05 in smoking cessation, the development there was a little bit different because we did conduct that Phase II trial under a collaboration with Duke University. So but we're looking forward to this FDA meeting and to getting clarity on the path forward.

**Operator**

We have time for one more question that comes from Myles Minter with William Blair.

**Myles Robert Minter**
*William Blair & Company L.L.C., Research Division*

Maybe just one for Lori. I'm just wondering with the DCC commercial rollout, obviously, the initial focus will be to really talk to those neuropsychs and neurologists out there. But given the nature of the platform,

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.