# Exhibit F

**S&P Global**
Market Intelligence

# Axsome Therapeutics, Inc.

# NasdaqGM:AXSM

# FQ4 2020 Earnings Call Transcripts

## Monday, March 01, 2021 1:00 PM GMT

### S&P Global Market Intelligence Estimates

|  | -FQ3 2020- | | | -FQ4 2020- | -FY 2020- | -FY 2021- |
|---|---|---|---|---|---|---|
|  | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | CONSENSUS |
| **EPS Normalized** | (0.55) | (0.58) | NM | (0.70) | (2.54) | (3.78) |
| **Revenue (mm)** | 0.00 | 0.00 | ●0.00 | 0.00 | 0.00 | 12.12 |

Currency: USD
Consensus as of  Feb-01-2021 11:14 AM GMT



**Stock Price [USD] vs. Volume [mm] with earnings surprise annotations**

|  | - EPS NORMALIZED - | | |
|---|---|---|---|
|  | CONSENSUS | ACTUAL | SURPRISE |
| **FQ4 2019** | (0.46) | (0.71) | NM |
| **FQ1 2020** | (0.66) | (0.88) | NM |
| **FQ2 2020** | (0.61) | (0.49) | NM |
| **FQ3 2020** | (0.55) | (0.58) | NM |

COPYRIGHT © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Presentation

**Operator**

Good morning, and welcome to the Axsome Therapeutics conference call. [Operator Instructions] As a reminder, today's conference call is being recorded. I would now like to turn the conference over to your host, Mark Jacobson, Chief Operating Officer of Axsome Therapeutics. Please go ahead.

**Mark L. Jacobson**
*COO & Secretary*

Thank you, operator. Good morning, and thank you all for joining us on today's conference call. Our earnings press release providing a corporate update and details of the company's financial results for the fourth quarter and full year of 2020 crossed the wire a short time ago and is available on our website at axsom.com. During today's call, we will be making certain forward-looking statements. These statements may include statements regarding, among other things, the efficacy, safety and intended utilization of our investigational agents; our clinical and nonclinical plans; our plans to present or report additional data; the anticipated conduct and the source of future clinical trials; regulatory plans; future research and development plans, commercial plans; and possible intended use of cash and investment.

These forward-looking statements are based on current information, assumptions and expectations that are subject to change and involve risks and uncertainties that may cause actual results to differ materially from those contained in the forward-looking statements. These and other risks are described in our periodic filings made with the Securities and Exchange Commission, including our quarterly and annual reports. You are cautioned not to place undue reliance on these forward-looking statements, which are made only as of today's date, and the company disclaims any obligation to update such statements.

Joining me on the call today are Dr. Herriot Tabuteau, Chief Executive Officer; Nick Pizzie, Chief Financial Officer; Lori Englebert, Senior Vice President of Commercial and Business Development; Dr. Amanda Jones, Senior Vice President of Clinical Development; and Dr. Cedric O'Gorman, Senior Vice President of Medical Affairs. Herriot will first provide an overview of the company and then review recent development and upcoming milestones.

Following Herriot, Nick will review our financial results. We will then open the line for questions. And with that, I will turn the call over to Herriot.

**Herriot Tabuteau**
*Founder, Chairman, CEO & President*

Thank you, Mark. Good morning, everyone, and thank you all for joining Axsome Therapeutics' Fourth quarter and Full Year 2020 Financial Results and Business Update Conference Call. This past year was one of focused execution for Axsome, as we advanced our industry-leading CNS pipeline towards marketing application submissions.

Our portfolio comprises 4 late-stage product candidates under development for 6 distinct indications, representing unmet medical needs that affect over 60 million patients in the U.S. alone. Our focus this year will be on the regulatory activities surrounding our NDA filings for AXS-05 and AXS-07, launch readiness to ensure a successful transition to commercialization, assuming product approvals and continued advancement of the rest of our late-stage CNS pipeline.

I will provide a brief update on our pipeline and pre-commercial activities before turning it over to Nick, who will provide a financial update, starting with our first lead product candidate, AXS-05. The New Drug application, or NDA, for AXS-05 for the treatment of MDD has been submitted. We intend to issue a press release following the FDA's decision regarding its acceptance of the filing. This NDA submission is a major milestone for the company as it brings us closer to potentially making this innovative treatment available to the millions of patients who are living with depression.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

For the MOVEMENT study, the patients were allowed to treat their -- at any point in time following the onset of migraine pain. So it really reflects more the real world data and real world use of the drug and also the data that was captured during the MOMENTUM and INTERCEPT trial.

**Operator**

Your next question will come from Vamil Divan from Mizuho.

**Unknown Analyst**

This is [indiscernible] for Vamil. Just a couple of questions. in AXS-07, just wondering why the push back to 2Q earnings -- on 2Qs filing, what is the same issue that was as previously discussed or something that's different? And secondly, on -- just thinking about pricing ahead, just wondering how you're thinking about pricing for AXS-05 in MDD, but you will also have attrition and the pricing there could be different? I'm just wondering how you're approaching this? And how your, I guess, discussion with payers might be going?

**Herriot Tabuteau**
*Founder, Chairman, CEO & President*

With regards to to 07 and [indiscernible] filing, the team remains on track to complete the filing by the end of the quarter. However, we are waiting on one vendor report, which will slip into the very beginning of the second quarter, and that's the reason behind the adjustments there in guidance. And Lori?

**Lori Englebert**
*Senior Vice President of Commercial & Business Development*

Regarding pricing, so whenever you approach pricing discussions with payers typically, companies focused on fair and timely access, and a large portion of that will be associated with where you price. But the balance of that is we need to price for the value that the product brings. And so we're working through that right now to make sure that we understand how we appropriately price to represent what value we're bringing to the market.

**Herriot Tabuteau**
*Founder, Chairman, CEO & President*

And then Lori just go through our safety AD agitation.

**Lori Englebert**
*Senior Vice President of Commercial & Business Development*

Yes, and that encompasses the AD agitation fees.

**Operator**

Your next question will come from Matt Kaplan from Ladenburg Thalmann.

**Matthew Lee Kaplan**
*Ladenburg Thalmann & Co. Inc., Research Division*

I want to congratulate you on the progress during the quarter. Can you give us a sense now that you've submitted the AXS-05 file NDA. I guess, given the Breakthrough Designation you have in MDD, what are your expectations for a potential priority review?

**Herriot Tabuteau**
*Founder, Chairman, CEO & President*

So as you mentioned, we do have Breakthrough Therapy Designation for the product. And we do believe that we qualify for priority review, which is 6 months review. However, that is a determination, which is made by the FDA. And the way that it works is that priority review is not automatic. At the time of the NDA filing, you do request priority review. And it is a determination, which is made and communicated to the company upon the FDA decision of whether or not to file the application.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.