# Exhibit G

**S&P Global**
Market Intelligence

# Axsome Therapeutics, Inc.

# NasdaqGM:AXSM

# FQ1 2021 Earnings Call Transcripts

## Monday, May 10, 2021 12:00 PM GMT

### S&P Global Market Intelligence Estimates

|  | -FQ4 2020- | -FQ1 2021- | -FY 2020- | -FY 2021- |
| --- | --- | --- | --- | --- |
|  | CONSENSUS | CONSENSUS | CONSENSUS | CONSENSUS |
| EPS Normalized | (0.70) | (0.82) | (2.54) | (4.00) |
| Revenue  (mm) | 0.00 | 0.00 | 0.00 | 11.35 |

Currency: USD
Consensus as of  Apr-27-2021 11:07 AM GMT



**Stock Price [USD] vs. Volume [mm] with earnings surprise annotations**

| | - EPS NORMALIZED - | | |
| --- | --- | --- | --- |
| | CONSENSUS | ACTUAL | SURPRISE |
| FQ1 2020 | (0.66) | (0.88) | NM |
| FQ2 2020 | (0.61) | (0.49) | NM |
| FQ3 2020 | (0.55) | (0.58) | NM |
| FQ4 2020 | (0.70) | (0.78) | NM |

COPYRIGHT © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Presentation

**Operator**

Good morning, and welcome to the Axsome Therapeutics Conference Call. [Operator Instructions] As a reminder, today's conference call is being recorded.

I would now like to turn the conference over to your host, Mark Jacobson, Chief Operating Officer at Axsome Therapeutics. Please, go ahead.

**Mark L. Jacobson**
*COO & Secretary*

Thank you, operator. Good morning, and thank you all for joining us on today's conference call. Our earnings press release providing a corporate update and details of the company's financial results for the first quarter of 2021 crossed the wire a short time ago and is available on our website at axsom.com.

During today's call, we will be making certain forward-looking statements. These statements may include statements regarding, among other things, the efficacy, safety and intended utilization of our investigational agents; our clinical and nonclinical plans; our plans to present or report additional data; the anticipated conduct and source of future clinical trials; regulatory plans, future research and development plans, commercial plans; and possible intended use of cash and investment.

These forward-looking statements are based on current information, assumptions and expectations that are subject to change and involve risks and uncertainties that may cause actual results to differ materially from those contained in the forward-looking statements. These and other risks are described in our periodic filings made with the Securities and Exchange Commission, including our quarterly and annual reports. You are cautioned not to place undue reliance on these forward-looking statements which are only made as of today's date, and the company disclaims any obligation to update such statements.

Joining me on the call today are Dr. Herriot Tabuteau, Chief Executive Officer; Nick Pizzie, Chief Financial Officer; Lori Englebert, Senior Vice President of Commercial and Business Development; Dr. Amanda Jones, Senior Vice President of Clinical Development; and Dr. Cedric O'Gorman, Senior Vice President of Medical Affairs. Herriot will first provide an overview of the company and then review recent developments and upcoming milestones. Following Herriot, Lori will provide a commercial update, and then Nick will review our financial results. We will then open the line for questions. Questions will be taken in the order they are received.

And with that, I will turn the call over to Herriot.

**Herriot Tabuteau**
*Founder, Chairman, CEO & President*

Thank you, Mark. Good morning, everyone, and thank you all for joining Axsome Therapeutics First Quarter 2021 Financial Results and Business Update Conference Call. The timing of this call coincides with Mental Health Month. And Axsome is proud to observe May as Mental health Month by partnering with advocacy groups and helping to raise awareness and support for people living with depression and other mental health conditions.

In the first quarter, we continued to make significant strides towards becoming a premier CNS biopharmaceutical company, focused on delivering potentially life-changing medicines to people living with serious CNS conditions. The dedicated work of the Axsome team resulted in the submission of our NDA for AXS-05 for the treatment of major depressive disorder, or MDD.

The NDA was granted Priority Review by the FDA, and the FDA has set a PDUFA target action date for the NDA of August 22, 2021. The NDA for our second lead product candidate, AXS-07 for the acute treatment of migraine is on track for submission to the FDA this quarter. And we expect to announce the FDA's decision regarding its acceptance of the filing in the third quarter.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Your next question comes from the line of Marc Goodman from SVB Leerink.

**Roanna Clarissa H. Ruiz**
*SVB Leerink LLC, Research Division*

This is Roanna on the line for Marc. I was curious a little bit more detail about the launch plan for AXS-05. Could you let us know how -- what the cadence is of your payer engagement activities and maybe the scope of educational programs that you're doing ahead of the 05 launch?

**Lori Englebert**
*Senior Vice President of Commercial & Business Development*

Roanna, thank you for the question. So from a payer engagement standpoint, we have been and continue to engage with payers [Technical Difficulty] overall as well as really educating them on the AXS-05 clinical profile. Payers are extremely interested. As we mentioned earlier, there is a mental health crisis happening in America, and that causes tremendous personal and economic burden to the system. Payers, obviously, are very interested in understanding and learning more about products that may help alleviate efforts.

**Herriot Tabuteau**
*Founder, Chairman, CEO & President*

And then with regards to the educational programs, depending on the medical conferences that are upcoming, there's an opportunity for sponsored educational programs that raises awareness to the disease state. And we recently had a significant presence at the American Psychiatric Association, where we had a sponsored product theater based around the unmet need within MDD, the limitations of current treatments and future directions in terms of clinical development. And by all the counts based on metrics we received from the American Psychiatric Association Axsome product theater was amongst the best attended at that conference. So there's many more conferences where we can have those kind of educational programs promoted.

**Roanna Clarissa H. Ruiz**
*SVB Leerink LLC, Research Division*

Got it. And 1 more, if I can. Wasn't sure if you've disclosed this yet, but curious how many target accounts do you plan to detail at the initial launch of 05?

**Lori Englebert**
*Senior Vice President of Commercial & Business Development*

Yes, it's a great question. [Technical Difficulty] disclose that right now. What I can tell you is that the size and structure of our field force has long been set. It was actually part of the impetus for our DCC platform. The DCC platform was really developed to help maximize our sales force's efficiency. But rest assured, we will not sacrifice either quality and/or reach with our target physicians.

**Operator**

Your next question comes from the line of Vamil Divan from Mizuho Securities.

**Vamil Kishore Divan**
*Mizuho Securities USA LLC, Research Division*

Great. Maybe 2, if I could. Just 1 on the AXS-05 filing, obviously, great that you got exception -- accepted in Priority Review. I'm just curious if you've had further discussions at all with the FDA around the ASCEND trial. I think just given some of the sort of surprises we've seen from the regulators recently, there's been some concerns around is that trial sort of big enough or [indiscernible] enough to be considered pivotal? I assume it is [Technical Difficulty] updates on your conversations would be helpful. And then just on 07, can you just update us, I know you're saying you're going to file the -- in the second quarter this year. I think it was supposed to be earlier this year and got pushed back a little bit. Can you maybe remind us sort of what the gating factors are in terms of getting that submission into the FDA?

**Herriot Tabuteau**

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

*Founder, Chairman, CEO & President*

Thanks for the questions. With regards to AXS-05 and the NDA, what we can tell you is that it's the obvious. The filing was accepted. It was granted Priority Review. So therefore, the FDA clearly has everything that it needs in order to conduct a substantive review. Of course, we can't comment on specifics -- on the specifics of our communications with the FDA one way or another. And with regards to the ASCEND trial, we -- I do remind you that this is a Breakthrough Therapy designated product, and we did previously disclose that the ASCEND trial after the breakthrough meeting was declared a pivotal trial.

With regards to AXS-07, we're very much on track to file the NDA this quarter, as we've previously stated, and that really is in the update there. So the team is working diligently to make sure that we have a timely, but also a quality filing.

**Operator**

Your next question comes from the line of Yatin Suneja from Guggenheim Partners.

**Yatin Suneja**
*Guggenheim Securities, LLC, Research Division*

Can you maybe help us understand the time -- the enrollment time frame for the narcolepsy Phase III program? It seems like it got pushed a little bit, any gating factor to initiating that study? So that's number one. The second is, if you can comment a little bit on the pricing work that you might have done for 05. Are there certain price point where you are seeing sensitivity in the market reach? And would you keep the price below specialty tiers? And what you might do or what you could do with regards to the co-pay and the help you could provide?

**Herriot Tabuteau**
*Founder, Chairman, CEO & President*

So thanks, Yatin, for the question. So I'll turn it over to Lori to answer the pricing point. With regards to the narcolepsy study, so we are on track to start that trial early in the third quarter. So initially, the guidance that we had given was the second quarter to start the Phase III trial. And then frankly, that will slip into roughly the first month of the third quarter. So that's well within the normal variability, which you would expect with planning for a complex study as a Phase III trial. And Lori, with regards to pricing?

**Lori Englebert**
*Senior Vice President of Commercial & Business Development*

Sure. Yatin, thanks for the question. It's a bit premature for us to disclose any details around pricing, but you can -- we plan to do that closer to launch. But what I can tell you is that we are working really hard to make sure that we ensure fair timing and access functions while adequately capturing the value of the product. And along with that is obviously engaging in educating payers with the clinical profile of AXS-05. But as Cedric mentioned earlier, we are continuing to present additional data in congresses that are upcoming that we will use as supportive information for the payers.

**Yatin Suneja**
*Guggenheim Securities, LLC, Research Division*

And 1 more question -- sorry go ahead.

**Lori Englebert**
*Senior Vice President of Commercial & Business Development*

No, I was just going to answer your patient support and co-pay questions. Just wanted to assure you that we -- as I mentioned in the prepared remarks, we are preparing patient support services to make sure that patients receive that product in an easy fashion.

**Yatin Suneja**
*Guggenheim Securities, LLC, Research Division*

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

Company Name: Axsome Therapeutics Inc
Company Ticker: AXSM US Equity
Date: 2021-05-10

# Q1 2021 Earnings Call

## Company Participants

- Amanda Jones, Senior Vice President, Clinical Development
- Cedric O'Gorman, Senior Vice President, Medical Affairs
- Herriot Tabuteau, Chief Executive Officer
- Lori Englebert, Senior Vice President, Commercial and Business Development
- Mark Jacobson, Chief Operating Officer
- Nick Pizzie, Chief Financial Officer

## Other Participants

- Charles Duncan, Analyst
- Chris Howerton, Analyst
- David Hoang, Analyst
- Joon Lee, Analyst
- Joseph Thome, Analyst
- Matt Kaplan, Analyst
- Myles Minter, Analyst
- Roanna Ruiz, Analyst
- Unidentified Participant
- Vamil Divan, Analyst
- Yatin Suneja, Analyst

## Presentation

### Operator

Good morning and welcome to the Axsome Therapeutics Conference Call. Currently all participants are in a listen-only mode. Later there will be a question-and-answer session and instructions will follow at that time. As a reminder, today's conference call is being recorded. I would now like to turn the conference over to your host Mark Jacobson, Chief Operating Officer at Axsome Therapeutics. Please go ahead.

### Mark Jacobson {BIO 17575881 <GO>}

Thank you, operator. Good morning and thank you all for joining us on today's conference call. Our earnings press release providing corporate update and details of the company's financial results for the first quarter of 2021 crossed the wire a short time ago and is available on our website at axsome.com. During today's call we will be making certain forward-looking statements. These statements may include statements regarding among

Company Name: Axsome Therapeutics Inc
Company Ticker: AXSM US Equity
Date: 2021-05-10

can you just remind us what the gating factors are in terms of getting that submission into the FDA? Thanks.

### A - Herriot Tabuteau  {BIO 19459182 <GO>}

Thanks for the questions. With regards to AXS-05 and the NDA, so what we can tell you is the obvious, the filing was accepted and it was granted priority review. So, therefore the FDA clearly has everything that it needs in order to conduct a substantive review. Of course, we can't comment on specifics -- on the specifics of our communications with the FDA one way or another. And with regards to the ASCEND trial, I do remind you that this is a breakthrough therapy designated product and we did previously disclose that the ASCEND trial, after the breakthrough was declared a pivotal trial. With regards to AXS-07, we are very much on track to file the NDA this quarters as we previously stated and there really is any update there. The team is working diligently to make sure that we have timely, but also quality filing.

### Q - Vamil Divan  {BIO 15748296 <GO>}

Okay. All right, thank you.

### Operator

Your next question comes from the line of Yatin Suneja from Guggenheim Partners. Please go ahead, your line is now open.

### Q - Yatin Suneja  {BIO 18780919 <GO>}

Hey, guys. Thank you for taking my question. Can you maybe help us understand the time -- the enrollment timeframe for the narcolepsy Phase 3 program? It seems like it got pushed a little bit, any gating factor to initiating that study? So that's number one. The second is, if you can comment little bit on the pricing was that you might have done 05, there are certain price points where you are seeing sensitivity in the market research and would you keep the price below (inaudible) and what you might do or what you could do with regards to the co-pay and help you could provide? Thanks.

### A - Herriot Tabuteau  {BIO 19459182 <GO>}

Suneja, thank you for the question -- for the questions. So I'll turn it over to Lori to answer the pricing question. With regards to the narcolepsy study, so we are on track to start that trial early in the third quarter. So initially the data that we had given was the second quarter to start the Phase 3 trial, and then frankly that will slip into roughly the first month of the third quarter. So that's well within the normal variability, which you would expect with planning for complex study at the Phase 3 trial. And Lori with respect to price?

### A - Lori Englebert  {BIO 22070991 <GO>}

Thanks Herriot and thanks for the question. It's difficult measure for us to disclose details around pricing, but you can -- we plan to do that closer to launch. But what I can tell you is that, we are working really hard to make sure that we ensure very timely add prescription [ph] or adequately capturing the value of the product. And along with that is, obviously

REFINITIV STREETEVENTS

# EDITED TRANSCRIPT
Q1 2021 Axsome Therapeutics Inc Earnings Call

EVENT DATE/TIME: MAY 10, 2021 / 12:00PM GMT

REFINITIV

©2021 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

REFINITIV

1

**MAY 10, 2021 / 12:00PM GMT, Q1 2021 Axsome Therapeutics Inc Earnings Call**

**Operator**

Your next question comes from the line of Vamil Divan from Mizuho Securities.

**Vamil Kishore Divan** *Mizuho Securities USA LLC, Research Division - MD*

Great. Maybe 2, if I could. Just 1 on the AXS-05 filing, obviously, great that you got exception -- accepted in Priority Review. I'm just curious if you've had further discussions at all with the FDA around the ASCEND trial. I think just given some of the sort of surprises we've seen from the regulators recently, there's been some concerns around is that trial sort of big enough or (inaudible) enough to be considered pivotal? I assume it is (technical difficulty) updates on your conversations would be helpful. And then just on 07, can you just update us, I know you're saying you're going to file the -- in the second quarter this year. I think it was supposed to be earlier this year and got pushed back a little bit. Can you maybe remind us sort of what the gating factors are in terms of getting that submission into the FDA?

**Herriot Tabuteau** *Axsome Therapeutics, Inc. - Founder, Chairman, CEO & President*

Thanks for the questions. With regards to AXS-05 and the NDA, what we can tell you is that it's the obvious. The filing was accepted. It was granted Priority Review. So therefore, the FDA clearly has everything that it needs in order to conduct a substantive review. Of course, we can't comment on specifics -- on the specifics of our communications with the FDA one way or another. And with regards to the ASCEND trial, we -- I do remind you that this is a Breakthrough Therapy designated product, and we did previously disclose that the ASCEND trial after the breakthrough meeting was declared a pivotal trial.

With regards to AXS-07, we're very much on track to file the NDA this quarter, as we've previously stated, and that really is in the update there. So the team is working diligently to make sure that we have a timely, but also a quality filing.

**Operator**

Your next question comes from the line of Yatin Suneja from Guggenheim Partners.

**Yatin Suneja** *Guggenheim Securities, LLC, Research Division - MD & Senior Biotechnology Analyst*

Can you maybe help us understand the time -- the enrollment time frame for the narcolepsy Phase III program? It seems like it got pushed a little bit, any gating factor to initiating that study? So that's number one. The second is, if you can comment a little bit on the pricing work that you might have done for 05. Are there certain price point where you are seeing sensitivity in the market reach? And would you keep the price below specialty tiers? And what you might do or what you could do with regards to the co-pay and the help you could provide?

**Herriot Tabuteau** *Axsome Therapeutics, Inc. - Founder, Chairman, CEO & President*

So thanks, Yatin, for the question. So I'll turn it over to Lori to answer the pricing point. With regards to the narcolepsy study, so we are on track to start that trial early in the third quarter. So initially, the guidance that we had given was the second quarter to start the Phase III trial. And then frankly, that will slip into roughly the first month of the third quarter. So that's well within the normal variability, which you would expect with planning for a complex study as a Phase III trial. And Lori, with regards to pricing?

**Lori Englebert** *Axsome Therapeutics, Inc. - SVP of Commercial & Business Development*

Sure. Yatin, thanks for the question. It's a bit premature for us to disclose any details around pricing, but you can -- we plan to do that closer to launch. But what I can tell you is that we are working really hard to make sure that we ensure fair timing and access functions while adequately capturing the value of the product. And along with that is obviously engaging in educating payers with the clinical profile of AXS-05. But as Cedric mentioned earlier, we are continuing to present additional data in congresses that are upcoming that we will use as supportive information for the payers.

**Yatin Suneja** *Guggenheim Securities, LLC, Research Division - MD & Senior Biotechnology Analyst*

And 1 more question -- sorry go ahead.

©2021 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

