# Exhibit I

**S&P Global**
Market Intelligence

# Axsome Therapeutics, Inc.
# NasdaqGM:AXSM
# FQ3 2021 Earnings Call Transcripts

## Monday, November 08, 2021 1:00 PM GMT

### S&P Global Market Intelligence Estimates

| | -FQ3 2021- | | | -FQ4 2021- | -FY 2021- | -FY 2022- |
|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | CONSENSUS |
| **EPS Normalized** | (0.94) | (0.93) | NM | (1.08) | (3.58) | (3.82) |
| **Revenue (mm)** | 0.00 | 0.00 | 0.00 | 0.06 | 0.47 | 44.61 |

Currency: USD
Consensus as of  Oct-18-2021 4:51 PM GMT



**Stock Price [USD] vs. Volume [mm] with earnings surprise annotations**

**- EPS NORMALIZED -**

| | CONSENSUS | ACTUAL | SURPRISE |
|---|---|---|---|
| **FQ4 2020** | (0.70) | (0.78) | NM |
| **FQ1 2021** | (0.81) | (0.78) | NM |
| **FQ2 2021** | (0.88) | (0.86) | NM |
| **FQ3 2021** | (0.94) | (0.93) | NM |

COPYRIGHT © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Presentation

**Operator**

Good day, and thank you for standing by. Welcome to the Axsome Third Quarter 2021 Financial Results Conference Call. [Operator Instructions] I would now like to hand the conference over to your speaker today, Mark Jacobson, Chief Operating Officer. Please go ahead.

**Mark L. Jacobson**
*COO & Secretary*

Thank you, operator. Good morning, and thank you all for joining us on today's conference call. Our earnings press release, providing a corporate update and details of the company's financial results for the third quarter of 2021 crossed the wire a short time ago and is available on our website at axsome.com.

During today's call, we will be making certain forward-looking statements. These statements may include statements regarding, among other things, the efficacy, safety and intended utilization of our investigational agent; our clinical and nonclinical plans; our plans to present or report additional data; the anticipated conduct and the source of future clinical trials; regulatory plans; future research and development plans; commercial plans and possible intended use of cash and investments.

These forward-looking statements are based on current information, assumptions and expectations that are subject to change and involve risks and uncertainties that may cause actual results to differ materially from those contained in the forward-looking statements.

These and other risks are described in our periodic filings made with the Securities and Exchange Commission, including our quarterly and annual reports. You are cautioned not to place undue reliance on these forward-looking statements, which are only made as of today's date, and the company disclaims any obligation to update such statements. Joining me on the call today are Dr. Herriot Tabuteau, Chief Executive Officer; Nick Pizzie, Chief Financial Officer; Dr. Kevin Laliberte, Executive Vice President, Product Strategy; Lori Englebert, Senior Vice President of Commercial and Business Development; and Dr. Amanda Jones, Senior Vice President of Clinical Development.

Herriot will first provide an overview of the company and then review recent developments and upcoming milestones. Following Herriot, Lori will provide a commercial update, and then Nick will review our financial results. We will then open the line for questions. Questions will be taken in the order they are received. And with that, I will turn the call over to Herriot.

**Herriot Tabuteau**
*Founder, Chairman, CEO & President*

Thank you, Mark. Good morning, everyone, and thank you all for joining Axsome Therapeutics' Third Quarter 2021 Financial Results and Business Update Conference Call. Over the past several months, we have continued to advance our differentiated late-stage CNS product candidates aimed at meaningfully improving the lives of patients. I will provide an update on our development pipeline before turning it to Lori, who will provide a commercial update.

Starting with our first lead product candidate, the AXS-05, which is undergoing an NDA review for the treatment of major depressive disorder. The FDA did not take action on the NDA by the August 22 PDUFA date as previously disclosed, and a review of the application is ongoing. The agency recently informed us of 2 deficiencies related to analytical methods in the chemistry, manufacturing and control section of the NDA, which must be addressed prior to the FDA taking action on the NDA.

We believe these deficiencies are addressable and are confirming the details of the request with the FDA. AXS-05 is also being developed for the treatment of Alzheimer's disease agitation. Enrollment in the Phase III ACCORD trial for the syndication is progressing. And based on current enrollment trends, we anticipate completion of the trial in the first half of 2023. With regards to the development of AXS-05 in smoking cessation, we received a positive pre-IND meeting written guidance from the FDA on a proposed

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

*Founder, Chairman, CEO & President*

So analytical methods relates to testing of the finished drug product. So we mean our tablets. This does not relate to the manufacturing process at all. And so you can make analytical methods more sensitive or less sensitive, you can broaden the range or would narrow the range. And we have what we believe to be a pretty robust process, and you can make it more robust or less robust, more sensitive or less sensitive. And we are responding to the FDA request, and we think that those are totally addressable and those are things that we can do.

### Marc Harold Goodman
*SVB Leerink LLC, Research Division*

Just one quick question on the migraine. Can you just help us understand, did you say that 1 of the 2 manufacturing sites might not be able to be signed off on by the PDUFA date? So you're implying that 1 could be and is 1 enough? Do you both have to be filed? I was a little confused by your comment.

### Herriot Tabuteau
*Founder, Chairman, CEO & President*

Yes. So it's -- I'll turn it over to Kevin, who will respond to that. But I think it's pretty straightforward in terms of what the FDA is trying to give a sense on there.

### Kevin Laliberte
*Executive Vice President of Product Strategy*

Thanks for that question. So there are obviously multiple manufacturing sites involved in the process for AXS-07. The FDA notified us that 1 specific manufacturing location that is based in the United States is required to have an inspection prior to them -- as part of the review process.

And then they did notify us that because of COVID-related restrictions, that may be in jeopardy of happening before the PDUFA date. So it's just this 1 manufacturer based in the United States that they specifically notified us of in their communication.

### Operator

Your next question comes from Vikram Purohit of Morgan Stanley.

### Vikram Purohit
*Morgan Stanley, Research Division*

So 2 from our side. First, going back to again, 05 for MDD. So I just wanted to clarify one basic question around next steps. So is the situation basically that you've now submitted questions for clarification to the agency, and you're waiting to hear back?

Or are you preparing a submission in response to the initial feedback you got, which could take weeks to months? And then after that submission, you'll get some clarification on some more specifics around what the agency might be looking for?

And then secondly, beyond 05, I just had a question on AXS-14 and fibromyalgia. So your release mentioned that NDA submissions is expected in 2023. And I was just wondering if you could kind of walk us through what needs to happen between now and then to enable a filing?

### Herriot Tabuteau
*Founder, Chairman, CEO & President*

Sure. So with regards to the first question, we -- that is correct. We have submitted clarification questions to the agency. And the reason for that is we want to make sure that when we respond that the response is adequate and that it is exactly what they need to continue their assessment of the NDA with regards to CMC.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Got it. I think, Kevin, did you -- I have a question -- one more question. So with -- I mean, obviously, you're making progress in terms of the commercial launch. Can you give some color in terms of the payer discussions? How should we think about price? Any consideration in terms of -- or maybe a good comp for us to see in the field in terms of how we should be modeling the price once you get approved and it's launched?

**Lori Englebert**
*Senior Vice President of Commercial & Business Development*

Yes. Thanks, Yatin. So in consistent with what was mentioned, we have had some very encouraging payer discussions to date, but those have been in a permitted fashion where we specifically introduced Axsome, the clinical profile, the AXS-05, we will not engage in discussions -- formal discussions with them until after approval and once we have the final label.

In terms of price, I think payers do recognize an unmet need in the marketplace. They also recognize that AXS-05 does have a novel mechanism of action and that the clinical benefits that the product can bring to market could be great. So in terms of price, as I mentioned earlier, the way that we'll approach it, and we will be in a position to announce price at approval is that our goal really is to make sure that patients have easy access to the product, but that we, as a company, capture the value of the product base.

**Operator**

We do have time for 2 more questioners. Your next question comes from Myles Minter of William Blair.

**Myles Robert Minter**
*William Blair & Company L.L.C., Research Division*

I might have missed it, but did you just say that the deficiencies that we're discussing today did not preclude labeling discussions?

**Herriot Tabuteau**
*Founder, Chairman, CEO & President*

That is correct. So that is right.

**Myles Robert Minter**
*William Blair & Company L.L.C., Research Division*

Right. So it makes the question that the letter that you received that stated deficiencies that did preclude labeling discussions, either they still exist or you're currently in labeling discussions? Sorry for the difficult question, but I'd love a clarification around that.

**Herriot Tabuteau**
*Founder, Chairman, CEO & President*

Yes. So no, thank you for the question, and we do appreciate you trying to parse through the situation. And what we've done and what we're trying to do is to provide you the information that we get as soon as possible after we get it.

And so that's the information that we have received. So we disclosed the prior letter. And we've also disclosed now the fact that we have gotten some information on deficiencies.

So we don't know if these deficiencies are the ones which were previously referred to or if those deficiencies are now a thing of the past. But this is the information that we have. And so we're actually encouraged that we have done this information because that's all we've ever wanted as a sponsor is the ability to address whatever questions that there are that will help the FDA in their NDA review process.

**Myles Robert Minter**
*William Blair & Company L.L.C., Research Division*

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

Okay. Cool. Final one for me is just the NDA filing for 07, does that carry the same analytical measures on the manufacturing level as 05 in the current filing?

**Herriot Tabuteau**
*Founder, Chairman, CEO & President*

Kevin?

**Kevin Laliberte**
*Executive Vice President of Product Strategy*

Because the products are distinct molecules with different active components, they would not carry over necessarily into the 07 application specifically.

**Operator**

Your next question comes from Joon Lee of Truist Securities.

**Joon So Lee**
*Truist Securities, Inc., Research Division*

I just wanted to clarify some questions that I've been getting from investors, which is that the analytical method relates to further characterization of the product but not the product itself. I think that's what you said. Can you clarify what you mean by not the product itself? How you can be confident that this is not related to the product itself? Whatever that means.

And the second question is, you got the letter from the FDA or FDA let you know about the deficiencies in August, but the nature of the deficiencies were not disclosed until late October. Is that correct? Or did that happen earlier?

**Herriot Tabuteau**
*Founder, Chairman, CEO & President*

So the comment around the analytical methods. So we were making a distinction between the manufacturing process and the analytical methods to -- which test the finished goods. And so the analytical process, that's what it tests. The analytical method that's what they test, the finished goods. And so that was the distinction.

So these -- the deficiencies do not relate to the manufacturing process itself. In other words, how the tablets are made. And then with regards to the timing that you've laid out, that is correct.

**Operator**

I will now turn the conference back over to the CEO.

**Herriot Tabuteau**
*Founder, Chairman, CEO & President*

Well, thank you again, everyone, for joining us on the call today. With 4 pipeline candidates being developed in 6 indications, which are either under FDA review, foreign leases development we believe that we have built the leading CNS-focused pipeline in the industry. We're working hard to bring these potentially life-changing medicines to people who live with serious CNS conditions, and we look forward to keeping you updated on our continued progress. Have a great day.

**Operator**
Thank you for participating in today's conference call. You may now disconnect.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.