# Exhibit K

**PUBLIC INFORMATION RELEVANT
TO INDIVIDUAL DEFENDANTS' TRADING**

I. **DR. TABUTEAU'S HOLDINGS INCREASED SIGNIFICANTLY DURING THE CLASS PERIOD AND HE DID NOT SELL SHARES.**

Prior to the start of the Class Period, Dr. Tabuteau beneficially owned **7,907,135 shares** of Axsome common stock.  *See* Decl. ¶ 14, Ex. L.1 (excerpt of April 26, 2019 Proxy Statement). At the close of the Class Period, Dr. Tabuteau beneficially owned **8,672,181 shares** of Axsome common stock.  *See* Decl. ¶ 14, Ex. L.2 (excerpt of April 22, 2022 Proxy Statement).  The table below shows Dr. Tabuteau's reported transactions in Axsome stock during the Class Period (December 20, 2019 to April 22, 2022).  *See* Decl. ¶ 14, Ex. L.3 (Forms 4).[1]

| Form-4 Filing Date | Transaction Date | Transaction Type[2] | Number of Shares or Options |
|---|---|---|---|
| March 20, 2020 | March 17, 2020 | Acquired Employee Stock Options | 168,776 |
| March 20, 2020 | March 17, 2020 | Acquired Restricted Stock Units | 51,691 |
| March 9, 2021 | March 5, 2021 | Acquired Employee Stock Options | 97,155 |
| March 9, 2021 | March 5, 2021 | Acquired Restricted Stock Units | 51,715 |
| March 8, 2022 | March 4, 2022 | Acquired Employee Stock Options | 209,655 |
| March 8, 2022 | March 4, 2022 | Acquired Restricted Stock Units | 110,861 |

II. **MR. PIZZIE'S HOLDINGS INCREASED SIGNIFICANTLY DURING THE CLASS PERIOD AND HE DID NOT SELL SHARES.**

Prior to the start of the Class Period, Mr. Pizzie beneficially owned **74,154 shares** of Axsome common stock.  *See* Decl. ¶ 15, Ex. M.1 (excerpt of April 26, 2019 Proxy Statement).  At the close of the Class Period, Mr. Pizzie beneficially owned **303,225 shares** of Axsome common stock.  *See* Decl. ¶ 15, Ex. M.2 (excerpt of April 22, 2022 Proxy Statement).  The table below shows Mr. Pizzie's reported transactions in Axsome stock during the Class Period (December 20, 2019 to April 22, 2022).  *See* Decl. ¶ 15, Ex. M.3 (Forms 4).

---

[1] All information contained in the tables in this Exhibit was gathered from the Forms 4 publicly filed with the SEC.

[2] As reflected on the Forms 4, Employee Stock Options and Restricted Stock Units reflected in this Exhibit vested over time, generally quarterly for options and annually for units, becoming fully vested four years from the issue date.

| Form-4 Filing Date | Transaction Date | Transaction Type | Number of Shares or Options |
|---|---|---|---|
| March 19, 2020[3] | March 17, 2020 | Acquired Employee Stock Options | 48,237 |
| March 19, 2020 | March 17, 2020 | Acquired Restricted Stock Units | 14,767 |
| June 30, 2020 | June 29, 2020 | Open Market Purchase[4] | 41,217 |
| March 9, 2021 | March 5, 2021 | Acquired Employee Stock Options | 36,086 |
| March 9, 2021 | March 5, 2021 | Acquired Restricted Stock Units | 19,208 |
| November 15, 2021 | November 12, 2021 | Acquired Employee Stock Options | 36,086 |
| November 22, 2021 | November 18, 2021 | Open Market Purchase | 41,789 |
| March 8, 2022 | March 4, 2022 | Acquired Employee Stock Options | 77,872 |
| March 8, 2022 | March 4, 2022 | Acquired Restricted Stock Units | 41,176 |

## III.    MR. JACOBSON'S HOLDINGS INCREASED SIGNIFICANTLY DURING THE CLASS PERIOD AND HE DID NOT SELL SHARES.

Mr. Jacobson was promoted to Chief Operating Officer in March 2020.[5]  As of February 28, 2020, Mr. Jacobson held **388,831 options** to purchase Axsome common stock.  *See* Decl. ¶ 16, Ex. N.1 (March 9, 2020 Form 3 (Initial Statement of Beneficial Ownership of Securities)).  At the close of the Class Period, Mr. Jacobson beneficially owned **402,740 shares** of Axsome common stock.  *See* Decl. ¶ 16, Ex. N.2 (April 22, 2022 Proxy Statement).  The table below shows Mr. Jacobson's reported transactions in Axsome stock during the Class Period (December 20, 2019 to April 22, 2022).  *See* Decl. ¶ 16, Ex. N.3 (Forms 4).

| Form-4 Filing Date | Transaction Date | Transaction Type | Number of Shares or Options |
|---|---|---|---|
| March 19, 2020[6] | March 17, 2020 | Acquired Employee Stock Options | 48,237 |
| March 19, 2020 | March 17, 2020 | Acquired Restricted Stock Units | 14,767 |

---

[3] On December 23, 2020, the Company filed an amended Form 4 to correct an "administrative error."  The amended filing is reflected in this Summary.

[4] These figures exclude additional shares Mr. Pizzie purchased in the open market for a "Uniform Transfer to Minors Act" Account.

[5] Prior to that time, Mr. Jacobson was not required to report his transactions in Axsome securities.

[6] On December 23, 2020, the Company filed an amended Form 4 to correct an "administrative error."  The amended filing is reflected in this Summary.

| Form-4 Filing Date | Transaction Date | Transaction Type | Number of Shares or Options |
|---|---|---|---|
| March 9, 2021 | March 5, 2021 | Acquired Employee Stock Options | 41,638 |
| March 9, 2021 | March 5, 2021 | Acquired Restricted Stock Units | 22,163 |
| November 15, 2021 | November 12, 2021 | Acquired Employee Stock Options | 41,638 |
| March 8, 2022 | March 4, 2022 | Acquired Employee Stock Options | 89,405 |
| March 8, 2022 | March 4, 2022 | Acquired Restricted Stock Units | 47,990 |

## IV.    THE VALUE OF THE INDIVIDUAL DEFENDANTS' STOCK HOLDINGS DECLINED BY MANY MILLIONS.

The Class Period high closing price (December 30, 2019) of a share of Axsome common stock was $103.83.[7]  Plaintiffs base their damages calculations on the "lookback" price—i.e., the average closing prices of Axsome common stock between April 23, 2022 and July 11, 2022.  That price is $30.22 (*see* ECF Nos. 10-3 at 2 and 14-1 at 2)—a decline of $73.61 per share from the Class Period high.

As set forth above, as of the end of the Class Period, Dr. Tabuteau, Mr. Pizzie, and Mr. Jacobson beneficially owned 8,672,181, 303,225, and 402,740 shares respectively, or 9,378,146 shares, collectively.  While some of those shares may be comprised of unexercised options which would cost something to exercise, even if the value of their shares declined by only half of the overall decline during the period, these Individual Defendants' beneficially owned shares would have declined in value by ***hundreds of millions***:

9,378,146 [beneficially owned shares] x ($73.61/2) [Class Period decline/2] = $345,162,664.

---

[7] Based on Bloomberg historical market data attached hereto.  *See Acticon AG v. China North East Petroleum Holdings Ltd.*, 692 F.3d 34, 42 (2d Cir. 2012) (The Court is "entitled to take judicial notice of well publicized stock prices without converting the motion to dismiss into one for summary judgment.").

# Table View       ☆ Favorite

## Market Information

RETURN TO CHART VIEW

| Date | Open | High | Low | Close | Volume |
|------|------|------|-----|-------|--------|
| AXSM US Equity: Historical Values | | | | | |
| 04/04/22 | 44.29 | 46.47 | 43.37 | 46.38 | 808,679 |
| 04/01/22 | 41.82 | 43.95 | 41.375 | 43.91 | 816,027 |
| 03/31/22 | 40.11 | 41.95 | 40.00 | 41.39 | 910,965 |
| 03/30/22 | 39.42 | 41.40 | 38.51 | 40.02 | 1.01M |
| 03/29/22 | 36.06 | 40.91 | 35.75 | 39.31 | 1.77M |
| 03/28/22 | 36.47 | 39.2899 | 34.51 | 35.11 | 1.49M |
| 03/25/22 | 36.04 | 36.2158 | 34.52 | 35.36 | 469,775 |
| 03/24/22 | 34.81 | 35.98 | 34.75 | 35.98 | 427,862 |
| 03/23/22 | 34.13 | 36.16 | 34.0038 | 34.57 | 418,877 |
| 03/22/22 | 33.38 | 34.93 | 33.21 | 34.44 | 492,049 |
| 03/21/22 | 34.39 | 34.94 | 32.61 | 33.30 | 437,850 |
| 03/18/22 | 33.93 | 35.10 | 33.33 | 33.61 | 1.12M |
| 03/17/22 | 31.55 | 34.25 | 30.87 | 34.18 | 617,644 |
| 03/16/22 | 29.60 | 31.55 | 29.00 | 31.51 | 628,432 |
| 03/15/22 | 28.96 | 29.2664 | 27.3319 | 29.13 | 541,294 |
| 03/14/22 | 33.01 | 33.03 | 27.88 | 28.60 | 863,714 |
| 03/11/22 | 32.12 | 33.61 | 31.81 | 32.79 | 442,583 |
| 03/10/22 | 30.82 | 32.79 | 30.749 | 31.91 | 696,310 |
| 03/09/22 | 28.56 | 31.22 | 28.34 | 31.13 | 637,660 |
| 03/08/22 | 28.85 | 29.36 | 27.735 | 28.25 | 764,822 |
| 03/07/22 | 29.68 | 30.5188 | 28.38 | 28.85 | 445,998 |
| 03/04/22 | 30.05 | 31.22 | 29.52 | 29.91 | 957,365 |
| 03/03/22 | 31.24 | 31.88 | 29.6179 | 30.46 | 476,594 |
| 03/02/22 | 30.58 | 31.74 | 29.3122 | 31.45 | 892,897 |
| 03/01/22 | 28.82 | 32.28 | 28.82 | 30.98 | 1.43M |
| 02/28/22 | 27.86 | 28.69 | 27.53 | 28.11 | 533,031 |

| Date | Open | High | Low | Close | Volume |
|---|---|---|---|---|---|
| 02/25/22 | 28.54 | 28.54 | 27.4182 | 28.19 | 471,454 |
| 02/24/22 | 25.85 | 28.12 | 25.40 | 28.12 | 734,605 |
| 02/23/22 | 29.355 | 29.355 | 27.10 | 27.38 | 572,066 |
| 02/22/22 | 28.78 | 29.575 | 27.79 | 28.47 | 593,343 |
| 02/18/22 | 30.75 | 31.7974 | 29.43 | 29.57 | 579,707 |
| 02/17/22 | 31.20 | 31.88 | 30.05 | 30.41 | 522,115 |
| 02/16/22 | 33.55 | 34.37 | 30.76 | 31.61 | 1.22M |
| 02/15/22 | 31.86 | 33.98 | 31.60 | 33.75 | 439,281 |
| 02/14/22 | 31.36 | 32.50 | 30.81 | 31.20 | 568,631 |
| 02/11/22 | 31.61 | 32.5799 | 31.131 | 32.06 | 607,786 |
| 02/10/22 | 31.42 | 32.92 | 31.09 | 31.50 | 588,349 |
| 02/09/22 | 30.61 | 32.18 | 30.59 | 32.11 | 531,372 |
| 02/08/22 | 30.60 | 31.44 | 29.60 | 30.35 | 1.24M |
| 02/07/22 | 28.74 | 31.09 | 28.71 | 30.52 | 628,355 |
| 02/04/22 | 27.03 | 29.144 | 26.09 | 28.71 | 840,962 |
| 02/03/22 | 28.11 | 28.84 | 26.72 | 27.03 | 638,698 |
| 02/02/22 | 28.71 | 29.155 | 27.26 | 28.71 | 722,056 |
| 02/01/22 | 27.44 | 29.70 | 27.34 | 28.78 | 823,166 |
| 01/31/22 | 26.42 | 27.75 | 26.42 | 27.44 | 493,748 |
| 01/28/22 | 24.39 | 26.36 | 24.34 | 26.32 | 702,559 |
| 01/27/22 | 25.78 | 26.70 | 23.81 | 24.34 | 394,112 |
| 01/26/22 | 27.25 | 27.68 | 25.49 | 25.70 | 633,300 |
| 01/25/22 | 23.78 | 27.20 | 23.68 | 26.66 | 1.02M |
| 01/24/22 | 23.37 | 24.35 | 21.85 | 24.18 | 974,202 |
| 01/21/22 | 25.76 | 25.98 | 23.30 | 23.705 | 1.31M |
| 01/20/22 | 28.73 | 29.265 | 26.61 | 26.71 | 530,308 |
| 01/19/22 | 30.30 | 31.49 | 28.38 | 28.52 | 538,138 |
| 01/18/22 | 28.30 | 30.73 | 28.27 | 30.18 | 1.44M |
| 01/14/22 | 28.30 | 29.3199 | 27.77 | 28.60 | 874,972 |
| 01/13/22 | 31.45 | 31.83 | 29.67 | 29.89 | 530,862 |
| 01/12/22 | 33.12 | 33.52 | 31.21 | 31.41 | 437,890 |
| 01/11/22 | 33.63 | 34.50 | 32.91 | 33.08 | 445,012 |

| Date | Open | High | Low | Close | Volume |
|---|---|---|---|---|---|
| 01/10/22 | 32.70 | 33.85 | 31.86 | 33.41 | 442,674 |
| 01/07/22 | 34.05 | 34.17 | 32.60 | 32.91 | 337,083 |
| 01/06/22 | 33.63 | 34.035 | 31.725 | 33.09 | 534,033 |
| 01/05/22 | 35.59 | 36.50 | 32.88 | 33.18 | 513,399 |
| 01/04/22 | 37.28 | 37.825 | 35.07 | 35.91 | 494,107 |
| 01/03/22 | 37.93 | 38.42 | 36.40 | 37.83 | 430,124 |
| 12/31/21 | 37.76 | 39.48 | 37.38 | 37.78 | 398,599 |
| 12/30/21 | 35.37 | 38.78 | 35.345 | 38.02 | 648,920 |
| 12/29/21 | 36.91 | 37.049 | 35.21 | 35.55 | 374,517 |
| 12/28/21 | 37.13 | 38.05 | 36.61 | 37.02 | 289,701 |
| 12/27/21 | 38.41 | 38.55 | 36.90 | 37.13 | 307,428 |
| 12/23/21 | 37.8219 | 39.21 | 37.00 | 38.45 | 451,198 |
| 12/22/21 | 38.43 | 38.67 | 36.28 | 37.70 | 409,455 |
| 12/21/21 | 36.14 | 38.03 | 35.48 | 37.81 | 556,998 |
| 12/20/21 | 34.76 | 36.88 | 34.25 | 35.97 | 436,267 |
| 12/17/21 | 33.15 | 35.77 | 32.6028 | 35.30 | 750,040 |
| 12/16/21 | 33.18 | 33.81 | 32.51 | 33.51 | 389,980 |
| 12/15/21 | 30.805 | 32.83 | 29.60 | 32.77 | 497,469 |
| 12/14/21 | 31.75 | 32.412 | 30.22 | 30.70 | 612,146 |
| 12/13/21 | 33.32 | 34.1622 | 31.76 | 32.55 | 530,963 |
| 12/10/21 | 34.25 | 34.87 | 32.94 | 33.15 | 492,593 |
| 12/09/21 | 34.56 | 35.80 | 34.055 | 34.10 | 346,337 |
| 12/08/21 | 34.36 | 35.558 | 33.30 | 35.13 | 325,076 |
| 12/07/21 | 33.41 | 35.2561 | 33.39 | 34.18 | 417,695 |
| 12/06/21 | 31.76 | 33.2499 | 30.50 | 32.91 | 680,048 |
| 12/03/21 | 33.35 | 33.3898 | 31.485 | 32.24 | 480,551 |
| 12/02/21 | 33.12 | 33.63 | 32.08 | 33.35 | 463,764 |
| 12/01/21 | 34.96 | 35.62 | 32.62 | 33.16 | 669,357 |
| 11/30/21 | 33.92 | 34.64 | 32.62 | 34.54 | 709,346 |
| 11/29/21 | 37.24 | 37.3999 | 34.19 | 34.34 | 821,387 |
| 11/26/21 | 37.00 | 38.0977 | 36.42 | 36.92 | 314,324 |
| 11/24/21 | 36.46 | 38.435 | 35.44 | 37.93 | 444,115 |

| Date | Open | High | Low | Close | Volume |
|---|---|---|---|---|---|
| 11/23/21 | 37.25 | 37.50 | 35.61 | 36.59 | 516,184 |
| 11/22/21 | 37.48 | 37.86 | 34.82 | 36.84 | 842,704 |
| 11/19/21 | 36.29 | 39.00 | 35.17 | 35.80 | 1.03M |
| 11/18/21 | 34.50 | 35.92 | 33.21 | 35.59 | 779,850 |
| 11/17/21 | 35.28 | 36.23 | 34.20 | 34.55 | 644,953 |
| 11/16/21 | 38.26 | 38.26 | 35.13 | 35.50 | 974,327 |
| 11/15/21 | 39.25 | 39.36 | 36.81 | 38.48 | 650,689 |
| 11/12/21 | 39.75 | 39.83 | 38.28 | 39.26 | 337,143 |
| 11/11/21 | 38.23 | 40.00 | 37.65 | 39.52 | 397,810 |
| 11/10/21 | 40.21 | 40.60 | 37.51 | 38.17 | 746,469 |
| 11/09/21 | 42.64 | 43.97 | 39.87 | 40.77 | 775,720 |
| 11/08/21 | 39.925 | 44.83 | 38.07 | 43.36 | 1.82M |
| 11/05/21 | 40.6726 | 41.25 | 39.50 | 40.20 | 804,787 |
| 11/04/21 | 41.43 | 42.18 | 40.51 | 40.85 | 575,374 |
| 11/03/21 | 39.11 | 41.61 | 39.00 | 41.05 | 770,647 |
| 11/02/21 | 39.36 | 40.56 | 38.70 | 39.55 | 483,995 |
| 11/01/21 | 38.57 | 41.35 | 38.29 | 39.68 | 876,224 |
| 10/29/21 | 39.97 | 40.81 | 38.10 | 38.50 | 560,886 |
| 10/28/21 | 39.04 | 41.22 | 38.85 | 39.64 | 637,890 |
| 10/27/21 | 39.54 | 40.35 | 38.55 | 39.24 | 488,755 |
| 10/26/21 | 39.38 | 40.1099 | 38.504 | 39.69 | 426,485 |
| 10/25/21 | 40.02 | 40.98 | 38.905 | 39.29 | 612,099 |
| 10/22/21 | 40.05 | 40.68 | 38.62 | 40.10 | 486,130 |
| 10/21/21 | 41.93 | 42.3899 | 39.711 | 40.82 | 794,083 |
| 10/20/21 | 40.41 | 42.50 | 39.9064 | 41.91 | 641,896 |
| 10/19/21 | 41.16 | 41.89 | 39.82 | 40.18 | 564,986 |
| 10/18/21 | 39.80 | 41.26 | 37.2292 | 41.12 | 1.23M |
| 10/15/21 | 40.62 | 41.9736 | 39.81 | 40.10 | 644,632 |
| 10/14/21 | 41.63 | 42.42 | 39.57 | 40.62 | 1.55M |
| 10/13/21 | 38.6496 | 42.83 | 37.63 | 42.17 | 1.89M |
| 10/12/21 | 32.60 | 37.80 | 32.271 | 37.79 | 1.44M |
| 10/11/21 | 32.20 | 33.00 | 31.94 | 32.62 | 621,533 |

| Date | Open | High | Low | Close | Volume |
|---|---|---|---|---|---|
| 10/08/21 | 31.74 | 32.64 | 31.63 | 32.20 | 566,673 |
| 10/07/21 | 31.6681 | 32.45 | 30.50 | 31.74 | 513,265 |
| 10/06/21 | 31.30 | 31.635 | 30.10 | 30.85 | 663,991 |
| 10/05/21 | 33.00 | 34.00 | 30.78 | 31.33 | 1.80M |
| 10/04/21 | 34.22 | 34.74 | 32.23 | 32.63 | 899,564 |
| 10/01/21 | 33.10 | 34.55 | 32.30 | 34.28 | 868,701 |
| 09/30/21 | 34.03 | 34.17 | 30.701 | 32.96 | 1.26M |
| 09/29/21 | 33.66 | 36.22 | 33.46 | 34.17 | 993,062 |
| 09/28/21 | 34.65 | 34.99 | 32.29 | 33.23 | 885,806 |
| 09/27/21 | 33.55 | 34.98 | 33.32 | 34.65 | 818,763 |
| 09/24/21 | 32.54 | 34.41 | 32.54 | 33.40 | 987,090 |
| 09/23/21 | 31.20 | 32.99 | 31.00 | 32.96 | 828,409 |
| 09/22/21 | 31.56 | 31.60 | 29.71 | 30.89 | 1.10M |
| 09/21/21 | 29.55 | 31.89 | 29.1984 | 31.21 | 1.18M |
| 09/20/21 | 28.98 | 29.55 | 28.52 | 29.23 | 893,475 |
| 09/17/21 | 28.565 | 29.79 | 27.80 | 29.72 | 1.35M |
| 09/16/21 | 27.63 | 29.37 | 27.61 | 28.53 | 1.19M |
| 09/15/21 | 26.07 | 28.75 | 25.81 | 27.72 | 1.28M |
| 09/14/21 | 28.45 | 28.85 | 25.79 | 26.17 | 1.98M |
| 09/13/21 | 27.2623 | 28.00 | 26.62 | 27.48 | 785,178 |
| 09/10/21 | 27.1071 | 27.68 | 26.11 | 27.39 | 945,473 |
| 09/09/21 | 26.03 | 27.23 | 25.687 | 26.81 | 1.05M |
| 09/08/21 | 26.51 | 26.51 | 25.03 | 26.14 | 690,125 |
| 09/07/21 | 26.53 | 27.49 | 26.39 | 26.55 | 723,986 |
| 09/03/21 | 26.87 | 27.32 | 26.12 | 26.69 | 724,300 |
| 09/02/21 | 27.62 | 27.7496 | 25.76 | 26.92 | 1.90M |
| 09/01/21 | 25.95 | 28.28 | 25.6252 | 27.71 | 2.22M |
| 08/31/21 | 24.05 | 25.9299 | 24.05 | 25.68 | 1.08M |
| 08/30/21 | 24.31 | 24.90 | 23.71 | 24.38 | 882,517 |
| 08/27/21 | 23.24 | 24.25 | 23.00 | 24.00 | 1.25M |
| 08/26/21 | 25.20 | 25.79 | 22.85 | 23.26 | 1.58M |
| 08/25/21 | 24.72 | 26.00 | 24.13 | 25.33 | 1.30M |

| Date | Open | High | Low | Close | Volume |
|------|------|------|-----|-------|--------|
| 08/24/21 | 25.0882 | 25.19 | 23.48 | 24.89 | 2.57M |
| 08/23/21 | 25.20 | 25.61 | 22.68 | 24.79 | 10.97M |
| 08/20/21 | 19.885 | 21.9699 | 19.70 | 21.56 | 1.63M |
| 08/19/21 | 19.906 | 20.56 | 19.38 | 19.91 | 1.41M |
| 08/18/21 | 21.06 | 21.3299 | 20.11 | 20.30 | 1.25M |
| 08/17/21 | 20.97 | 21.4116 | 20.50 | 21.02 | 1.58M |
| 08/16/21 | 22.79 | 22.86 | 21.10 | 21.22 | 1.79M |
| 08/13/21 | 24.0437 | 24.50 | 22.29 | 22.86 | 1.53M |
| 08/12/21 | 23.98 | 24.6799 | 22.88 | 24.31 | 1.67M |
| 08/11/21 | 24.19 | 25.60 | 23.55 | 23.93 | 3.12M |
| 08/10/21 | 26.25 | 26.37 | 23.035 | 23.78 | 6.55M |
| 08/09/21 | 33.00 | 35.00 | 27.30 | 27.37 | 10.97M |
| 08/06/21 | 50.67 | 51.16 | 49.28 | 51.16 | 361,181 |
| 08/05/21 | 50.20 | 51.335 | 48.92 | 50.66 | 276,994 |
| 08/04/21 | 49.19 | 51.31 | 48.8632 | 49.35 | 316,889 |
| 08/03/21 | 50.88 | 51.37 | 48.64 | 49.18 | 326,825 |
| 08/02/21 | 49.27 | 51.58 | 48.97 | 50.32 | 375,044 |
| 07/30/21 | 50.49 | 50.49 | 48.34 | 48.59 | 488,297 |
| 07/29/21 | 52.95 | 54.295 | 50.35 | 50.57 | 326,558 |
| 07/28/21 | 52.71 | 53.86 | 52.28 | 52.81 | 189,558 |
| 07/27/21 | 51.38 | 53.205 | 50.25 | 52.66 | 391,841 |
| 07/26/21 | 53.63 | 54.09 | 50.93 | 51.79 | 342,496 |
| 07/23/21 | 55.96 | 56.0369 | 53.55 | 53.68 | 269,948 |
| 07/22/21 | 57.30 | 58.21 | 55.86 | 55.88 | 246,061 |
| 07/21/21 | 55.36 | 57.58 | 55.15 | 57.11 | 339,399 |
| 07/20/21 | 56.09 | 56.77 | 54.72 | 55.36 | 395,713 |
| 07/19/21 | 53.57 | 56.7031 | 53.1573 | 56.09 | 457,586 |
| 07/16/21 | 56.95 | 56.95 | 53.82 | 54.22 | 518,890 |
| 07/15/21 | 55.722 | 57.98 | 55.12 | 56.77 | 571,729 |
| 07/14/21 | 63.28 | 63.5475 | 56.66 | 56.82 | 1.02M |
| 07/13/21 | 64.71 | 65.4399 | 63.24 | 63.42 | 186,156 |
| 07/12/21 | 65.28 | 65.43 | 63.88 | 65.24 | 185,557 |

| Date | Open | High | Low | Close | Volume |
|---|---|---|---|---|---|
| 07/09/21 | 65.10 | 66.13 | 64.21 | 65.32 | 141,101 |
| 07/08/21 | 61.81 | 66.00 | 61.553 | 64.81 | 259,596 |
| 07/07/21 | 65.00 | 65.54 | 62.695 | 63.47 | 259,891 |
| 07/06/21 | 65.71 | 66.26 | 63.71 | 65.42 | 260,471 |
| 07/02/21 | 67.94 | 68.40 | 66.00 | 66.04 | 255,736 |
| 07/01/21 | 66.80 | 68.74 | 66.50 | 68.26 | 373,545 |
| 06/30/21 | 68.81 | 70.6316 | 66.96 | 67.46 | 395,414 |
| 06/29/21 | 71.40 | 71.495 | 69.30 | 69.66 | 333,220 |
| 06/28/21 | 73.50 | 74.10 | 71.28 | 72.46 | 385,267 |
| 06/25/21 | 70.15 | 73.74 | 69.25 | 73.50 | 670,169 |
| 06/24/21 | 69.63 | 71.32 | 69.40 | 70.51 | 289,477 |
| 06/23/21 | 71.77 | 72.49 | 69.321 | 69.68 | 277,581 |
| 06/22/21 | 70.77 | 71.69 | 70.24 | 71.16 | 327,970 |
| 06/21/21 | 66.93 | 70.97 | 65.846 | 70.75 | 416,257 |
| 06/18/21 | 66.30 | 67.69 | 65.20 | 67.35 | 486,887 |
| 06/17/21 | 65.07 | 66.61 | 64.8021 | 66.54 | 197,388 |
| 06/16/21 | 67.30 | 68.0099 | 63.61 | 65.62 | 404,154 |
| 06/15/21 | 69.50 | 69.56 | 66.14 | 67.21 | 417,387 |
| 06/14/21 | 66.39 | 68.50 | 66.39 | 67.52 | 267,110 |
| 06/11/21 | 67.97 | 67.97 | 65.78 | 66.39 | 261,666 |
| 06/10/21 | 64.48 | 69.29 | 63.95 | 67.57 | 467,468 |
| 06/09/21 | 65.09 | 66.00 | 63.13 | 63.50 | 275,174 |
| 06/08/21 | 66.00 | 66.3871 | 63.50 | 65.40 | 265,169 |
| 06/07/21 | 61.68 | 66.94 | 61.105 | 65.24 | 489,844 |
| 06/04/21 | 61.82 | 62.50 | 60.10 | 61.32 | 208,467 |
| 06/03/21 | 60.34 | 62.16 | 59.82 | 61.70 | 242,509 |
| 06/02/21 | 61.81 | 62.63 | 59.83 | 60.56 | 343,108 |
| 06/01/21 | 61.35 | 62.45 | 60.01 | 61.70 | 423,324 |
| 05/28/21 | 61.28 | 61.80 | 60.00 | 60.71 | 296,663 |
| 05/27/21 | 56.39 | 61.17 | 55.77 | 60.50 | 871,063 |
| 05/26/21 | 55.45 | 56.77 | 55.16 | 56.23 | 258,404 |
| 05/25/21 | 54.85 | 56.24 | 54.36 | 54.68 | 346,975 |

| Date | Open | High | Low | Close | Volume |
|---|---|---|---|---|---|
| 05/24/21 | 56.11 | 56.40 | 55.01 | 55.03 | 420,751 |
| 05/21/21 | 56.08 | 57.00 | 55.12 | 55.37 | 217,264 |
| 05/20/21 | 55.66 | 56.4024 | 54.55 | 55.55 | 290,035 |
| 05/19/21 | 57.51 | 58.00 | 55.19 | 55.55 | 327,473 |
| 05/18/21 | 59.28 | 60.37 | 57.59 | 58.04 | 362,499 |
| 05/17/21 | 58.70 | 59.39 | 57.86 | 58.96 | 221,680 |
| 05/14/21 | 60.80 | 61.1937 | 57.82 | 58.42 | 333,060 |
| 05/13/21 | 57.79 | 60.24 | 57.25 | 60.03 | 398,996 |
| 05/12/21 | 56.16 | 58.215 | 55.551 | 57.01 | 293,974 |
| 05/11/21 | 52.7156 | 57.66 | 52.11 | 57.03 | 342,612 |
| 05/10/21 | 55.36 | 56.78 | 53.78 | 54.39 | 353,093 |
| 05/07/21 | 56.44 | 57.99 | 56.00 | 56.96 | 309,658 |
| 05/06/21 | 58.45 | 58.45 | 55.00 | 56.36 | 480,626 |
| 05/05/21 | 58.77 | 59.65 | 57.47 | 58.15 | 342,546 |
| 05/04/21 | 60.86 | 60.98 | 57.78 | 58.08 | 575,829 |
| 05/03/21 | 61.54 | 62.41 | 60.71 | 61.55 | 319,542 |
| 04/30/21 | 61.18 | 63.00 | 59.52 | 60.46 | 411,225 |
| 04/29/21 | 59.81 | 62.4599 | 58.626 | 61.78 | 321,435 |
| 04/28/21 | 60.84 | 62.2455 | 59.00 | 59.74 | 581,892 |
| 04/27/21 | 59.81 | 64.97 | 59.51 | 60.39 | 1.17M |
| 04/26/21 | 58.625 | 61.4999 | 56.41 | 58.71 | 1.35M |
| 04/23/21 | 52.86 | 54.135 | 51.20 | 52.89 | 371,765 |
| 04/22/21 | 54.92 | 55.50 | 52.87 | 52.87 | 507,115 |
| 04/21/21 | 50.68 | 54.62 | 50.051 | 54.60 | 534,057 |
| 04/20/21 | 51.75 | 53.07 | 50.18 | 50.63 | 488,999 |
| 04/19/21 | 53.48 | 54.3747 | 51.1331 | 51.93 | 202,848 |
| 04/16/21 | 52.60 | 53.56 | 51.675 | 53.44 | 251,237 |
| 04/15/21 | 53.69 | 54.745 | 52.1112 | 52.60 | 198,060 |
| 04/14/21 | 51.50 | 55.203 | 51.231 | 53.55 | 272,758 |
| 04/13/21 | 51.90 | 52.39 | 51.00 | 51.71 | 384,156 |
| 04/12/21 | 52.70 | 53.18 | 51.51 | 51.89 | 326,929 |
| 04/09/21 | 53.61 | 54.57 | 52.84 | 52.99 | 271,031 |

| Date | Open | High | Low | Close | Volume |
|---|---|---|---|---|---|
| 04/08/21 | 55.22 | 55.43 | 53.634 | 54.09 | 211,837 |
| 04/07/21 | 55.98 | 56.5486 | 54.14 | 54.24 | 171,721 |
| 04/06/21 | 57.20 | 57.75 | 56.00 | 56.23 | 165,325 |
| 04/05/21 | 58.32 | 58.80 | 56.415 | 57.00 | 282,118 |
| 04/01/21 | 57.33 | 58.43 | 56.66 | 57.50 | 249,438 |
| 03/31/21 | 56.22 | 57.49 | 55.94 | 56.62 | 400,368 |
| 03/30/21 | 56.73 | 57.22 | 55.30 | 55.91 | 486,443 |
| 03/29/21 | 58.95 | 59.408 | 57.07 | 57.28 | 179,585 |
| 03/26/21 | 59.34 | 60.50 | 57.62 | 59.24 | 224,718 |
| 03/25/21 | 58.00 | 59.92 | 55.96 | 59.32 | 363,700 |
| 03/24/21 | 61.93 | 61.93 | 58.25 | 58.44 | 445,774 |
| 03/23/21 | 63.28 | 63.28 | 60.5817 | 61.00 | 425,129 |
| 03/22/21 | 64.87 | 65.46 | 62.96 | 63.53 | 223,500 |
| 03/19/21 | 63.60 | 64.91 | 62.511 | 64.60 | 545,172 |
| 03/18/21 | 67.42 | 67.74 | 62.13 | 63.02 | 392,963 |
| 03/17/21 | 65.44 | 68.3825 | 64.861 | 68.08 | 289,404 |
| 03/16/21 | 65.42 | 65.80 | 63.69 | 65.75 | 263,816 |
| 03/15/21 | 66.50 | 66.75 | 64.87 | 65.22 | 297,428 |
| 03/12/21 | 67.29 | 67.48 | 65.25 | 66.49 | 231,375 |
| 03/11/21 | 65.01 | 68.12 | 63.50 | 67.48 | 358,069 |
| 03/10/21 | 66.08 | 66.08 | 63.95 | 64.05 | 257,974 |
| 03/09/21 | 63.68 | 66.9299 | 63.01 | 64.90 | 300,326 |
| 03/08/21 | 64.69 | 65.2627 | 62.62 | 62.82 | 288,015 |
| 03/05/21 | 65.65 | 66.00 | 61.01 | 65.02 | 470,484 |
| 03/04/21 | 69.85 | 71.43 | 65.81 | 66.21 | 527,988 |
| 03/03/21 | 69.37 | 71.49 | 68.70 | 70.18 | 247,314 |
| 03/02/21 | 70.01 | 72.00 | 69.10 | 69.76 | 223,793 |
| 03/01/21 | 67.28 | 71.74 | 66.54 | 69.20 | 473,424 |
| 02/26/21 | 68.33 | 69.75 | 66.01 | 67.36 | 333,237 |
| 02/25/21 | 71.36 | 72.75 | 68.17 | 68.38 | 281,300 |
| 02/24/21 | 70.58 | 72.04 | 69.40 | 71.98 | 229,076 |
| 02/23/21 | 69.00 | 70.70 | 66.104 | 69.93 | 402,073 |

| Date | Open | High | Low | Close | Volume |
|---|---|---|---|---|---|
| 02/22/21 | 71.98 | 72.07 | 69.20 | 69.43 | 265,025 |
| 02/19/21 | 71.52 | 73.15 | 71.26 | 72.27 | 290,160 |
| 02/18/21 | 71.30 | 72.28 | 70.01 | 71.18 | 330,336 |
| 02/17/21 | 73.94 | 74.2384 | 71.38 | 72.02 | 281,042 |
| 02/16/21 | 75.25 | 75.855 | 74.10 | 74.71 | 243,309 |
| 02/12/21 | 73.75 | 74.94 | 72.03 | 74.63 | 275,098 |
| 02/11/21 | 75.76 | 75.85 | 73.18 | 73.70 | 195,807 |
| 02/10/21 | 75.51 | 76.48 | 72.40 | 75.00 | 177,291 |
| 02/09/21 | 75.36 | 77.08 | 74.95 | 75.05 | 215,518 |
| 02/08/21 | 76.15 | 77.25 | 74.71 | 75.27 | 249,084 |
| 02/05/21 | 76.54 | 76.62 | 73.95 | 75.25 | 219,527 |
| 02/04/21 | 75.93 | 78.00 | 75.001 | 75.88 | 298,733 |
| 02/03/21 | 73.90 | 75.64 | 73.53 | 75.53 | 216,315 |
| 02/02/21 | 72.00 | 73.9887 | 71.94 | 73.73 | 251,399 |
| 02/01/21 | 69.50 | 71.9898 | 68.29 | 70.89 | 426,005 |
| 01/29/21 | 69.97 | 70.48 | 67.67 | 68.09 | 336,952 |
| 01/28/21 | 70.0825 | 71.3793 | 68.90 | 69.84 | 502,387 |
| 01/27/21 | 72.03 | 72.12 | 68.61 | 69.17 | 606,508 |
| 01/26/21 | 76.03 | 76.92 | 72.89 | 72.99 | 301,895 |
| 01/25/21 | 75.06 | 75.67 | 72.36 | 75.56 | 350,649 |
| 01/22/21 | 75.19 | 75.99 | 74.56 | 74.65 | 243,804 |
| 01/21/21 | 76.23 | 77.05 | 74.39 | 75.90 | 250,638 |
| 01/20/21 | 76.88 | 77.115 | 75.20 | 75.92 | 177,459 |
| 01/19/21 | 77.97 | 78.345 | 76.58 | 76.96 | 243,112 |
| 01/15/21 | 79.82 | 80.42 | 76.42 | 76.75 | 234,939 |
| 01/14/21 | 80.14 | 81.25 | 79.2173 | 79.89 | 154,918 |
| 01/13/21 | 80.00 | 82.87 | 78.92 | 79.50 | 289,129 |
| 01/12/21 | 78.08 | 80.63 | 77.225 | 80.44 | 357,008 |
| 01/11/21 | 77.61 | 78.12 | 76.3518 | 77.94 | 185,191 |
| 01/08/21 | 78.78 | 80.355 | 76.15 | 77.71 | 250,310 |
| 01/07/21 | 76.19 | 77.99 | 75.58 | 77.81 | 238,469 |
| 01/06/21 | 78.74 | 79.05 | 74.77 | 75.59 | 571,877 |

| Date | Open | High | Low | Close | Volume |
|---|---|---|---|---|---|
| 01/05/21 | 81.84 | 82.975 | 78.4124 | 78.58 | 312,410 |
| 01/04/21 | 81.31 | 82.98 | 80.415 | 81.44 | 316,212 |
| 12/31/20 | 84.30 | 84.73 | 79.80 | 81.47 | 294,261 |
| 12/30/20 | 82.49 | 84.00 | 81.89 | 83.26 | 215,517 |
| 12/29/20 | 84.25 | 84.74 | 81.37 | 82.29 | 317,859 |
| 12/28/20 | 85.50 | 85.52 | 83.644 | 83.90 | 251,258 |
| 12/24/20 | 85.29 | 86.01 | 84.1495 | 84.91 | 149,871 |
| 12/23/20 | 86.64 | 86.64 | 83.11 | 84.49 | 342,790 |
| 12/22/20 | 83.11 | 87.24 | 82.51 | 86.52 | 461,709 |
| 12/21/20 | 77.00 | 82.69 | 77.00 | 82.47 | 328,649 |
| 12/18/20 | 77.41 | 79.20 | 76.62 | 78.27 | 473,445 |
| 12/17/20 | 80.00 | 80.45 | 76.46 | 76.91 | 507,698 |
| 12/16/20 | 81.66 | 83.11 | 80.01 | 80.41 | 394,895 |
| 12/15/20 | 79.415 | 81.02 | 78.24 | 80.05 | 237,367 |
| 12/14/20 | 79.89 | 81.03 | 77.89 | 79.95 | 371,686 |
| 12/11/20 | 81.12 | 81.92 | 79.1923 | 79.32 | 200,851 |
| 12/10/20 | 78.41 | 82.00 | 78.40 | 81.45 | 397,084 |
| 12/09/20 | 83.50 | 84.00 | 78.02 | 78.40 | 422,357 |
| 12/08/20 | 84.33 | 84.61 | 80.12 | 82.75 | 439,219 |
| 12/07/20 | 80.09 | 82.49 | 80.01 | 80.95 | 267,877 |
| 12/04/20 | 77.67 | 80.40 | 76.54 | 80.06 | 354,676 |
| 12/03/20 | 75.00 | 77.845 | 72.9548 | 77.15 | 426,993 |
| 12/02/20 | 71.92 | 74.28 | 69.38 | 73.96 | 469,816 |
| 12/01/20 | 76.26 | 76.49 | 70.92 | 71.45 | 676,334 |
| 11/30/20 | 74.68 | 74.68 | 70.86 | 72.49 | 276,257 |
| 11/27/20 | 73.35 | 75.33 | 73.13 | 75.18 | 127,183 |
| 11/25/20 | 72.52 | 73.82 | 71.3052 | 73.42 | 162,323 |
| 11/24/20 | 71.73 | 73.17 | 69.50 | 72.29 | 251,937 |
| 11/23/20 | 73.16 | 73.60 | 70.52 | 70.92 | 240,453 |
| 11/20/20 | 73.06 | 74.43 | 71.75 | 72.44 | 247,096 |
| 11/19/20 | 72.47 | 73.77 | 71.86 | 73.27 | 147,207 |
| 11/18/20 | 75.99 | 77.48 | 72.161 | 72.47 | 246,005 |

| Date | Open | High | Low | Close | Volume |
|------|------|------|-----|-------|--------|
| 11/17/20 | 73.56 | 75.97 | 72.54 | 75.92 | 311,691 |
| 11/16/20 | 75.54 | 75.90 | 72.93 | 74.29 | 246,967 |
| 11/13/20 | 72.68 | 75.26 | 71.93 | 74.18 | 280,594 |
| 11/12/20 | 72.63 | 74.00 | 70.75 | 72.33 | 243,348 |
| 11/11/20 | 70.26 | 73.06 | 68.03 | 72.815 | 286,664 |
| 11/10/20 | 69.08 | 70.96 | 67.44 | 70.00 | 389,176 |
| 11/09/20 | 69.18 | 73.219 | 68.03 | 68.82 | 341,367 |
| 11/06/20 | 69.58 | 69.89 | 66.32 | 67.46 | 357,119 |
| 11/05/20 | 75.00 | 75.00 | 68.77 | 69.51 | 574,699 |
| 11/04/20 | 69.50 | 75.32 | 69.44 | 74.73 | 383,186 |
| 11/03/20 | 67.90 | 69.93 | 66.43 | 69.44 | 242,710 |
| 11/02/20 | 66.98 | 67.88 | 65.00 | 66.86 | 292,510 |
| 10/30/20 | 67.21 | 68.19 | 65.32 | 66.31 | 344,512 |
| 10/29/20 | 66.61 | 68.58 | 65.80 | 68.03 | 237,470 |
| 10/28/20 | 67.00 | 67.65 | 65.70 | 67.10 | 294,783 |
| 10/27/20 | 68.69 | 69.36 | 67.51 | 68.07 | 211,343 |
| 10/26/20 | 71.00 | 71.63 | 67.95 | 68.69 | 237,893 |
| 10/23/20 | 70.61 | 71.94 | 69.84 | 71.38 | 232,420 |
| 10/22/20 | 69.07 | 70.99 | 68.58 | 70.70 | 240,767 |
| 10/21/20 | 70.24 | 71.50 | 68.20 | 68.95 | 309,055 |
| 10/20/20 | 72.42 | 72.99 | 69.99 | 70.57 | 263,527 |
| 10/19/20 | 74.47 | 75.43 | 71.79 | 72.05 | 299,756 |
| 10/16/20 | 74.44 | 75.80 | 73.30 | 73.74 | 305,994 |
| 10/15/20 | 73.60 | 74.44 | 72.66 | 74.26 | 162,029 |
| 10/14/20 | 75.48 | 77.27 | 74.49 | 74.63 | 199,341 |
| 10/13/20 | 73.54 | 75.89 | 72.90 | 75.59 | 190,437 |
| 10/12/20 | 75.50 | 75.50 | 73.12 | 74.02 | 210,673 |
| 10/09/20 | 74.18 | 75.5583 | 73.22 | 74.60 | 180,244 |
| 10/08/20 | 73.81 | 76.10 | 72.85 | 74.74 | 421,647 |
| 10/07/20 | 74.24 | 74.88 | 72.42 | 72.92 | 285,988 |
| 10/06/20 | 74.35 | 75.57 | 73.08 | 73.29 | 422,014 |
| 10/05/20 | 71.24 | 74.415 | 71.24 | 74.12 | 243,614 |

| Date | Open | High | Low | Close | Volume |
|---|---|---|---|---|---|
| 10/02/20 | 70.55 | 72.43 | 70.18 | 70.50 | 236,705 |
| 10/01/20 | 71.65 | 73.06 | 70.25 | 72.21 | 308,136 |
| 09/30/20 | 71.75 | 73.64 | 69.41 | 71.25 | 509,098 |
| 09/29/20 | 72.07 | 73.9999 | 70.00 | 72.28 | 828,693 |
| 09/28/20 | 77.37 | 77.99 | 75.79 | 76.46 | 227,935 |
| 09/25/20 | 76.19 | 79.93 | 76.01 | 77.02 | 299,986 |
| 09/24/20 | 77.60 | 78.59 | 74.765 | 75.93 | 303,837 |
| 09/23/20 | 80.46 | 81.42 | 76.40 | 77.59 | 551,014 |
| 09/22/20 | 78.73 | 81.79 | 76.0992 | 81.27 | 583,150 |
| 09/21/20 | 81.85 | 83.27 | 77.22 | 78.79 | 735,829 |
| 09/18/20 | 81.34 | 83.60 | 79.07 | 81.65 | 673,954 |
| 09/17/20 | 80.35 | 82.7383 | 78.84 | 79.08 | 402,040 |
| 09/16/20 | 81.29 | 83.42 | 80.77 | 80.77 | 446,081 |
| 09/15/20 | 83.70 | 84.035 | 80.50 | 81.26 | 572,658 |
| 09/14/20 | 74.40 | 90.00 | 74.40 | 83.055 | 1.63M |
| 09/11/20 | 73.24 | 75.00 | 72.02 | 73.03 | 204,616 |
| 09/10/20 | 74.93 | 76.36 | 73.03 | 73.03 | 370,505 |
| 09/09/20 | 70.49 | 73.285 | 70.39 | 72.39 | 471,180 |
| 09/08/20 | 66.44 | 71.608 | 66.15 | 69.59 | 407,801 |
| 09/04/20 | 71.00 | 71.8146 | 65.25 | 68.34 | 554,520 |
| 09/03/20 | 72.53 | 73.8398 | 69.315 | 71.13 | 297,889 |
| 09/02/20 | 72.61 | 74.12 | 70.37 | 73.76 | 525,300 |
| 09/01/20 | 73.76 | 75.3561 | 72.41 | 72.50 | 339,625 |
| 08/31/20 | 77.18 | 77.7331 | 71.35 | 73.31 | 767,732 |
| 08/28/20 | 76.32 | 78.2776 | 76.011 | 76.21 | 234,842 |
| 08/27/20 | 77.10 | 77.2046 | 75.28 | 76.40 | 202,664 |
| 08/26/20 | 78.85 | 79.39 | 76.02 | 77.11 | 368,057 |
| 08/25/20 | 77.10 | 79.67 | 76.25 | 79.31 | 222,146 |
| 08/24/20 | 78.00 | 79.00 | 75.22 | 77.03 | 366,136 |
| 08/21/20 | 79.68 | 80.26 | 77.36 | 77.57 | 430,847 |
| 08/20/20 | 79.31 | 82.00 | 78.75 | 80.13 | 497,063 |
| 08/19/20 | 80.57 | 80.94 | 78.68 | 78.95 | 239,441 |

| Date | Open | High | Low | Close | Volume |
|---|---|---|---|---|---|
| 08/18/20 | 81.60 | 82.60 | 79.42 | 80.26 | 205,872 |
| 08/17/20 | 79.00 | 82.29 | 79.00 | 81.57 | 269,760 |
| 08/14/20 | 79.68 | 81.05 | 78.46 | 79.00 | 237,575 |
| 08/13/20 | 78.16 | 80.83 | 78.00 | 79.76 | 241,430 |
| 08/12/20 | 77.79 | 80.25 | 77.79 | 78.60 | 350,786 |
| 08/11/20 | 81.15 | 83.32 | 77.18 | 77.62 | 525,726 |
| 08/10/20 | 79.03 | 83.48 | 76.35 | 81.79 | 464,966 |
| 08/07/20 | 78.26 | 80.29 | 76.17 | 78.07 | 395,669 |
| 08/06/20 | 75.51 | 78.13 | 74.92 | 78.04 | 270,988 |
| 08/05/20 | 77.56 | 77.82 | 74.83 | 75.71 | 398,570 |
| 08/04/20 | 75.93 | 76.55 | 73.555 | 74.79 | 432,616 |
| 08/03/20 | 71.60 | 77.27 | 70.52 | 76.54 | 378,032 |
| 07/31/20 | 74.54 | 75.19 | 71.27 | 71.33 | 424,132 |
| 07/30/20 | 73.00 | 75.50 | 72.20 | 74.60 | 259,354 |
| 07/29/20 | 76.04 | 76.87 | 73.55 | 74.27 | 407,951 |
| 07/28/20 | 77.389 | 78.22 | 75.60 | 75.74 | 323,196 |
| 07/27/20 | 78.34 | 79.00 | 75.50 | 77.18 | 447,737 |
| 07/24/20 | 79.26 | 79.68 | 76.805 | 77.35 | 346,956 |
| 07/23/20 | 81.94 | 83.50 | 79.37 | 79.90 | 256,516 |
| 07/22/20 | 81.65 | 82.303 | 79.161 | 81.82 | 254,782 |
| 07/21/20 | 84.24 | 85.25 | 81.345 | 81.88 | 390,367 |
| 07/20/20 | 81.32 | 85.05 | 80.66 | 83.51 | 353,667 |
| 07/17/20 | 80.00 | 84.6995 | 79.87 | 81.65 | 357,538 |
| 07/16/20 | 81.31 | 81.3873 | 77.09 | 80.00 | 365,189 |
| 07/15/20 | 80.27 | 82.76 | 78.59 | 82.09 | 395,587 |
| 07/14/20 | 77.52 | 79.88 | 76.27 | 79.42 | 402,971 |
| 07/13/20 | 83.01 | 84.10 | 76.475 | 76.74 | 607,825 |
| 07/10/20 | 81.98 | 83.83 | 80.02 | 83.04 | 306,421 |
| 07/09/20 | 85.98 | 87.25 | 81.50 | 81.92 | 442,337 |
| 07/08/20 | 83.96 | 85.87 | 82.16 | 85.84 | 399,095 |
| 07/07/20 | 81.09 | 85.50 | 80.90 | 83.88 | 365,956 |
| 07/06/20 | 82.09 | 83.78 | 81.22 | 82.01 | 299,940 |

| Date | Open | High | Low | Close | Volume |
|------|------|------|-----|-------|--------|
| 07/02/20 | 84.33 | 84.67 | 80.68 | 80.97 | 498,322 |
| 07/01/20 | 82.35 | 85.63 | 81.12 | 83.91 | 392,570 |
| 06/30/20 | 77.51 | 83.90 | 77.36 | 82.28 | 1.29M |
| 06/29/20 | 86.29 | 87.00 | 75.002 | 76.36 | 1.42M |
| 06/26/20 | 82.94 | 89.26 | 82.94 | 85.79 | 2.31M |
| 06/25/20 | 75.67 | 77.435 | 74.17 | 76.61 | 312,554 |
| 06/24/20 | 77.95 | 78.50 | 74.29 | 75.41 | 349,294 |
| 06/23/20 | 78.91 | 80.60 | 77.80 | 78.95 | 457,157 |
| 06/22/20 | 80.12 | 81.54 | 75.61 | 78.59 | 615,598 |
| 06/19/20 | 77.68 | 80.44 | 77.02 | 79.56 | 825,918 |
| 06/18/20 | 74.28 | 78.41 | 74.11 | 77.39 | 549,676 |
| 06/17/20 | 75.85 | 78.2555 | 74.20 | 74.59 | 409,062 |
| 06/16/20 | 76.24 | 77.63 | 75.221 | 76.55 | 389,929 |
| 06/15/20 | 71.21 | 75.25 | 70.20 | 74.83 | 423,575 |
| 06/12/20 | 73.70 | 75.40 | 69.77 | 72.27 | 529,882 |
| 06/11/20 | 75.00 | 77.54 | 72.111 | 72.46 | 623,003 |
| 06/10/20 | 80.99 | 81.76 | 78.05 | 78.43 | 417,110 |
| 06/09/20 | 80.24 | 83.17 | 79.391 | 80.82 | 456,687 |
| 06/08/20 | 77.20 | 81.60 | 75.59 | 80.55 | 514,672 |
| 06/05/20 | 74.70 | 78.83 | 72.255 | 77.38 | 584,608 |
| 06/04/20 | 73.85 | 76.28 | 73.44 | 74.48 | 432,537 |
| 06/03/20 | 75.41 | 76.00 | 73.20 | 74.25 | 475,504 |
| 06/02/20 | 77.38 | 78.365 | 73.50 | 75.80 | 345,464 |
| 06/01/20 | 77.03 | 77.375 | 74.37 | 76.99 | 464,771 |
| 05/29/20 | 76.59 | 77.28 | 73.23 | 76.98 | 684,177 |
| 05/28/20 | 78.58 | 79.60 | 76.12 | 76.52 | 454,773 |
| 05/27/20 | 76.51 | 79.26 | 73.38 | 78.45 | 647,085 |
| 05/26/20 | 81.29 | 82.80 | 76.141 | 76.67 | 784,177 |
| 05/22/20 | 82.42 | 82.9663 | 79.65 | 80.90 | 454,043 |
| 05/21/20 | 85.47 | 85.64 | 80.621 | 82.96 | 461,914 |
| 05/20/20 | 84.52 | 85.86 | 81.745 | 84.92 | 460,276 |
| 05/19/20 | 85.40 | 86.65 | 83.14 | 83.16 | 416,754 |

| Date | Open | High | Low | Close | Volume |
|---|---|---|---|---|---|
| 05/18/20 | 88.20 | 89.00 | 83.73 | 85.28 | 973,523 |
| 05/15/20 | 82.80 | 87.58 | 80.505 | 86.88 | 626,099 |
| 05/14/20 | 82.92 | 85.01 | 80.25 | 83.50 | 552,934 |
| 05/13/20 | 90.38 | 91.43 | 81.72 | 84.56 | 830,497 |
| 05/12/20 | 89.53 | 94.06 | 87.32 | 89.58 | 1.03M |
| 05/11/20 | 88.79 | 90.21 | 86.51 | 89.25 | 820,535 |
| 05/08/20 | 92.91 | 94.0962 | 86.61 | 87.97 | 964,748 |
| 05/07/20 | 92.00 | 92.90 | 88.86 | 91.82 | 607,572 |
| 05/06/20 | 91.63 | 92.94 | 88.54 | 90.36 | 662,187 |
| 05/05/20 | 92.06 | 92.99 | 89.25 | 90.33 | 527,928 |
| 05/04/20 | 88.85 | 91.96 | 87.91 | 91.72 | 447,616 |
| 05/01/20 | 92.50 | 94.21 | 87.15 | 90.13 | 842,992 |
| 04/30/20 | 97.50 | 98.50 | 94.301 | 95.03 | 678,142 |
| 04/29/20 | 100.37 | 101.00 | 96.0893 | 98.69 | 770,001 |
| 04/28/20 | 97.88 | 100.66 | 93.985 | 96.35 | 1.44M |
| 04/27/20 | 109.13 | 109.5251 | 87.10 | 95.00 | 6.27M |
| 04/24/20 | 71.28 | 76.765 | 71.26 | 76.40 | 726,369 |
| 04/23/20 | 70.06 | 74.16 | 70.04 | 71.19 | 750,829 |
| 04/22/20 | 66.95 | 70.4393 | 66.78 | 69.88 | 463,020 |
| 04/21/20 | 67.20 | 69.19 | 63.48 | 66.37 | 643,585 |
| 04/20/20 | 67.37 | 71.88 | 66.50 | 69.57 | 1.09M |
| 04/17/20 | 65.58 | 69.63 | 63.75 | 69.36 | 1.03M |
| 04/16/20 | 65.06 | 66.36 | 60.51 | 64.12 | 690,054 |
| 04/15/20 | 63.75 | 65.555 | 61.90 | 64.43 | 727,978 |
| 04/14/20 | 64.42 | 66.62 | 63.15 | 65.91 | 817,036 |
| 04/13/20 | 56.48 | 60.22 | 55.44 | 60.04 | 552,829 |
| 04/09/20 | 59.53 | 60.28 | 53.82 | 56.15 | 1.02M |
| 04/08/20 | 51.18 | 59.47 | 49.12 | 58.20 | 1.23M |
| 04/07/20 | 54.31 | 54.76 | 49.36 | 49.87 | 1.36M |
| 04/06/20 | 57.75 | 59.80 | 51.80 | 53.55 | 1.42M |
| 04/03/20 | 55.55 | 56.78 | 54.37 | 55.02 | 552,946 |
| 04/02/20 | 54.99 | 56.6413 | 53.77 | 55.66 | 806,052 |

| Date | Open | High | Low | Close | Volume |
|------|------|------|-----|-------|--------|
| 04/01/20 | 56.46 | 57.46 | 54.51 | 55.79 | 762,119 |
| 03/31/20 | 56.67 | 60.72 | 56.67 | 58.83 | 930,347 |
| 03/30/20 | 54.00 | 60.28 | 54.00 | 57.58 | 2.43M |
| 03/27/20 | 62.50 | 64.4478 | 59.49 | 63.27 | 1.02M |
| 03/26/20 | 63.30 | 65.24 | 62.06 | 63.54 | 645,588 |
| 03/25/20 | 67.18 | 69.4699 | 60.60 | 62.50 | 873,690 |
| 03/24/20 | 71.60 | 71.60 | 60.23 | 66.74 | 1.56M |
| 03/23/20 | 55.00 | 64.93 | 52.02 | 63.91 | 1.23M |
| 03/20/20 | 48.05 | 61.17 | 47.92 | 54.40 | 2.14M |
| 03/19/20 | 40.98 | 47.98 | 39.98 | 46.47 | 1.14M |
| 03/18/20 | 42.05 | 45.55 | 35.44 | 41.20 | 1.41M |
| 03/17/20 | 43.60 | 48.87 | 39.17 | 45.14 | 1.31M |
| 03/16/20 | 52.01 | 54.07 | 41.52 | 42.94 | 1.83M |
| 03/13/20 | 69.005 | 69.01 | 52.00 | 61.24 | 1.56M |
| 03/12/20 | 61.00 | 72.665 | 60.00 | 64.78 | 1.35M |
| 03/11/20 | 75.86 | 77.10 | 71.805 | 73.65 | 948,736 |
| 03/10/20 | 78.13 | 79.41 | 71.03 | 77.51 | 923,977 |
| 03/09/20 | 77.62 | 80.63 | 74.621 | 76.09 | 838,049 |
| 03/06/20 | 86.50 | 86.50 | 80.95 | 83.70 | 820,618 |
| 03/05/20 | 87.56 | 91.57 | 87.50 | 88.35 | 556,757 |
| 03/04/20 | 87.91 | 91.37 | 86.03 | 90.17 | 655,603 |
| 03/03/20 | 89.63 | 91.75 | 84.51 | 85.55 | 529,506 |
| 03/02/20 | 79.43 | 88.87 | 77.54 | 88.87 | 1.02M |
| 02/28/20 | 78.57 | 81.9899 | 74.571 | 78.00 | 1.16M |
| 02/27/20 | 80.79 | 84.47 | 78.16 | 81.66 | 896,230 |
| 02/26/20 | 84.39 | 86.8352 | 82.23 | 83.82 | 687,520 |
| 02/25/20 | 88.99 | 90.00 | 83.90 | 84.76 | 786,272 |
| 02/24/20 | 89.90 | 91.42 | 87.05 | 88.51 | 546,585 |
| 02/21/20 | 92.00 | 92.39 | 90.00 | 91.13 | 440,350 |
| 02/20/20 | 92.22 | 93.65 | 89.25 | 92.59 | 599,408 |
| 02/19/20 | 92.36 | 94.21 | 90.14 | 92.15 | 520,883 |
| 02/18/20 | 90.28 | 95.44 | 90.28 | 92.08 | 760,169 |

| Date | Open | High | Low | Close | Volume |
|------|------|------|-----|-------|--------|
| 02/14/20 | 89.12 | 92.03 | 88.60 | 90.47 | 499,957 |
| 02/13/20 | 89.75 | 92.19 | 88.00 | 88.67 | 626,084 |
| 02/12/20 | 93.23 | 93.23 | 89.312 | 90.69 | 562,347 |
| 02/11/20 | 92.96 | 93.8481 | 89.40 | 92.80 | 622,928 |
| 02/10/20 | 89.61 | 93.60 | 88.62 | 92.35 | 476,331 |
| 02/07/20 | 91.06 | 92.11 | 88.54 | 89.85 | 547,423 |
| 02/06/20 | 94.89 | 95.40 | 90.49 | 91.00 | 481,104 |
| 02/05/20 | 96.77 | 98.47 | 92.8775 | 94.54 | 629,493 |
| 02/04/20 | 95.00 | 96.44 | 89.52 | 96.31 | 817,575 |
| 02/03/20 | 87.79 | 94.98 | 86.7318 | 93.87 | 824,030 |
| 01/31/20 | 88.21 | 88.78 | 86.00 | 86.82 | 432,071 |
| 01/30/20 | 89.36 | 90.9894 | 85.65 | 88.40 | 647,901 |
| 01/29/20 | 88.13 | 90.89 | 87.42 | 90.02 | 527,840 |
| 01/28/20 | 86.72 | 88.32 | 86.18 | 87.60 | 384,345 |
| 01/27/20 | 81.39 | 87.80 | 80.06 | 86.97 | 865,248 |
| 01/24/20 | 87.78 | 88.25 | 84.30 | 85.20 | 531,033 |
| 01/23/20 | 86.54 | 88.49 | 83.601 | 87.76 | 677,381 |
| 01/22/20 | 90.49 | 91.15 | 87.38 | 87.51 | 827,149 |
| 01/21/20 | 90.08 | 92.50 | 88.53 | 88.73 | 680,239 |
| 01/17/20 | 92.99 | 93.50 | 89.51 | 90.34 | 469,403 |
| 01/16/20 | 89.91 | 92.7492 | 89.00 | 92.48 | 577,411 |
| 01/15/20 | 90.40 | 92.33 | 88.4598 | 90.69 | 557,373 |
| 01/14/20 | 88.34 | 92.1773 | 86.10 | 90.49 | 793,410 |
| 01/13/20 | 93.00 | 93.00 | 85.38 | 88.30 | 1.05M |
| 01/10/20 | 87.36 | 90.54 | 85.10 | 88.78 | 1.17M |
| 01/09/20 | 90.63 | 90.63 | 86.67 | 87.24 | 1.17M |
| 01/08/20 | 92.43 | 94.61 | 89.49 | 90.00 | 1.06M |
| 01/07/20 | 94.41 | 95.80 | 91.59 | 92.25 | 1.02M |
| 01/06/20 | 90.12 | 97.20 | 88.05 | 94.48 | 1.41M |
| 01/03/20 | 98.09 | 100.75 | 92.09 | 94.69 | 1.91M |
| 01/02/20 | 104.69 | 104.79 | 98.52 | 101.31 | 1.24M |
| 12/31/19 | 101.39 | 107.1795 | 100.62 | 103.36 | 1.41M |

| Date | Open | High | Low | Close | Volume |
|------|------|------|-----|-------|--------|
| 12/30/19 | 108.17 | 109.94 | 102.52 | 103.83 | 2.73M |