# Exhibit O



Biotechnology
Company Update
November 9, 2021
**BUY**
Matthew L. Kaplan; mkaplan@ladenburg.com
212.891.5247

# Axsome Therapeutics, Inc.

## AXS-05 NDA Review Ongoing; AXS-07 April 30, 2022 PDUFA; Buy & $162 PT

AXSM (NASDAQ)

| Company & Market Data | |
|---|---|
| Closing Price (as of 11/08/2021): | $43.36 |
| Rating: | BUY |
| Price Target: | $162.00 |
| 52 Week Range: | $19.38 - $87.24 |
| Shares Outstanding (MM): | 37.7 |
| Market Capitalization (MM): | $1,634 |
| Cash (MM): | $114.6 |
| Debt (MM): | $49.2 |
| Fiscal Year End: | Dec |

*Cash (MM): As of September 30, 2021

| Estimates | | | |
|---|---|---|---|
| **EPS** | **2020A** | **2021E** | **2022E** |
| 1Q | $(0.88) | $(0.78)A | $(1.15) |
| 2Q | $(0.49) | $(0.86)A | $(1.22) |
| 3Q | $(0.61) | $(0.93)A | $(1.02) |
| 4Q | $(0.78) | $(0.95) | $(0.82) |
| Full Year | $(2.77) | $(3.52) | $(4.21) |
| Revenue (MM) | $0.0 | $0.0 | $46.2 |



*Chart data: Bloomberg*

**In late October, the FDA notified Axsome there were two deficiencies related to analytical methods in the CMC section of the NDA. Axsome believes the issues are addressable and is in the process of confirming the details with the agency.** Recall, the FDA notified Axsome on August 20th, that they would not complete the review of the AXS-05 MDD NDA by the August 22nd PDUFA date. The review of the NDA has remained ongoing since late August and, importantly, the two analytical method deficiencies were the first deficiencies communicated to the company since late August. Also of note, the CMC deficiencies do not relate to the manufacturing process but to the testing of the finished drug product. Overall, we view the identification of the analytical method issues as a positive as now the company can address them in the context of an ongoing AXS-05 NDA review (no CRL issued). Based on the strength of the AXS-05 Phase 3 study data, we continue to believe in the approvability of the product.

**AXS-07 acute migraine NDA accepted for review by the FDA with an April 30, 2022 PDUFA.** The AXS-07 acute migraine NDA filing, which is based on the positive data from two pivotal Phase 3 trials, the MOMENTUM study, which examined AXS-07 versus rizatriptan, an active control, and the INTERCEPT study, which was versus placebo, was accepted for review with an April 30, 2022 PDUFA. Overall, we are impressed with the MOMENTUM and INTERCEPT Phase 3 efficacy results which clearly show a rapid and sustained improvement in migraine pain and most bothersome symptoms, which were superior to both active control and placebo. We see AXS-07's efficacy profile as a significant point of differentiation.

**Next steps for AXS-05 in AD agitation.** In 2020, the FDA granted Breakthrough Therapy designation for AXS-05 for the treatment of Alzheimer's disease (AD) agitation and designated the positive ADVANCE-1 trial of AXS-05 as pivotal, indicating only a single additional placebo-controlled Phase 3 would be necessary to support NDA filing. In December 2020, AXSM launched the ACCORD Phase 3 study. This utilizes a randomized-withdrawal design where all patients are first treated with open-label AXS-05, with responding patients subsequently randomized in a double-blind design to continue on AXS-05 or switch to placebo. Initial topline data for ACCORD is expected in 1H23.

**Next steps for AXS-05 in smoking cessation.** Based on recent FDA feedback, AXSM plans initiate an AXS-05 Phase 2/3 pivotal smoking cessation trial in 2022. This trial will be the first of two studies necessary for NDA filing. We look forward to additional details on the study.

**AXS-14 NDA submission planned for 1H23; No new clinical studies needed.** Axsome recently met with FDA to discuss the next steps for the development of AXS-14 (esreboxetine) in fibromyalgia. AXSM plans to submit the NDA in 1H23 following the completion of manufacturing and related activities.

**AXS-12 next steps.** SYMPHONY Phase 3 study initiated in September 2021 with topline results expected in 1H23. The FDA indicated only one Phase 3 efficacy trial, combined with the Phase 2 CONCERT trial, would support an NDA filing.

**Solid cash position.** AXSM ended 3Q21 with $114.6 million in cash, with access to $250 million from a term loan ($100 million on AXS-05 MDD approval and $150 million thereafter), which the company believes is sufficient to last into 2024.

**Maintain Buy and $162 price target.**

## Disclosures and Analyst Certifications can be found in Appendix A.

640 Fifth Avenue 4th Floor • New York, New York 10019 • Telephone: 212-409-2000 • 800-LAD-THAL

Member: NYSE, NYSE American, NYSE Arca, FINRA, all other principal exchanges and SIPC