

Jacob A. Goldberg<br>jgoldberg@rosenlegal.com

January 11, 2023

**VIA ECF**
Hon. Lorna G. Schofield
U.S. District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:   *Gru v. Axsome Therapeutics, Inc. et al.*,
           **1:22-cv-03925-LGS (S.D.N.Y.)**

Dear Judge Schofield:

    This firm is Co-Lead Counsel in this action and counsel to Co-Lead Plaintiff Santoshanand Thakkar. We write to inform the Court that Mr. Thakkar seeks to withdraw as a Lead Plaintiff, without prejudice.

    Attached hereto is Mr. Thakkar's declaration, detailing that since the Court appointed him as Lead Plaintiff, his circumstances have changed, and he can no longer dedicate the attention this litigation requires. Mr. Thakkar's withdrawal will not delay the litigation as Co-Lead Plaintiff Evy Gru will continue to represent the putative class as the Lead Plaintiff.

    Please also find attached a proposed order. We thank the Court for its consideration of this request. We stand ready to answer any questions the Court may have.

                                            Respectfully submitted,

                                            THE ROSEN LAW FIRM, P.A.

                                            /s/ *Jacob A. Goldberg*
                                            Jacob A. Goldberg

                                            *Co-Lead Counsel for Plaintiffs*

cc: All counsel (via ECF)

1

**THE ROSEN LAW FIRM, P.A. ♦ 101 GREENWOOD AVENUE, SUITE 440 ♦ JENKINTOWN, PA 19046 ♦ TEL: (215)-600-2817 ♦ FAX: (212) 202 -3827**