DocuSign Envelope ID: 6A348C2A-F9BA-4AE8-9099-7B90404F3C01

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EVY GRU, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>    v.<br><br>AXSOME THERAPEUTICS, INC., HERRIOT TABUTEAU, NICK PIZZIE, MARK JACOBSON, CEDRIC O'GORMAN, and KEVIN LALIBERTE,<br><br>      Defendants. | **Case No.: 1:22-cv-3925-LGS** |

## DECLARATION OF SANTOSHANAND THAKKAR

I, Santoshanand Thakkar, declare as follows:

1. I am a Lead Plaintiff in the above-captioned securities class action ("Action") along with Evy Gru. I submit this declaration in support of my request to withdraw as a Lead Plaintiff.

2. I recently lost my employment. I need all my time to focus on securing new employment for the well-being of myself and my family. Therefore, I no longer have the time that is required to continue to serve as Lead Plaintiff. I am confident that this case will move forward without delay with sole Lead Plaintiff Evy Gru.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct to the best of my knowledge

Executed on  1/10/2023

DocuSigned by:
[signature]
E13FBB78432C499...
Santoshanand Thakkar