# EXHIBIT 2

**S&P Global**
Market Intelligence

# Axsome Therapeutics, Inc.

# NasdaqGM:AXSM

# FQ1 2021 Earnings Call Transcripts

## Monday, May 10, 2021 12:00 PM GMT

## S&P Global Market Intelligence Estimates

|  | -FQ4 2020- | -FQ1 2021- | -FY 2020- | -FY 2021- |
|---|---|---|---|---|
|  | CONSENSUS | CONSENSUS | CONSENSUS | CONSENSUS |
| **EPS Normalized** | (0.70) | (0.82) | (2.54) | (4.00) |
| **Revenue (mm)** | 0.00 | 0.00 | 0.00 | 11.35 |

Currency: USD
Consensus as of  Apr-27-2021 11:07 AM GMT



Stock Price [USD] vs. Volume [mm] with earnings surprise annotations

| | | - EPS NORMALIZED - | |
|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE |
| **FQ1 2020** | (0.66) | (0.88) | NM |
| **FQ2 2020** | (0.61) | (0.49) | NM |
| **FQ3 2020** | (0.55) | (0.58) | NM |
| **FQ4 2020** | (0.70) | (0.78) | NM |

COPYRIGHT © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Call Participants

## EXECUTIVES

**Amanda Jones**
*Senior Vice President of Clinical Development*

**Cedric O'Gorman**
*Senior Vice President of Medical Affairs*

**Herriot Tabuteau**
*Founder, Chairman, CEO & President*

**Lori Englebert**
*Senior Vice President of Commercial & Business Development*

**Mark L. Jacobson**
*COO & Secretary*

**Nick Pizzie**
*Chief Financial Officer*

## ANALYSTS

**Charles Cliff Duncan**
*Cantor Fitzgerald & Co., Research Division*

**Christopher Lawrence Howerton**
*Jefferies LLC, Research Division*

**David Timothy Hoang**
*SMBC Nikko Securities America, Inc., Research Division*

**Joon So Lee**
*Truist Securities, Inc., Research Division*

**Joseph John-Charles Thome**
*Cowen and Company, LLC, Research Division*

**Matthew Lee Kaplan**
*Ladenburg Thalmann & Co. Inc., Research Division*

**Myles Robert Minter**
*William Blair & Company L.L.C., Research Division*

**Roanna Clarissa H. Ruiz**
*SVB Leerink LLC, Research Division*

**Unknown Analyst**

**Vamil Kishore Divan**
*Mizuho Securities USA LLC, Research Division*

**Yatin Suneja**
*Guggenheim Securities, LLC, Research Division*

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Operator**

Good morning, and welcome to the Axsome Therapeutics Conference Call. [Operator Instructions] As a reminder, today's conference call is being recorded.

I would now like to turn the conference over to your host, Mark Jacobson, Chief Operating Officer at Axsome Therapeutics. Please, go ahead.

**Mark L. Jacobson**
*COO & Secretary*

Thank you, operator. Good morning, and thank you all for joining us on today's conference call. Our earnings press release providing a corporate update and details of the company's financial results for the first quarter of 2021 crossed the wire a short time ago and is available on our website at axsom.com.

During today's call, we will be making certain forward-looking statements. These statements may include statements regarding, among other things, the efficacy, safety and intended utilization of our investigational agents; our clinical and nonclinical plans; our plans to present or report additional data; the anticipated conduct and source of future clinical trials; regulatory plans, future research and development plans, commercial plans; and possible intended use of cash and investment.

These forward-looking statements are based on current information, assumptions and expectations that are subject to change and involve risks and uncertainties that may cause actual results to differ materially from those contained in the forward-looking statements. These and other risks are described in our periodic filings made with the Securities and Exchange Commission, including our quarterly and annual reports. You are cautioned not to place undue reliance on these forward-looking statements which are only made as of today's date, and the company disclaims any obligation to update such statements.

Joining me on the call today are Dr. Herriot Tabuteau, Chief Executive Officer; Nick Pizzie, Chief Financial Officer; Lori Englebert, Senior Vice President of Commercial and Business Development; Dr. Amanda Jones, Senior Vice President of Clinical Development; and Dr. Cedric O'Gorman, Senior Vice President of Medical Affairs. Herriot will first provide an overview of the company and then review recent developments and upcoming milestones. Following Herriot, Lori will provide a commercial update, and then Nick will review our financial results. We will then open the line for questions. Questions will be taken in the order they are received.

And with that, I will turn the call over to Herriot.

**Herriot Tabuteau**
*Founder, Chairman, CEO & President*

Thank you, Mark. Good morning, everyone, and thank you all for joining Axsome Therapeutics First Quarter 2021 Financial Results and Business Update Conference Call. The timing of this call coincides with Mental Health Month. And Axsome is proud to observe May as Mental health Month by partnering with advocacy groups and helping to raise awareness and support for people living with depression and other mental health conditions.

In the first quarter, we continued to make significant strides towards becoming a premier CNS biopharmaceutical company, focused on delivering potentially life-changing medicines to people living with serious CNS conditions. The dedicated work of the Axsome team resulted in the submission of our NDA for AXS-05 for the treatment of major depressive disorder, or MDD.

The NDA was granted Priority Review by the FDA, and the FDA has set a PDUFA target action date for the NDA of August 22, 2021. The NDA for our second lead product candidate, AXS-07 for the acute treatment of migraine is on track for submission to the FDA this quarter. And we expect to announce the FDA's decision regarding its acceptance of the filing in the third quarter.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Your next question comes from the line of Marc Goodman from SVB Leerink.

**Roanna Clarissa H. Ruiz**
*SVB Leerink LLC, Research Division*

This is Roanna on the line for Marc. I was curious a little bit more detail about the launch plan for AXS-05. Could you let us know how -- what the cadence is of your payer engagement activities and maybe the scope of educational programs that you're doing ahead of the 05 launch?

**Lori Englebert**
*Senior Vice President of Commercial & Business Development*

Roanna, thank you for the question. So from a payer engagement standpoint, we have been and continue to engage with payers [Technical Difficulty] overall as well as really educating them on the AXS-05 clinical profile. Payers are extremely interested. As we mentioned earlier, there is a mental health crisis happening in America, and that causes tremendous personal and economic burden to the system. Payers, obviously, are very interested in understanding and learning more about products that may help alleviate efforts.

**Herriot Tabuteau**
*Founder, Chairman, CEO & President*

And then with regards to the educational programs, depending on the medical conferences that are upcoming, there's an opportunity for sponsored educational programs that raises awareness to the disease state. And we recently had a significant presence at the American Psychiatric Association, where we had a sponsored product theater based around the unmet need within MDD, the limitations of current treatments and future directions in terms of clinical development. And by all the counts based on metrics we received from the American Psychiatric Association Axsome product theater was amongst the best attended at that conference. So there's many more conferences where we can have those kind of educational programs promoted.

**Roanna Clarissa H. Ruiz**
*SVB Leerink LLC, Research Division*

Got it. And 1 more, if I can. Wasn't sure if you've disclosed this yet, but curious how many target accounts do you plan to detail at the initial launch of 05?

**Lori Englebert**
*Senior Vice President of Commercial & Business Development*

Yes, it's a great question. [Technical Difficulty] disclose that right now. What I can tell you is that the size and structure of our field force has long been set. It was actually part of the impetus for our DCC platform. The DCC platform was really developed to help maximize our sales force's efficiency. But rest assured, we will not sacrifice either quality and/or reach with our target physicians.

**Operator**

Your next question comes from the line of Vamil Divan from Mizuho Securities.

**Vamil Kishore Divan**
*Mizuho Securities USA LLC, Research Division*

Great. Maybe 2, if I could. Just 1 on the AXS-05 filing, obviously, great that you got exception -- accepted in Priority Review. I'm just curious if you've had further discussions at all with the FDA around the ASCEND trial. I think just given some of the sort of surprises we've seen from the regulators recently, there's been some concerns around is that trial sort of big enough or [indiscernible] enough to be considered pivotal? I assume it is [Technical Difficulty] updates on your conversations would be helpful. And then just on 07, can you just update us, I know you're saying you're going to file the -- in the second quarter this year. I think it was supposed to be earlier this year and got pushed back a little bit. Can you maybe remind us sort of what the gating factors are in terms of getting that submission into the FDA?

**Herriot Tabuteau**

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Got it. The question I have is on the Veeva -- your partnership with Veeva Systems. If you can, just maybe talk a little bit how are you going to leverage it? What does this system exactly do? Are there other companies that have successfully used the Veeva platform in launching the product? Just trying to understand the edge it gives you and what the -- what other successful launches that have been done using this platform?

**Lori Englebert**
*Senior Vice President of Commercial & Business Development*

Yes. Thanks for that question. So it's important to keep in mind that whereas Veeva is a critical foundational component of our DCC platform, it's not the only component. Companies all over the world are leveraging Veeva right now, and we have been extremely pleased with the partnership that we have with them in setting the foundation for DCC. We are also working to add systems and to complement the Veeva Systems with a digital capability that does enable real-time data to be fed and sophisticated analytics to be fed back out to sales reps, so as to make efficient and effective promotional call.

**Operator**

Your next question comes from the line of Ram Selvaraju from H.C. Wainwright.

**Herriot Tabuteau**
*Founder, Chairman, CEO & President*

Okay. So why don't we move on to the next question and then move back to Ram?

**Operator**

Certainly, your next question here comes from Joe Thome from Cowen and Company.

**Joseph John-Charles Thome**
*Cowen and Company, LLC, Research Division*

The first one, I know we've touched a little bit on the difference between the increase in depressive symptoms that have been seen over the past year versus a formal MDD or TRD diagnosis. Do you expect that this impacted the enrollment of the MERIT trial? Or how are you thinking about that? And then my second one is on AXS-14. Can you just remind us what the base case expectations are here and the patients or the FDA have a certain symptom that they are looking at kind of most carefully?

**Herriot Tabuteau**
*Founder, Chairman, CEO & President*

Sure. So with regards to MERIT enrollment, as a reminder, that study -- and just to remind folks, the MERIT trial, the Phase II trial in treatment-resistant depression, so that study uses a randomized controlled design. And so that study has been fully enrolled. Currently, we are waiting for relapses to occur in that trial, and that determines the timing of data readout. And I mean you asked the question about AXS-14, so this is our product candidate for fibromyalgia. Could you just be more specific in terms of what you'd like to build that AXS-14?

**Joseph John-Charles Thome**
*Cowen and Company, LLC, Research Division*

Yes, I guess, in terms of next steps, what are your base case expectations? Is sort of another Phase III expected? Can you file on the current package? And then, I guess, in your conversations with the FDA, was there a certain symptom that appeared that they were most concerned about, whether it's pain or fatigue? Kind of what do you think will drive benefit [indiscernible]

**Herriot Tabuteau**
*Founder, Chairman, CEO & President*

We met with the FDA in the second quarter as we had planned around AXS-14. And currently, we are anticipating and waiting for the final meeting minutes. And we'll have more to say once we get those

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Just one on the payer landscape and for 05, it seems reasonable that a payer is probably going to -- for step through of a few therapies. And by the time a clinician is going to prescribe this product, it's technically a chaotic population. So I'm wondering, have you got any pushback from clinicians? The STRIDE-1 missed the endpoint, so we haven't necessarily seen controlled positive data there. And I guess if that's the case, what's your current message that you're educating to those clinicians to get them over the line to prescribe this upon potentially launch?

**Lori Englebert**
*Senior Vice President of Commercial & Business Development*

Myles, I'll certainly answer some of your questions, but I'd like to turn it over to Cedric in terms of what the MSLs are hearing on those lines.

**Cedric O'Gorman**
*Senior Vice President of Medical Affairs*

Yes. And I'm very happy to share, Myles, that the nature of clinical trials, people who actually enroll in clinical trials for MDD, tend to have difficulty in responding to existing treatments. So in essence, patients who are coming into MDD are already patients who are somewhat resistant. There hasn't been a great degree of pushback because people realize that new treatment coming [Technical Difficulty] market. And I think that the data that we've generated [indiscernible] MDD with -- versus bupropion in the ASCENT study versus placebo shows a differentiated clinical profile, both in terms of rapidity, onset of action, but also in the early improvements in quality of life and functioning. So I think overall, the clinical profile and differentiation of AXS-05 is in -- from what we're hearing in the field is a compelling argument as to why they've used this drug. They see a difference from what's already out there.

**Herriot Tabuteau**
*Founder, Chairman, CEO & President*

Right. And if I may add to one of the things that we're hearing from KOLs and from the MSLs in the field based upon our recent data presentation on the COMET study, for example, the COMET studies in TRD is that there's a very compelling profile that is emerging with a lot of evidence showing that the drug works actually just as well in those patients who have TRD and who have failed multiple lines of treatment as in the patients who are treated frontline. And then the other thing here is that we are hearing from experts in the field who are familiar with TRD and just depression in general is that it is actually rather impressive that we've had now, essentially 4 Phase III trials, all of which have been positive.

So even if you look at the STRIDE-1 trial in TRD, the drug clearly separated that from an active control using a higher dose. And the effect that was seen with regards to depressive symptoms was evident at week 1 and at week 2. So just wanted to remember that in the TRD trial, statistical significance was achieved at week 1 and at week 2 in the TRD patient population. And not only that, improvements in quality of life and also in disability were much higher than have been seen with other agents. So overall, it's been very positive. And actually, the MSLs have been getting a lot of questions around STRIDE because of its positivity [Technical Difficulty] variability, which is expected in this patient population.

**Lori Englebert**
*Senior Vice President of Commercial & Business Development*

And Myles, I'll just add on here to you comments -- comment on your question. What was just stated by both Cedric and Herriot is very consistent to what we're hearing with payers as well. They are taking the entire patient population and the studies that we've conducted in those populations into account.

**Myles Robert Minter**
*William Blair & Company L.L.C., Research Division*

Yes. I think all of that's aligned with what I've been hearing as well. Maybe just another quick one. I know you're not commenting on the minutes because you're waiting for them. But in the cash guidance that you've provided today, does that actually include provisions for potential additional clinical trial for AXS-14 for fibromyalgia?

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Nick Pizzie**
*Chief Financial Officer*

So our cash guidance certainly includes spend for AXS-14. So as you know, as we've previously stated, we are synthesizing API [indiscernible] And we do want to make sure that we have a [Technical Difficulty] ready since that would be necessary for registration. So that spend is necessary for any potential next step. With regards to the specifics of clinical development plan, we will await getting written feedback from the FDA before making any pronouncements.

**Operator**

Your next question comes from the line of David Hoang from SMBC.

**David Timothy Hoang**
*SMBC Nikko Securities America, Inc., Research Division*

A lot of great questions asked already. So I just have a couple of quick ones. So first, on AXS-05 in MDD, how much of the target prescriber population would you say is primary care physicians versus psychiatrists? And do you expect that there would be a lot of prescribing from the primary care side of the prescriber base?

**Lori Englebert**
*Senior Vice President of Commercial & Business Development*

Yes, David, thanks for the question. It's a really good one. So we tend to not look at it as site versus PCP, we tend to look at it as high prescriber base and/or the high propensity to prescribe from that either category sites or PCP. There are many PCPs out there who are mental health focused and are actually prescribe at the same level as some of the sites. So our targeting will encompass high prescribers along with the ones that we consider to be the most -- the best potential focus, right?

**David Timothy Hoang**
*SMBC Nikko Securities America, Inc., Research Division*

Got it. That's really helpful. And then just in terms of both 05 and 07. Are there any plans to eventually commercialize those products outside the U.S., in ex U.S. geographies, either on your own or through a partner?

**Lori Englebert**
*Senior Vice President of Commercial & Business Development*

So I can answer that question as well. Yes, there are a few -- we publicly disclosed that we are looking for partners outside of the U.S. and those discussions are ongoing.

**Operator**

Your next question comes from the line of Robert Hazlett from BTIG.

**Unknown Analyst**

This is [ Terry ] on the line for Bert. Just a brief question on the AXS-05 Alzheimer's disease agitation trial. Should we expect an interim analysis at some point? And if so, what can we expect in terms of efficacy data at that point? And any color on -- in terms of timing for a potential interim analysis?

**Herriot Tabuteau**
*Founder, Chairman, CEO & President*

There currently is -- there is not currently a plan for an income analysis of this trial. However, the study is designed so that based upon what we see in terms of event rates that one could be incorporated. So randomized withdrawal studies are driven by the number of events, and that is typically how they are powered. So right now, as we mentioned in the earlier remarks, it's too early to know what the cadence will be of relapses. No one has done a study like this before on Alzheimer's disease agitation. So we're

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

very much looking forward to seeing how the spend plays out. And -- but right now, we are not -- we have not planned interim analysis.

**Unknown Analyst**

Okay. And then just one more on AXS-12. Could you just talk a bit about potential thoughts on endpoints in the trial, including timing? Any color would be helpful.

**Herriot Tabuteau**
*Founder, Chairman, CEO & President*

So for AXS-12, the primary endpoint of the study will be the change in the frequency of cataplexy attacks. So that's the same as [Technical Difficulty]

**Operator**

And your last question here comes from the line of Ram Selvaraju from H.C. Wainwright.

Okay. And there are no further questions in the queue. I will turn the call back over to management for closing comments.

**Herriot Tabuteau**
*Founder, Chairman, CEO & President*

Well, thank you all again for joining our call this morning. We are excited as we move potentially towards commercialization and as we advance the rest of our pipeline for the benefit of the many people living with serious CNS conditions. We look forward to keeping you updated on our progress in the months ahead.

**Operator**
And this concludes today's conference call. Thank you for participating. You may now disconnect.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Company Name: Axsome Therapeutics Inc
Company Ticker: AXSM US Equity
Date: 2021-05-10

# Q1 2021 Earnings Call

## Company Participants

- Amanda Jones, Senior Vice President, Clinical Development
- Cedric O'Gorman, Senior Vice President, Medical Affairs
- Herriot Tabuteau, Chief Executive Officer
- Lori Englebert, Senior Vice President, Commercial and Business Development
- Mark Jacobson, Chief Operating Officer
- Nick Pizzie, Chief Financial Officer

## Other Participants

- Charles Duncan, Analyst
- Chris Howerton, Analyst
- David Hoang, Analyst
- Joon Lee, Analyst
- Joseph Thome, Analyst
- Matt Kaplan, Analyst
- Myles Minter, Analyst
- Roanna Ruiz, Analyst
- Unidentified Participant
- Vamil Divan, Analyst
- Yatin Suneja, Analyst

## Presentation

### Operator

Good morning and welcome to the Axsome Therapeutics Conference Call. Currently all participants are in a listen-only mode. Later there will be a question-and-answer session and instructions will follow at that time. As a reminder, today's conference call is being recorded. I would now like to turn the conference over to your host Mark Jacobson, Chief Operating Officer at Axsome Therapeutics. Please go ahead.

### Mark Jacobson {BIO 17575881 <GO>}

Thank you, operator. Good morning and thank you all for joining us on today's conference call. Our earnings press release providing corporate update and details of the company's financial results for the first quarter of 2021 crossed the wire a short time ago and is available on our website at axsome.com. During today's call we will be making certain forward-looking statements. These statements may include statements regarding among

*FINAL*

*Bloomberg Transcript*

Company Name: Axsome Therapeutics Inc
Company Ticker: AXSM US Equity
Date: 2021-05-10

**FINAL**

other things, the efficacy, safety and intended utilization of our investigational agents, our clinical and non-clinical plans, our plans to present or report additional data, the anticipated conduct and the source of future clinical trials, regulatory plans, future research and development plans, commercial plans and possible intended use of cash and investments.

These forward-looking statements are based on current information, assumption and expectations that are subject to change and involve risks and uncertainties that may cause actual results to differ materially from those contained in the forward-looking statements. These and other risks are described in our periodic filings made with the Securities and Exchange Commission, including our quarterly and annual reports. You are cautioned not to place undue reliance on these forward-looking statements, which are made only as of today's date, and the Company disclaims any obligation to update such statements.

Joining me on the call today are Dr. Herriot Tabuteau, Chief Executive Officer; Nick Pizzie, Chief Financial Officer; Lori Englebert, Senior Vice President of Commercial and Business Development; Dr. Amanda Jones, Senior Vice President of Clinical Development; and Dr. Cedric O'Gorman, Senior Vice President of Medical Affairs. Herriot will first provide an overview of the Company and then review recent developments and upcoming milestones. Following Herriot, Lori will provide commercial update in then Nick will review our financial results. We will then open the line for questions. Questions will be taken in the order, they are received.

And with that I will turn the call over Herriot.

## Herriot Tabuteau {BIO 19459182 <GO>}

Thank you, Mark. Good morning everyone and thank you all for joining Axsome Therapeutics first quarter 2021 financial results and business update conference call. The timing of this call coincides with mental health month and Axsome is proud to observe May is Mental Health Month by partnering with advocacy groups and helping to raise awareness and support for people living with depression and other mental health conditions. In the first quarter, we continue to make significant strides towards becoming a premier CNS biopharmaceutical company focused on delivering potentially life-changing medicines for people living with serious CNS conditions. The dedicated work of the Axsome team resulted in the submission of our NDA for AXS-05 for the treatment of major depressive disorder or MDD. The NDA was granted priority review by the FDA and the FDA has set up a PDUFA target action date for the NDA of August 22, 2021.

The NDA for our second lead product candidate AXS-07 for the acute treatment of migraine is on track for submission to the FDA this quarter. And we expect to announce if these decision regarding its acceptance of the filing in the third quarter. With two NDA filings and a PDUFA target action date for AXS-05 in late August, Axsome is quickly approaching commercialization stage. Lori will provide some details on our pre-commercial activities to ensure launch readiness assuming a successful NDA review, the rest of our differentiated late-stage pipeline continues to advance. The AXS-05 is also being developed for the treatment of Alzheimer's disease agitation and enrollment in the Phase 3 ACCORD trial is progressing.

**Bloomberg Transcript**

Company Name: Axsome Therapeutics Inc
Company Ticker: AXSM US Equity
Date: 2021-05-10

actually corresponds to the prevalence of MDD or major depressive disorder. So it's the same CDC numbers and those have gone up to roughly 30% or so and then battle of patient, so US adults with the symptoms of depression. So we don't know the answer to the question of whether or not all these individuals would be diagnosed with MDD, but the original starting point did correlate pretty well with the -- it did corelated pretty well with the prevalence of MDD. Now -- so I'd like to turn it over to Lori, to see if she's got anything more to add to that.

### A - Lori Englebert  {BIO 22070991 <GO>}

Thank you. Thanks for the question. It is something that we are obviously actively watching to watch either diagnosed and drug-treated. But what we do through data is that, in 2020, the overall prescription market grew about 6% or 7%, so that would indicate that more patients are coming into this.

### Q - Joon Lee  {BIO 18791503 <GO>}

Okay, great. Looking forward the numbers and progress there. And then the second question is that -- it's great that you've got the priority review, but that does shorten the time for inspections of the clinical sites and more importantly the manufacturing site. So can you tell us a little bit about your CMO? Can you disclose who they are and if you can, maybe their capabilities, experienced level and whether they've been inspected recently or not? Thank you.

### A - Herriot Tabuteau  {BIO 19459182 <GO>}

So our CMO is a blue chip CMO and so they get regularly inspected, so they may have expected at least once a year.

### Q - Joon Lee  {BIO 18791503 <GO>}

Okay. Thank you.

### Operator

Your next question comes from the line of Marc Goodman from SVB Leerink. Please go ahead, your line is now open.

### Q - Roanna Ruiz  {BIO 20665174 <GO>}

Hi. This is Roanna, on the line for Marc. Thanks for taking the question. I was curious, a little bit more detail about the launch plan for AXS-05. Could you let us know how -- what the cadence is of your payer engagement activities and maybe the scope of educational programs that you're doing ahead of the 05 launch?

### A - Lori Englebert  {BIO 22070991 <GO>}

Hi Roanna, thank you for the question. So from a payer engagement standpoint, we have -- we have been and continue to engage with payers in a permitted fashion, both producing Axsome overall as well really educating them on the AXS-05 clinical profile.

FINAL

Bloomberg Transcript

Company Name: Axsome Therapeutics Inc
Company Ticker: AXSM US Equity
Date: 2021-05-10

Payers are extremely interested, as we mentioned earlier, there is a mental health crisis happening in America and that causes tremendous personnel and economic burden to the system. Payers obviously are very interested in understanding and learning more about products that may help alleviate efforts.

## A - Cedric O'Gorman

And then with regards to the education programs and depending on the medical conferences that are upcoming, there is an opportunity for sponsored educational programs that raise the awareness to the disease state and we recently had a significant presence at the American Psychiatric Association, where we have a sponsored product theater based around the unmet need within MDD, the limitations with current treatments and future directions in terms of clinical development. And by all the times based on metrics we received from the American Psychiatric Association, Axsome product theater was amongst the best-attended at that conference. So there's many more conferences where we can have this kind of educational programs promoted.

## Q - Roanna Ruiz {BIO 20665174 <GO>}

Got it, thanks. And one more if I can, wasn't sure if you've disclosed this yet, but curious how many target accounts do you plan to detail at the initial launch of 05?

## A - Lori Englebert {BIO 22070991 <GO>}

Yeah, it's a great question (technical difficulty) expose that. What I can tell you is that the size and structure of our sales force has long been set. It was actually part of the impetus for our DCC platform. The DCC platform was -- was really developed to help maximize our sales forces' efficiency, but rest assured we will not sacrifice either quality and will reach with our target physician.

## Q - Roanna Ruiz {BIO 20665174 <GO>}

Got it, thanks.

## Operator

Your next question comes from the line of Vamil Divan from Mizuho Securities, please go ahead, your line is now open.

## Q - Vamil Divan {BIO 15748296 <GO>}

Hi. Great, thanks for taking the questions. Maybe two if I could. Just one on the AXS-05 filing, obviously you got exception -- accepted in prior year review. I'm just curious if you've had further discussions at all with the FDA around the ASCEND trial. I think just given some of the surprises we've seen from the regulators recently, there's been some concerns around is that trial big enough, robust enough to be considered pivotal, assuming that you get updates on your conversation would be helpful? And then just 07, maybe you just updated, I know you're saying you're going to file that in the second quarter here, I think it supposed to be earlier this year, you got pushed back a little bit,

FINAL

Bloomberg Transcript

Company Name: Axsome Therapeutics Inc
Company Ticker: AXSM US Equity
Date: 2021-05-10

FINAL

Bloomberg Transcript

engaging in -- educating payers with the clinical profile of AXS-05, but as Cedric mentioned earlier, we are continuing to present additional data and congresses that are upcoming that we will use as supported information for the payers. (Multiple speakers). No, no, I was just going to answer your patient support and copay question, just want to make sure you got -- we -- as I mentioned in the prepared remarks, we are preparing support patient support services to make sure that patients receive that product in a easy fashion.

## Q - Yatin Suneja {BIO 18780919 <GO>}

Got it. The question I have is on the Veeva, your partnership with Veeva Systems. If you can just maybe talk a little bit, how are you going to leverage it, what does this system exactly do, are there other companies that have successfully used the Veeva platform in launching the product? Just trying to understand the edge it gives you and what others successful launches that have been done using this platform? Thank you.

## A - Lori Englebert {BIO 22070991 <GO>}

Yeah, thanks -- thanks for the question. So, it's important to keep in mind that Veeva is a critical foundational component of our DCC platform, it's not the only component. Companies all of the world are leveraging Veeva right now and we have been extremely pleased with the partnership that we have with them in setting the foundation for DCC. We are also working to add systems and to complement the Veeva Systems with the digital capability that does enable real-time data to be fed and sophisticated analytics to be fed back out to sales reps, so that we can make efficient and effective commercial call.

## Q - Yatin Suneja {BIO 18780919 <GO>}

Thank you.

## Operator

Your next question comes from the line of Ram Selvaraju from H.C. Wainwright. Please go ahead, your line is now open. Ram Selvaraju from H.C. Wainwright, please go ahead, your line is now open. And caller you may be muted.

## A - Mark Jacobson {BIO 17575881 <GO>}

Okay. So why don't we move onto the next question, so we can get back to Ram?

## Operator

Certainly. Your next question here comes from Joe Thome from Cowen and Company. Please go ahead, your line is now open.

## Q - Joseph Thome {BIO 19705370 <GO>}

Hello, good morning and thank you for taking my question. The first one, I know we touched a little bit on the difference between the increase in depressive symptoms that have been seen over the past year versus the formal MDD or TRD diagnosis. Do you

Company Name: Axsome Therapeutics Inc
Company Ticker: AXSM US Equity
Date: 2021-05-10

FINAL

from experts in the field who are familiar with TRD and just depression in general is that it is actually rather impressive that we have had now essentially four Phase 3 trials, all of which have been positive. So even if you look at the STRIDE-1 trial in TRD, the drug clearly separated from an active control and using higher dose and then the effect that we're seeing with regard to depressive symptoms was evident at week 1 and week 2. So just, it's important to remember that in the TRD trial, (inaudible) significance was achieved at week 1 and at week 2 in a TRD patient population. And not only that improvements in quality of life and also in disability were much higher than has been seen with other agents. So overall it's been -- it's a very positive and actually the MSLs have been getting a lot of questions around STRIDE because of its positivity (technical difficulty) with what happens with variability, which is expected in this patient population.

### A - Lori Englebert {BIO 22070991 <GO>}

Hey Myles, I'll just pile on here with your third comment. Question to comment -- on your question, what was just stated by both Cedric and Herriort is very consistent with what we're hearing with payers as well. They are taking the entire patient population in the studies that we conducted in this population into account.

### Q - Myles Minter {BIO 20985346 <GO>}

Yeah, I think all of that's a longer product you're hearing as well. Maybe just another quick one. I know you're not commenting on the minutes because you're waiting for them, within the cash guidance that you've provided today, does that actually include provisions for potential additional clinical trial for AXS-14 for fibromyalgia? Thanks.

### A - Herriot Tabuteau {BIO 19459182 <GO>}

So our cash guidance certainly includes spend for AXS-14. So, as you know, as we've previously stated, we are synthesizing API. This is a new kind of (inaudible) and we do want to make sure that we have considerable supplies ready, since that it would be necessary for registration. So that spend is necessary for any potential next step. With regards to the specifics of clinical development plan, we will getting written feedback from the agency before making any pronouncements.

### Q - Myles Minter {BIO 20985346 <GO>}

Fair enough. Thanks for the questions.

### Operator

Your next question comes from the line of David Hoang from SMBC. Please go ahead, your line is now open.

### Q - David Hoang {BIO 20778513 <GO>}

Hi, thanks for the update and taking my questions. A lot of great questions are asked already, so I just had a couple of quick ones. So first on AXS-05 in MDD, how much of target prescriber population would you say is primary care physicians versus psychiatrists?

Bloomberg Transcript

Company Name: Axsome Therapeutics Inc
Company Ticker: AXSM US Equity
Date: 2021-05-10

FINAL

Bloomberg Transcript

## Q - Unidentified Participant

Okay, thanks for that. And then just one more on AXS-12, could you just talk a bit about potential thoughts on endpoints in the trial, including timing, any color would be helpful?

## A - Herriot Tabuteau {BIO 19459182 <GO>}

So for AXS-12 the primary endpoint of the study will be the change in the frequency of cataplexy attacks. So that is the same (technical difficulty) that is completed in (technical difficulty) successful.

## Q - Unidentified Participant

Okay, perfect. Thanks for taking the questions and congratulations on the progress.

## A - Herriot Tabuteau {BIO 19459182 <GO>}

Thank you.

## Operator

And your last question here comes from the line of Ram Selvaraju from H.C. Wainwright. Please go ahead, your line is now open. Once again, Ram Selvaraju from H.C. Wainwright, please go ahead with your question. Okay, and there are no further questions in the queue. I will turn the call back over to management for closing comments.

## A - Mark Jacobson {BIO 17575881 <GO>}

Well, thank you all again for joining our call this morning. We are excited as we move potentially towards commercialization and as we advance the rest of our pipeline for the benefit of the many people living with serious CNS conditions. We look forward to keeping you updated on our progress in the months ahead.

## Operator

And this concludes today's conference call. Thank you for participating. You may now disconnect.

*This transcript may not be 100 percent accurate and may contain misspellings and other inaccuracies. This transcript is provided "as is", without express or implied warranties of any kind. Bloomberg retains all rights to this transcript and provides it solely for your personal, non-commercial use. Bloomberg, its suppliers and third-party agents shall have no liability for errors in this transcript or for lost profits, losses, or direct, indirect, incidental, consequential, special or punitive damages in connection with the furnishing, performance or use of such transcript. Neither the information nor any opinion expressed in this transcript constitutes a solicitation of the purchase or sale of securities or commodities. Any opinion expressed in the transcript does not necessarily*