# Morgan Lewis

**Michael L. Kichline**
Partner
+1.215.963.5366
michael.kichline@morganlewis.com

January 24, 2023

**VIA ECF**

The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

> Application **GRANTED.**  Defendants' Reply shall not exceed thirteen (13) pages.  Because Defendants represent they wish to raise "additional dispositive issues" in their Reply, Plaintiff may file a surreply, not to exceed four (4) pages, limited to addressing any arguments raised for the first time in Defendants' Reply, no later than **February 7, 2023**.  So Ordered.
>
> Dated: January 24, 2023
>         New York, New York
>
> _____
> **LORNA G. SCHOFIELD**
> **UNITED STATES DISTRICT JUDGE**

Re:   *Evy Gru v. Axsome Therapeutics, Inc., et al.*, No. 1:22-cv-03925 (LGS)

Dear Judge Schofield:

Pursuant to Section III(b)(1) of Your Honor's Individual Rules and Procedures, we write on behalf of Defendants Axsome Therapeutics, Inc. ("Axsome"), Herriot Tabuteau, Nick Pizzie, Mark Jacobson, Cedric O'Gorman, and Kevin Laliberte (collectively, "Defendants") respectfully to request a three-page enlargement of the ten-page limit for Defendants' forthcoming reply in support of their motion to dismiss the Amended Class Action Complaint, which is due on January 31, 2023.  We have conferred with counsel for Plaintiff Gru, and *Gru does not object to this request*.

Defendants filed their motion to dismiss on December 16, 2022.  (ECF Nos. 41–43.)  On January 11, 2022, two days before Co-Lead Plaintiffs' opposition was due, Co-Lead Plaintiff Thakkar requested leave to withdraw as a plaintiff.  (ECF No. 44.)  The Court granted Thakkar's request on January 18, 2023 (ECF No. 49), leaving Gru as the sole Lead Plaintiff.  Given the differences in Gru's and Thakkar's trading activity, Thakkar's withdrawal gives rise to additional dispositive issues of loss causation, scienter, and reliance.

Defendants respectfully request a modest enlargement of three pages to address these additional bases for dismissal.  Of course, Defendants' reply brief will also respond to the various arguments Gru advances in his opposition.  (ECF Nos. 46–47).  Defendants submit that the Court will benefit from the fulsome discussion of these issues permitted by a modest three-page enlargement, which Gru does not oppose.

Morgan, Lewis & Bockius LLP

1701 Market Street
Philadelphia, PA  19103-2921
United States
☎ +1.215.963.5000
📠 +1.215.963.5001

The Honorable Lorna G. Schofield
January 24, 2023
Page 2

                                  Respectfully submitted,

                                  MORGAN, LEWIS & BOCKIUS LLP

                                  */s/ Michael L. Kichline*
                                  Michael L. Kichline (*pro hac vice*)
                                  1701 Market Street
                                  Philadelphia, PA 19103
                                  (215) 963-5000
                                  michael.kichline@morganlewis.com

                                  Emily E. Renshaw
                                  101 Park Avenue
                                  New York, NY 10178
                                  (212) 309-6000
                                  emily.renshaw@morganlewis.com

                                  Matthew C. McDonough (*pro hac vice*)
                                  Michael A. Hacker
                                  One Federal Street
                                  Boston, MA 02110
                                  (617) 341-7700
                                  matthew.mcdonough@morganlewis.com
                                  michael.hacker@morganlewis.com

                                  *Counsel for Defendants*

cc:     All counsel of Record (via CM/ECF)