

**Michael Grunfeld**
Partner

**VIA ECF**

February 7, 2023

The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re:** *Gru v. Axsome Therapeutics, Inc., et al.*,
    No. 1:22-cv-03925 (LGS)

Dear Judge Schofield,

      We represent Lead Plaintiff Evy Gru in the above captioned matter. We write pursuant to Section III.B.6 of Your Honor's Individual Rules and Procedures for Civil Cases, to respectfully request oral argument on Defendants' Motion to Dismiss the Amended Class Action Complaint (ECF No. 41).

      Respectfully submitted,

      /s/Michael Grunfeld
      Michael Grunfeld

      POMERANTZ LLP

      *Co-Lead Counsel for Lead Plaintiff Evy Gru*

Cc: All counsel of record (via ECF)

mgrunfeld@pomlaw.com

600 Third Avenue, New York, NY 10016  Main: 212.661.1100  Direct: 646.581.9994
NEW YORK • CHICAGO • LOS ANGELES • LONDON • PARIS • TEL AVIV

www.pomlaw.com