

**Michael Grunfeld**
Partner

**VIA ECF**                                                                                November 9, 2023

The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re:  *Gru v. Axsome Therapeutics, Inc., et al.*, No. 1:22-cv-03925 (LGS)**

Dear Judge Schofield,

      We write in response to the Court's November 3, 2023 Order directing interested parties to "submit a letter proposing procedures and a form of order to reopen the lead plaintiff appointment process." (ECF No. 64). We are Co-Lead Counsel in this matter and represent Lead Plaintiff Evy Gru, as well as Mr. Paul Sutherland and Mr. Thomas Giblin (collectively, "Plaintiffs"), who sought to file a proposed Second Amended Complaint (the "SAC") following the Court's ruling on Defendants' motion to dismiss. (ECF Nos. 57, 63). We have conferred with counsel for Mr. Paul Berger, who requested by letter on October 26, 2023 that the lead plaintiff process be reopened, and all agree to the following proposal.

      Plaintiffs and Mr. Berger propose that the Court enter the attached Order allowing a twenty-one day time period for Axsome investors to seek to be appointed Lead Plaintiff. Courts explain that the PSLRA is "silent on the proper procedure for substituting a new lead plaintiff when the previously certified one withdraws" and that courts have discretion in how they handle such substitutions." *In re Nutanix, Inc. Sec. Litig.*, No. 19-CV-01651-WHO, 2021 WL 783579, at *2 (N.D. Cal. Mar. 1, 2021) (quoting *In re Initial Public Offering Sec. Litig.*, 214 F.R.D. 117, 120 (S.D.N.Y. 2002)). There is no need, and it is not "in the interests of the class to fully restart the PSLRA appointment process" because "[t]his action—and indeed, this motion—have been pending for quite some time, and any other parties have had ample opportunity to seek to intervene." *Fort Worth Employees' Ret. Fund v. J.P. Morgan Chase & Co.*, 862 F. Supp. 2d 322, 328 (S.D.N.Y. 2012). That is the case here, where the Court granted Defendants' motion to dismiss on September 25, 2023 because Mr. Gru "suffered no loss as a result of the fraud" (ECF No. 56 at 7). Mr. Sutherland then sought to file a proposed Second Amended Complaint on October 13, 2023 (ECF No. 57) and Mr. Berger sought to reopen the lead plaintiff process on October 20, 2023 (EF No. 58).

      Courts frequently allow 21 days for additional investors to seek lead plaintiff appointment. *In re Nutanix, Inc. Sec. Litig.*, 2021 WL 783579, at *1 ("Any putative class member interested in serving as the new lead plaintiff in this action may file a lead plaintiff application within 21 days of this Order."); *In re Neopharm, Inc. Sec. Litig.*, No. 02 C 2976, 2004 WL 742084, at *3 (N.D. Ill. Apr. 7, 2004) (same); *In re Snap Inc. Sec. Litig.*, 394 F. Supp. 3d 1156, 1159 (C.D. Cal. 2019)

mgrunfeld@pomlaw.com

600 Third Avenue, New York, NY 10016  Main: 212.661.1100  Direct: 646.581.9994
NEW YORK • CHICAGO • LOS ANGELES • LONDON • PARIS • TEL AVIV
www.pomlaw.com

(same). If approved, the proposed notice (the "Notice") to prospective Class members will be published nationwide and will: (1) recount the history of this matter; (2) identify the Court where the action is pending and provide the docket number; (3) report that the case was dismissed, and that there is a new proposed SAC; (4) recite the revised Class Period; (5) state that any shareholder who purchased or otherwise acquired Axsome common stock during the Class Period, may ask the Court "to appoint you as Lead Plaintiff for the class," and, finally, (6) provide a summary of the proposed SAC, and a method of locating it and reviewing it via hyperlink. The Notice will, with this Court's permission, be published within five (5) days of an Order approving such publication. Consistent with this Court's ruling on the motion to dismiss, the Notice will also advise that any persons who purchased common stock during the revised Class Period but sold all of the shares purchased prior to April 25, 2022 will be excluded from the Class.

We therefore respectfully request that the Court adopt the proposed Order attached as Exhibit A hereto, providing 21 days from the date of nationwide publication of the Notice to the proposed class for interested parties to move to be appointed Lead Plaintiff. (The proposed Notice is attached as Exhibit B.)  We also respectfully request that the Court adopt the briefing schedule in the attached proposed Order providing 14 days for opposition briefs and 7 days for reply briefs.

We thank the Court for its attention to this matter.

Respectfully submitted,

/s/*Michael Grunfeld*
Michael Grunfeld

POMERANTZ LLP

*Co-Lead Counsel for Plaintiffs*

Cc: All counsel of record (via ECF)