UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EVY GRU, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>AXSOME THERAPEUTICS, INC., HERRIOT TABUTEAU, NICK PIZZIE, MARK JACOBSON, CEDRIC O'GORMAN, and KEVIN LALIBERTE,<br><br>Defendants. | Case No.  1:22-cv-03925-LGS |

~~[PROPOSED]~~ ORDER

**WHEREAS**, the Court has considered the procedures for reopening the Lead Plaintiff appointment process,

**IT IS HEREBY ORDERED THAT**:

1. Any interested person may file a motion seeking appointment as Lead Plaintiff in this action under the Private Securities Litigation Reform Act of 1995 ("PSLRA") within 21 days from the date of Co-Lead Counsel's publication of an approved notice to the proposed Class;

2. The Court has received, reviewed and hereby approves the proposed notice to the proposed Class;

3. Within 5 days of this Order, the notice will be distributed by means of nationwide publication;

4. Any person who timely makes a motion for appointment to be Lead Plaintiff no later than 21 days from the publication of the notice shall have 14 days from the date of such motion to file a memorandum of law in opposition to the motion of any other movant; and

5. Any person that makes such a motion shall have 7 days from the date of any opposition briefs to file a reply brief in further support of their motion.

**SO ORDERED.**

Dated: __November 15__, 2023
New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**