UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EVY GRU, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>          v.<br><br>AXSOME THERAPEUTICS, INC., HERRIOT TABUTEAU, NICK PIZZIE, MARK JACOBSON, CEDRIC O'GORMAN, and KEVIN LALIBERTE,<br><br>                    Defendants. | Case No.  1:22-cv-03925-LGS |

NOTICE OF MOTION OF THE AXSOME INVESTOR GROUP
FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CO-LEAD COUNSEL

**TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that Thomas Giblin, Paul Berger, for himself and as sole trustee of the Paul Berger Revocable Trust, and Paul Sutherland (collectively, the "Axsome Investor Group"), by and through their counsel, will and do hereby move this Court, pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995, for an Order: (1) appointing the Axsome Investor Group as Lead Plaintiff on behalf of a class (the "Class") consisting of all persons and entities other than the above-captioned defendants that purchased or otherwise acquired Axsome Therapeutics, Inc. common stock between May 10, 2021 and April 22, 2022, both dates inclusive; and (2) approving proposed Lead Plaintiff's selection of Pomerantz LLP and The Rosen Law Firm, P.A. as Co-Lead Counsel for the Class.

Dated:  December 7, 2023              Respectfully submitted,

POMERANTZ LLP

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman
Michael Grunfeld
J. Alexander Hood II
James M. LoPiano
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
jalieberman@pomlaw.com
mgrunfeld@pomlaw.com
ahood@pomlaw.com
jlopiano@pomlaw.com

THE ROSEN LAW FIRM, P.A.

*/s/ Phillip Kim*
Phillip Kim
Laurence M. Rosen
Jacob Goldberg

Erica Stone
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
pkim@rosenlegal.com
lrosen@rosenlegal.com
jgoldberg@rosenlegal.com
estone@rosenlegal.com

*Counsel for the Axsome Investor Group and*
*Proposed Co-Lead Counsel for the Class*

THE SCHALL LAW FIRM
Brian Schall
(*pro hac vice* application forthcoming)
2049 Century Park East, Suite 2460
Los Angeles, California 90067
Telephone: (424) 303-1964
brian@schallfirm.com

*Additional Counsel for Thomas Giblin*

PASKOWITZ LAW FIRM P.C.
Laurence D. Paskowitz (LP-7324)
97-45 Queens Boulevard
Suite 1202
Rego Park, New York 11374
Telephone: (212) 685-0969
lpaskowitz@pasklaw.com

*Additional Counsel for Paul Berger, for himself and*
*as sole trustee of the Paul Berger Revocable Trust*