UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| EVY GRU, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>AXSOME THERAPEUTICS, INC., HERRIOT TABUTEAU, NICK PIZZIE, MARK JACOBSON, CEDRIC O'GORMAN, and KEVIN LALIBERTE,<br><br>Defendants. | Case No. 1:22-cv-03925-LGS |
|---|---|

NOTICE OF NON-OPPOSITION TO THE MOTION OF THE AXSOME INVESTOR GROUP FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CO-LEAD COUNSEL

**TO: ALL PARTIES AND THEIR COUNSEL OF RECORD**

As set forth below, Lead Plaintiff Movant the Axsome Investor Group[1] respectfully advises the Court that no party opposes the Axsome Investor Group's motion, pursuant to the PSLRA and the Court's New Lead Plaintiff Order (Dkt. No. 66), for the entry of an Order: (1) appointing the Axsome Investor Group as Lead Plaintiff for the Class in the Action; and (2) approving the Axsome Investor Group's selection of Pomerantz and Rosen Law as Co-Lead Counsel (the "Lead Plaintiff Motion") (Dkt. No. 67).

This Action is a putative securities class action governed by the PSLRA, including the statutory provisions governing the appointment of a Lead Plaintiff. *See* 15 U.S.C. § 78u-4(a)(3)(A)-(B). The PSLRA requires the plaintiff who files an action governed by its provisions to publish a notice (the "Notice") to the class within 20 days of filing the action, informing putative class members of: (1) the pendency of the action; and (2) their right to file a motion for appointment as lead plaintiff within 60 days after publication of the Notice. *See* 15 U.S.C. § 78u-4(a)(3)(A)(i).

Here, the original deadline to file a motion for appointment as lead plaintiff in the Action, pursuant to the initially issued statutory Notice of this Action, was July 12, 2022. *See* Dkt. No. 69 at 5-6. On November 15, 2023, the Court entered the New Lead Plaintiff Order directing, *inter alia*, the reopening of the PSLRA's lead plaintiff appointment process, the publication of a Renewed Notice within 5 days of the entry of the New Lead Plaintiff Order to members of the new putative Class alleged in the proposed SAC (Dkt. No. 57-2), and that "[a]ny interested person may file a motion seeking appointment as Lead Plaintiff in this action under the [PSLRA] within 21 days from the date of . . . publication of" the Renewed Notice. Dkt. No. 66 ¶¶ 1-4.

---

[1] All capitalized terms herein are defined in the Axsome Investor Group's moving brief (Dkt. No. 69), unless otherwise indicated.

On November 16, 2023, counsel for Gru published the Renewed Notice pursuant to the New Lead Plaintiff Order. *See* Dkt. No. 70-2 at *2-3. Pursuant to the New Lead Plaintiff Order, any member of the Class alleged in the proposed SAC had until December 7, 2023 to seek appointment as Lead Plaintiff in the Action (*see* Dkt. No. 66 ¶ 1), and the Renewed Notice accordingly advised members of the Class alleged in the proposed SAC of this new deadline (*see* Dkt. No. 70-2 at *2).

On December 7, 2023, the Axsome Investor Group filed its Lead Plaintiff Motion. *See* Dkt. No. 67. No competing motions to the Axsome Investor Group's Lead Plaintiff Motion were filed. All proposed Lead Plaintiffs purchased within the revised Class Period, and all allegedly suffered damages by holding shares upon the revelation of the alleged fraud.

Therefore, the Axsome Investor Group's Lead Plaintiff Motion is unopposed. Pursuant to the New Lead Plaintiff Order, "[a]ny person who timely ma[de] a motion for appointment to be Lead Plaintiff" by the reopened December 7, 2023 lead plaintiff motion deadline "ha[d] 14 days from the date of such motion [*i.e.*, until December 21, 2023] to file a memorandum of law in opposition to the motion of any other movant[.]" Dkt. No. 66 ¶ 4. Since only the Axsome Investor Group moved by the reopened December 7, 2023 lead plaintiff motion deadline, pursuant to the New Lead Plaintiff Order, there were no other eligible competing movants that could have opposed the Axsome Investor Group's Lead Plaintiff Motion. *See id.* Moreover, no opposition to the Axsome Investor Group's Lead Plaintiff Motion was filed by the December 21, 2023 deadline.

For the foregoing reasons, and for the reasons set forth in the Axsome Investor Group's moving brief (Dkt. No. 69), the Axsome Investor Group respectfully requests that the Court enter

the [Proposed] Order Appointing Lead Plaintiff and Approving Co-Lead Counsel, submitted as Dkt. No. 68.

Dated: December 28, 2023

Respectfully submitted,

POMERANTZ LLP

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman
Michael Grunfeld
J. Alexander Hood II
James M. LoPiano
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
jalieberman@pomlaw.com
mgrunfeld@pomlaw.com
ahood@pomlaw.com
jlopiano@pomlaw.com

THE ROSEN LAW FIRM, P.A.

*/s/ Phillip Kim*
Phillip Kim
Laurence M. Rosen
Jacob Goldberg
Erica Stone
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
pkim@rosenlegal.com
lrosen@rosenlegal.com
jgoldberg@rosenlegal.com
estone@rosenlegal.com

*Counsel for the Axsome Investor Group and Proposed Co-Lead Counsel for the Class*

THE SCHALL LAW FIRM
Brian Schall
(*pro hac vice* application forthcoming)
2049 Century Park East, Suite 2460
Los Angeles, California 90067

Telephone: (424) 303-1964
brian@schallfirm.com

*Additional Counsel for Thomas Giblin*

PASKOWITZ LAW FIRM P.C.
Laurence D. Paskowitz (LP-7324)
97-45 Queens Boulevard
Suite 1202
Rego Park, New York 11374
Telephone: (212) 685-0969
lpaskowitz@pasklaw.com

*Additional Counsel for Paul Berger, for himself and as sole trustee of the Paul Berger Revocable Trust*