*ORAL ARGUMENT REQUESTED*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Axsome Therapeutics, Inc. Securities Litigation | No. 1:22-CV-03925 (LGS) |

**NOTICE OF DEFENDANTS AXSOME THERAPEUTICS, INC.,**
**HERRIOT TABUTEAU, MARK JACOBSON, AND KEVIN LALIBERTE'S**
**MOTION TO DISMISS THE SECOND AMENDED CLASS ACTION COMPLAINT**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Motion to Dismiss Second Amended Class Action Complaint; the Declaration of Matthew C. McDonough; and all exhibits and materials related thereto, Defendants Axsome Therapeutics, Inc., Herriot Tabuteau, Mark Jacobson, and Kevin Laliberte will move this Court, before the Honorable Lorna G. Schofield, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, at a date and time determined by the Court, for an Order dismissing all of Plaintiffs' claims against Axsome, Dr. Tabuteau, Mr. Jacobson, and Dr. Laliberte in the Second Amended Class Action Complaint, in their entirety and with prejudice, under Federal Rules of Civil Procedure 12(b)(6) and 9(b) and the Private Securities Litigation Reform Act of 1995, and granting such other and further relief as the Court may deem just and proper.

*[signature block on following page]*

Dated: March 11, 2024                         Respectfully submitted,

                                                     */s/ Michael L. Kichline*
Michael L. Kichline (*pro hac vice*)
1701 Market Street
Philadelphia, PA 19103
Tel: (215) 963-5000
michael.kichline@morganlewis.com

Emily E. Renshaw
101 Park Avenue
New York, NY 10178-0060
Tel: (212) 309-6000
emily.renshaw@morganlewis.com

Matthew C. McDonough (*pro hac vice*)
Michael A. Hacker
One Federal Street
Boston, MA 02110
Tel: (617) 341-7700
matthew.mcdonough@morganlewis.com
michael.hacker@morganlewis.com

*Counsel for Defendants Axsome Therapeutics, Inc., Herriot Tabuteau, Nick Pizzie, Mark Jacobson, Cedric O'Gorman, and Kevin Laliberte*