**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re Axsome Therapeutics, Inc. Securities Litigation | ) ) ) ) ) ) ) | No. 1:22-CV-03925 (LGS) |

**DECLARATION OF MATTHEW C. MCDONOUGH**

I, Matthew C. McDonough, declare as follows:

1.      I am an attorney at the law firm of Morgan, Lewis & Bockius LLP, counsel for Defendants Axsome Therapeutics, Inc., Herriot Tabuteau, Mark Jacobson, Kevin Laliberte, Nick Pizzie, and Cedric O'Gorman ("Defendants").  I respectfully submit this declaration in support of (a) Defendants Axsome Therapeutics, Inc. ("Axsome"), Herriot Tabuteau, Mark Jacobson, and Kevin Laliberte's Motion to Dismiss the Second Amended Class Action Complaint ("SAC") and (b) Defendants Nick Pizzie and Cedric O'Gorman's Motion to Dismiss the SAC.[1]

2.      For the court's convenience, hyperlinks are provided for the following documents referenced in the SAC:

- 2020 10-K (3/1/21)
- Q1 2021 10-Q (5/10/21)
- Q2 2021 10-Q (8/9/21)
- 8-K (9/14/21)
- 8-K (11/8/21)
- Q3 2021 10-Q (11/8/21)
- 8-K (3/1/22)
- 2021 10-K (3/1/22)

---

[1] I have adhered in this Declaration to the Court's Individual Rule and Preference III.B.3 and limited exhibits to no more than 15 total exhibits, each not exceeding 15 pages.  Where convenient and possible, I have included hyperlinks to publicly available documents for the Court's convenience.  Defendants reserve the right to refer to portions of the dozens of documents referenced in the SAC, and stand ready to provide additional materials at the Court's request.

3.      Attached hereto as Exhibit A is a true and correct copy of Exhibit 1 (ECF No. 47-1) to the January 13, 2023 Declaration of Michael Grunfeld (ECF No. 47), which Plaintiffs represented as "excerpts of a true and correct copy of a reputable transcript of Axsome Therapeutics Inc.'s earnings call for the first quarter of 2021, dated May 10, 2021, published by *Seeking Alpha*."  ECF No. 47 ¶3, Ex. 1.  ("5/10/21 Tr.").

4.      Attached hereto as Exhibit B is a true and correct excerpt of a reputable transcript of Axsome's Second Quarter 2021 Earnings Conference Call dated August 9, 2021 ("8/9/21 Tr.").

5.      Attached hereto as Exhibit C is a true and correct excerpt of a reputable transcript of Axsome's Third Quarter 2021 Earnings Conference Call dated November 8, 2020 ("11/8/21 Tr.").

6.      Attached hereto as Exhibit D is a true and correct compilation of excerpts of Axsome's Forms 8-K dated December 30, 2019 ("8-K (12/30/19)"), April 6, 2020 ("8-K (4/6/20)"), and December 31, 2020 ("8-K (12/31/20)").

7.      Attached hereto as Exhibit E is a document compiled by counsel titled "Summary of Public Information Relevant to Individual Defendants' Trading" attaching a true and correct copy of Bloomberg historical market data for Axsome's common stock.

8.      Attached hereto as Exhibit F is a true and correct excerpt of Axsome's Schedule 14A – Definitive Proxy Statement dated April 23, 2021.

9.      Attached hereto as Exhibit G are true and correct copies of Forms 4 reflecting Herriot Tabuteau's securities transactions listed in Exhibit E.

10.     Attached hereto as Exhibit H are true and correct copies of Forms 4 reflecting Mark Jacobson's securities transactions listed in Exhibit E.

2

11.     Attached hereto as Exhibit I are true and correct copies of Forms 4 reflecting Nick Pizzie's securities transactions listed in Exhibit E.

12.     Attached hereto as Exhibit J is a true and correct excerpt of Axsome's Schedule 14A – Definitive Proxy Statement dated April 22, 2022.

13.     Attached hereto as Exhibit K is a true and correct excerpt of a Ladenburg Thalmann analyst report titled "Axsome Therapeutics, Inc. AXS-05 NDA Review Ongoing; AXS-07 April 30, 2022 PDUFA; Buy & $162 PT" dated November 9, 2021 ("Ladenburg Thalmann Report (11/9/21)").

14.     Attached hereto as Exhibit L is a true and correct compilation of the statements Plaintiffs challenge in paragraphs 128-156 of the SAC.  For the Court's reference, the portion of each statement Plaintiffs challenge is provided within the context of the more complete original statement.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 11, 2024                                  /s/ Matthew C. McDonough
       Arlington, Massachusetts                        Matthew C. McDonough

3