# Exhibit A

# EXHIBIT 1

Case 1:22-cv-03925-GSS Document 347-1 Filed 03/13/24 Page 2 of 7

1/12/23, 11:30 AM                   Axsome Therapeutics, Inc. (AXSM) CEO Herriot Tabuteau on Q1 2021 Results - Earnings Call Transcript _ Seeking Alpha

 Seeking Alpha$^\alpha$

Healthcare        Transcripts

# Axsome Therapeutics, Inc. (AXSM) CEO Herriot Tabuteau on Q1 2021 Results - Earnings Call Transcript

May 10, 2021 12:52 PM ET | **Axsome Therapeutics, Inc. (AXSM)**

 **SA Transcripts**
133.17K Followers

## Q1: 2021-05-10 Earnings Summary

| Play Call | 10-Q |

EPS of -$0.78 beats by $0.03 | Revenue of $0.00 beats by $0.00

Axsome Therapeutics, Inc. (NASDAQ:AXSM) Q1 2021 Earnings Conference Call May 10, 2021 8:00 AM ET

**Company Participants**

Mark Jacobson - Chief Operating Officer

Herriot Tabuteau - Chief Executive Officer

Nick Pizzie - Chief Financial Officer

Lori Englebert - Senior Vice President, Commercial and Business Development

Cedric O'Gorman - Senior Vice President, Medical Affairs

Amanda Jones - Senior Vice President, Clinical Development

**Conference Call Participants**

Casese:222v-030929525GSSS Documentt8417-11    Filed O13/131/2234   PRagee 84fof 7

Charles Duncan - Cantor Fitzgerald

Joon Lee - Truist Securities

Roanna Ruiz - SVB Leerink

Vamil Divan - Mizuho Securities

Yatin Suneja - Guggenheim Partners

Joe Thome - Cowen

Chris Howerton - Jefferies

Matt Kaplan - Ladenburg Thalmann

Myles Minter - William Blair

David Hoang - SMBC

Robert Hazlett - BTIG

**Operator**

Good morning. And welcome to the Axsome Therapeutics Conference Call. Currently, all participants are in a listen-only mode. Later there will be a question-and-answer session and instructions will follow at that time. As a reminder, today's conference call is being recorded.

I would now like to turn the conference over to your host, Mark Jacobson, Chief Operating Officer at Axsome Therapeutics. Please go ahead.

**Mark Jacobson**

Thank you, operator. Good morning and thank you all for joining us on today's conference call. Our earnings press release providing a corporate update and details of the company's financial results for the first quarter of 2021 crossed the wire a short time ago and is available on our website at axsome.com.

During today's call, we will be making certain forward-looking statements. These statements may include statements regarding, among other things, the efficacy, safety and intended utilization of our investigational agents, our clinical and non-clinical plans, our plans to present or report additional data, the anticipated conduct in the source of future clinical trials, regulatory plans, future research and development plans, commercial plans and possible intended use of cash and investments.

These forward-looking statements are based on current information, assumptions and expectations that are subject to change and involve risks and uncertainties that may cause actual results to differ materially from those contained in the forward-looking statements. These and other risks are described in our periodic filings made with the Securities and Exchange Commission, including our quarterly and annual reports. You are cautioned not to place undue reliance on these forward-looking statements, which are only made as of today's date and the company, disclaims any obligation to update such statements.

Joining me on the call today are Dr. Herriot Tabuteau, Chief Executive Officer; Nick Pizzie, Chief Financial Officer, Lori Englebert, Senior Vice President of Commercial and Business Development; Dr. Amanda Jones, Senior Vice President of Clinical Development and Dr. Cedric O'Gorman, Senior Vice President of Medical Affairs.

Herriot will first provide an overview of the company and then review recent developments and upcoming milestones. Following Herriot, Lori will provide a commercial update and then Nick will review our financial results. We will then open the line for questions. Questions will be taken in the order they're received.

And with that I will turn the call over to Herriot.

**Herriot Tabuteau**

Case 1:22-cv-03925-GSS Document 847-11 Filed 03/13/24 Page 6 of 7

1/12/23, 11:30 AM                    Axsome Therapeutics, Inc. (AXSM) CEO Herriot Tabuteau on Q1 2021 Results - Earnings Call Transcript _ Seeking Alpha

And then with regards to the educational programs, depending on the medical conferences that are upcoming, there's an opportunity for sponsored educational programs that raise awareness to the state. And we recently had a significant presence with the American Psychiatric Association where we have a sponsored product theatre based around the unmet need within MDD, the limitations of current treatments and future directions in terms of clinical development. And by all accounts based on metrics we received from the American Psychiatric Association, excellent product theatre was amongst the best attended at that conference. So there's many more conferences where we can have those kinds of educational programs promoted.

### Roanna Ruiz

Got it, thanks. And one more if I can. I wasn't sure if you disclose this yet. But curious how many target accounts do you plan to detail at the initial launch of 05?

### Lori Englebert

Yeah, it's a great question. [indiscernible] for now, what I can tell you is that the size and structure of our sales force has long been set, it was actually part of the impetus for our DCC platform. The DCC platform was really developed to help maximize our sales forces' efficiency, but rest assured, we will not sacrifice either quality and/or reach with our target position.

### Roanna Ruiz

Got it, thanks.

### Operator

Your next question comes from the line of Vamil Divan from Mizuho Securities. Please go ahead. Your line is now open.

### Vamil Divan

Great, thanks for taking the questions. Maybe two if I could, just one the AXS-05 filing that you got exception accepted and priority review. I'm just curious if you've had further discussions at all with the FDA around the ASCEND trial. I think just given some of the surprises we've seen from the regulators recently, there's been some concerns around if that trial sort of big enough, robust enough to be considered pivotal. I assume just maybe you can give any further updates on your conversation would be helpful. And then just on 07, can you maybe just update us. I know, you're saying you're going to file in the second quarter here. I think it's pushed earlier this year, and got pushed back a little bit. Again can you maybe remind us of what the gating factors are in terms of getting that submission into the FDA? Thanks.

**Cedric O'Gorman**

Thanks Vamil for the questions. With regards to AXS-05 and the NDA, what - well, we can tell you is that it's obvious. The filing was accepted, it was granted priority review. So therefore, the FDA clearly has everything that it needs in order to conduct a substantive review. Of course, we can't comment on specifics - on the specifics of our communications with the FDA in one way or another. And with regards to the ASCEND trial, we - I do remind you that this is a very considerably designated product. And we did previously disclose that the ASCEND trial after the breakthrough meeting was declared a federal trial. With regards to AXS-07, we're very much on track to file the NDA this quarter, as we've previously stated, and there really isn't any update there. The team is working diligently to make sure that we have a timely, but also a quality filing.

**Vamil Divan**

Okay, all right. Thank you.

**Operator**

Your next question comes from the line of Yatin Suneja from Guggenheim Partners. Please go ahead. Your line is now open.

**Yatin Suneja**