# Exhibit B



# Axsome Therapeutics, Inc.

# NasdaqGM:AXSM

# FQ2 2021 Earnings Call Transcripts

## Monday, August 09, 2021 12:00 PM GMT

## S&P Global Market Intelligence Estimates

| | -FQ1 2021- | -FQ2 2021- | -FY 2021- | -FY 2022- |
|---|---|---|---|---|
| | CONSENSUS | CONSENSUS | CONSENSUS | CONSENSUS |
| EPS Normalized | (0.81) | (0.88) | (3.76) | (2.33) |
| Revenue (mm) | 0.00 | 0.00 | 10.58 | 155.19 |

Currency: USD
Consensus as of Aug-02-2021 9:06 PM GMT

**Stock Price [USD] vs. Volume [mm] with earnings surprise annotations**

| | - EPS NORMALIZED - | | |
|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE |
| FQ2 2020 | (0.61) | (0.49) | NM |
| FQ3 2020 | (0.55) | (0.58) | NM |
| FQ4 2020 | (0.70) | (0.78) | NM |
| FQ1 2021 | (0.81) | (0.78) | NM |

COPYRIGHT © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

# Presentation

**Operator**

Good morning, and welcome to the Axsome Therapeutics conference call. [Operator Instructions] As a reminder, today's conference call is being recorded.

I would now like to turn the conference over to your host, Mr. Mark Jacobson, Chief Operating Officer at Axsome Therapeutics. Please go ahead.

**Mark L. Jacobson**
*COO & Secretary*

Thank you, operator. Good morning, and thank you all for joining us on today's conference call. Our earnings press release providing a corporate update and details of the company's financial results for the second quarter of 2021 crossed the wire a short time ago and is available on our website at axsome.com.

During today's call, we will be making certain forward-looking statements. These statements may include statements regarding, among other things, the efficacy, safety and intended utilization of our investigational agents; our clinical and nonclinical plans; our plans to present or report additional data; the anticipated conduct in the source of future clinical trials; regulatory plans; future research and development plans; commercial plans and possible intended use of cash and investments.

These forward-looking statements are based on current information, assumptions and expectations that are subject to change and involve risks and uncertainties that may cause actual results to differ materially from those contained in the forward-looking statements. These and other risks are described in our periodic filings made with the Securities and Exchange Commission, including our quarterly and annual reports. You are cautioned not to place undue reliance on these forward-looking statements, which are only made as of today's date, and the company disclaims any obligation to update such statements.

Joining me on the call today are Dr. Herriot Tabuteau, Chief Executive Officer; Nick Pizzie, Chief Financial Officer; Dr. Kevin Laliberte, Executive Vice President, Product Strategy; Lori Englebert, Senior Vice President of Commercial and Business Development; and Dr. Amanda Jones, Senior Vice President of Clinical Development. Herriot will first provide an overview of the company and then review recent developments and upcoming milestones. Following Herriot, Lori will provide a commercial update, and then Nick will review our financial results. We will then open the line for questions. Questions will be taken in the order they are received.

And with that, I will turn the call over to Herriot.

**Herriot Tabuteau**
*Founder, Chairman, CEO & President*

Thank you, Mark. Good morning, everyone, and thank you all for joining Axsome Therapeutics' Second Quarter 2021 Financial Results and Business Update Conference Call. Since our last update, we continued to make significant strides toward becoming a premier CNS biopharmaceutical company focused on delivering potentially life-changing medicines to people living with serious CNS conditions. I will provide an update on our development pipeline before turning it to Lori, who will provide a commercial update.

Starting with our first lead product candidate, AXS-05, which is undergoing an NDA review for the treatment of major depressive disorder, with a PDUFA date of August 22, 2021. On July 30, we received a letter from the FDA stating that as part of their ongoing review of our NDA, they have identified deficiencies that preclude discussion of labeling at this time. The letter did not state what the deficiencies are.

Immediately upon receipt of the letter and continuing through today, we have been in communication with the FDA to attempt to learn the nature of these deficiencies so that we can address them. In response, the FDA has informed the company that their review is ongoing and that they have no specific questions

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

**Raghuram Selvaraju**
*H.C. Wainwright & Co, LLC, Research Division*

Okay. And then as a follow-up to that, do you anticipate you will be able to arrange a meeting with the FDA or obtain more clarity regarding these deficiencies before the scheduled PDUFA date? Or do you anticipate that this is likely to only be scheduled after the PDUFA date?

**Herriot Tabuteau**
*Founder, Chairman, CEO & President*

It's hard for us to speculate. As you can imagine, our goal right now with time still on the PDUFA clock is to learn the nature of the deficiencies as quickly as possible with the goal of addressing them. And now whether or not we're given that information or granted meetings, that is not within our control. But that is something that obviously we're trying to do. And we'll let you know as soon as we get any information or as soon as there are any other developments.

**Raghuram Selvaraju**
*H.C. Wainwright & Co, LLC, Research Division*

Okay. And just to clarify what the potential scenarios might be. One scenario is that the drug actually gets approved by the PDUFA date. Another scenario is that the PDUFA date is extended by some period of time yet to be determined. And yet a third scenario is that there is a complete response letter, and then you would have to go through the resubmission process. Is that correct?

**Herriot Tabuteau**
*Founder, Chairman, CEO & President*

Those are the possibilities.

**Raghuram Selvaraju**
*H.C. Wainwright & Co, LLC, Research Division*

Okay. And then just very quickly on the MERIT study. I just wanted to know if you had some more detailed thoughts on the prevention of relapse over the 6-month time frame that was reported. How significant this finding is and how differentiated this could make AXS-05 within the TRD context?

**Herriot Tabuteau**
*Founder, Chairman, CEO & President*

Well, we think it's a very important finding and a lot of companies actually do not -- in relapse prevention studies do not actually have relapse prevention as one of the endpoints because it may be -- the drug may work in delaying relapse but it's another thing to actually prevent relapse. So that is a higher bar. So we think it is very irrelevant. As Lori mentioned, it also speaks to the durability of activity of the drug. As a reminder, patients prior to enrollment into MERIT had been on drug, some of them for as long as 12 months. And then they were randomly discontinued. So they either remain on AXS-05 or they discontinue to AXS-05 for another 6 to 9 months at least. So that's a very long period of time to demonstrate durability of the product. So the fact that none of the patients relapsed is significant.

**Operator**

Our next question is from Joe Thome with Cowen and Company.

**Joseph John-Charles Thome**
*Cowen and Company, LLC, Research Division*

Just a little point of clarification. Based on kind of the timing of the notification from the FDA, have you submitted any additional information to them? I think, Herriot, maybe you mentioned you provided sort of the top line results of MERIT. Is that correct? And maybe how long would it take to kind of scrub the data to give it to them in maybe a more thorough fashion, if that's necessary? And then second point. Is AXS-07 manufactured in the same facility as AXS-05?

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

**Herriot Tabuteau**
*Founder, Chairman, CEO & President*

So I'll take the first question, and then I'll let Mark answer the second question. So with regards to the MERIT data, as I mentioned, we received the data over the weekend. We have made the agency aware of the top line results of the study. If they request to see additional data, we are prepared to provide it to them.

**Mark L. Jacobson**
*COO & Secretary*

So Joe, it's Mark. So for the manufacturing process for AXS-07, that actually is a bit more complicated. And there are 2 facilities that we utilize for the manufacture of the drug product. The drug -- the APIs are also available under OpenDNS here in the U.S. And of the 2 facilities that we use for drug product manufacturing, one of them is the same that we use for AXS-05.

**Joseph John-Charles Thome**
*Cowen and Company, LLC, Research Division*

Okay. Great. And then maybe just one more on the MERIT data that has a compelling result. In the patients in the -- that were switched placebo that did relapse, how quickly was this seen? Is it pretty rapidly or is it towards the end of the 6-month follow up period? Kind of any additional detail you can provide on that would be helpful.

**Herriot Tabuteau**
*Founder, Chairman, CEO & President*

Yes. So we will be presenting the full results at a scientific conference. So we look forward to providing you all of the data there, including the relapse curves, so the Kaplan Meier Curves which will provide some of that information.

**Operator**

Our next question is from Joon Lee with Truist Securities.

**Joon So Lee**
*Truist Securities, Inc., Research Division*

So at this point, given the PDUFA is just a couple of weeks away, do you think the most likely outcome is a CRL? And is that when you would find out what the deficiencies are? Just curious what you think is the most likely outcome. And then another question on CMO. Is there a strategic reason for not disclosing who the CMO is? We've seen companies who disclose who the CMO is and others who choose not to disclose who the CMO is. So I was Just wondering what -- if that's based on any strategic or competitive advantage of not disclosing versus disclosing who the CMO is.

**Herriot Tabuteau**
*Founder, Chairman, CEO & President*

Yes. So I'll turn it to Kevin, who will answer your first question. And with regards to disclosing who our vendors are, that is something that we typically do not do. Different companies have different policies, but that is our policy. Kevin?

**Kevin Laliberte**
*Executive Vice President of Product Strategy*

Sure. As mentioned earlier, there are a couple of different potential actions that could occur between now and the PDUFA date. We still have time, 2 weeks remaining, until PDUFA. There is a possibility that approval is possible. Labelings can proceed. There is also a possibility that the PDUFA date is extended, if, for example, the MERIT data is relevant for their review. And then the third option, as mentioned, a complete response letter. And really based on what we know today, which is we don't know what the deficiencies are, those are the options that are available to the agency at this point.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.