# Exhibit E

**SUMMARY OF PUBLIC INFORMATION**
**RELEVANT TO INDIVIDUAL DEFENDANTS' TRADING**

I.    **DR. TABUTEAU'S HOLDINGS INCREASED SIGNIFICANTLY DURING THE CLASS PERIOD AND HE DID NOT SELL SHARES.**

Immediately prior to the start of Plaintiffs' proposed Class Period (May 10, 2021 through April 22, 2022), Dr. Tabuteau beneficially owned **8,431,429 shares** of Axsome common stock. *See* Decl. ¶ 8, Ex. F (excerpt of Axsome's April 23, 2021 Proxy Statement).  At the close of the Class Period, Dr. Tabuteau beneficially owned **8,672,181 shares** of Axsome common stock.  *See* Decl. ¶ 12, Ex. J (excerpt of April 22, 2022 Proxy Statement), a Class Period **increase** of **240,752 shares** or **approximately 3%** of his pre-Class-Period holdings.

The table below shows Dr. Tabuteau's reported transactions in Axsome stock during the Class Period.  *See* Decl. ¶ 9, Ex. G (Forms 4).[1]

| Form-4 Filing Date | Transaction Date | Transaction Type[2] | Number of Shares or Options |
|---|---|---|---|
| Mar. 8, 2022 | Mar. 4, 2022 | Acquired Employee Stock Options | 209,655 |
| Mar. 8, 2022 | Mar. 4, 2022 | Acquired Restricted Stock Units | 110,861 |

II.    **MR. JACOBSON'S HOLDINGS INCREASED SIGNIFICANTLY DURING THE CLASS PERIOD AND HE DID NOT SELL SHARES.**

Immediately prior to the start of Plaintiffs' proposed Class Period (May 10, 2021 to April 22, 2022), Mr. Jacobson beneficially owned **319,080 shares** of Axsome common stock.  *See* Decl. ¶ 8, Ex. F (excerpt of April 23, 2021 Proxy Statement).  At the close of the Class Period, Mr. Jacobson beneficially owned **402,740 shares** of Axsome common stock, a Class Period **increase** of **83,660 shares** or **approximately 26%** of his pre-Class-Period holdings.  *See* Decl. ¶ 12, Ex. J (April 22, 2022 Proxy Statement).

---

[1] All information contained in the tables in this Exhibit was gathered from the Forms 4 publicly filed with the SEC.  Defendants Kevin Laliberte and Cedric O'Gorman did not occupy positions at Axsome requiring them to file transaction reports with the SEC and, accordingly, information concerning their trading in Axsome stock during the Class Period (if any) is not included herein.

[2] As reflected on the Forms 4, Employee Stock Options and Restricted Stock Units identified in this Exhibit vested over time, generally quarterly for options and annually for units, becoming fully vested four years from the issue date.

The table below shows Mr. Jacobson's reported transactions in Axsome stock during the Class Period.  *See* Decl. ¶ 10, Ex. H (Forms 4).

| Form-4 Filing Date | Transaction Date | Transaction Type | Number of Shares or Options |
|---|---|---|---|
| Nov. 15, 2021 | Nov. 12, 2021 | Acquired Employee Stock Options | 41,638 |
| Mar. 8, 2022 | Mar. 4, 2022 | Acquired Employee Stock Options | 89,405 |
| Mar. 8, 2022 | Mar. 4, 2022 | Acquired Restricted Stock Units | 47,990 |

### III.    MR. PIZZIE'S HOLDINGS INCREASED SIGNIFICANTLY DURING THE CLASS PERIOD AND HE DID NOT SELL SHARES.

Immediately prior to the start of Plaintiffs' proposed Class Period (May 10, 2021 to April 22, 2022), Mr. Pizzie beneficially owned **204,529 shares** of Axsome common stock.  *See* Decl. ¶ 8, Ex. F (excerpt of April 23, 2021 Proxy Statement).  At the close of the Class Period, Mr. Pizzie beneficially owned **303,225 shares** of Axsome common stock, a Class Period **increase** of **98,696 shares** or **approximately 48%** of his pre-Class-Period holdings.  *See* Decl. ¶ 12, Ex. J (excerpt of April 22, 2022 Proxy Statement).

The table below shows Mr. Pizzie's reported transactions in Axsome stock during the Class Period.  *See* Decl. ¶ 11, Ex. I (Forms 4).

| Form-4 Filing Date | Transaction Date | Transaction Type | Number of Shares or Options |
|---|---|---|---|
| Nov. 15, 2021 | Nov. 12, 2021 | Acquired Employee Stock Options | 36,086 |
| Nov. 22, 2021 | Nov. 18, 2021 | Open Market Purchase | 955 |
| Mar. 8, 2022 | Mar. 4, 2022 | Acquired Employee Stock Options | 77,872 |
| Mar. 8, 2022 | Mar. 4, 2022 | Acquired Restricted Stock Units | 41,176 |

### IV.    THE VALUE OF THE REPORTING INDIVIDUAL DEFENDANTS' STOCK HOLDINGS DECLINED BY MANY MILLIONS.

The Class Period high closing price (June 25, 2021) of a share of Axsome common stock was $73.50.[3]  Plaintiffs base their damages calculations on the "lookback" price—i.e., the average

---

[3] Based on Bloomberg historical market data attached hereto.  *See Acticon AG v. China North East Petroleum Holdings Ltd.*, 692 F.3d 34, 42 (2d Cir. 2012) (The Court is "entitled to take judicial notice of well publicized stock prices without converting the motion to dismiss into one for summary judgment.").

closing prices of Axsome common stock between April 25, 2022 and July 22, 2022.  That price is $32.0748 (*see* ECF No. 70-1)—a decline of $41.4252 per share from the Class Period high.

As set forth above, as of the end of the Class Period, Dr. Tabuteau, Mr. Jacobson, and Mr. Pizzie beneficially owned 8,672,181, 402,740, and 303,225 shares, respectively, or 9,378,146 shares, collectively.  While some of those shares may be comprised of unexercised options which would cost something to exercise, even if the value of their shares declined by only half of the overall decline during the period, these Individual Defendants' beneficially owned shares would have declined in value by ***well over a hundred million dollars***.

# Table View     ☆ Favorite

**Market Information**

RETURN TO CHART VIEW

| Date | Open | High | Low | Close | Volume |
|---|---|---|---|---|---|
| AXSM US Equity: Historical Values | | | | | |
| 04/22/22 | 39.20 | 40.0833 | 38.60 | 39.10 | 708,199 |
| 04/21/22 | 43.82 | 44.53 | 39.49 | 39.60 | 1.25M |
| 04/20/22 | 40.59 | 43.52 | 39.07 | 43.04 | 1.75M |
| 04/19/22 | 40.26 | 41.61 | 38.05 | 40.92 | 10.98M |
| 04/18/22 | 36.69 | 36.73 | 32.57 | 32.70 | 989,457 |
| 04/14/22 | 37.87 | 37.88 | 36.10 | 36.86 | 602,581 |
| 04/13/22 | 38.19 | 39.66 | 37.98 | 38.00 | 634,230 |
| 04/12/22 | 40.61 | 41.51 | 37.83 | 38.35 | 590,641 |
| 04/11/22 | 40.45 | 41.2523 | 39.25 | 40.44 | 765,079 |
| 04/08/22 | 44.10 | 44.4499 | 40.42 | 40.69 | 801,154 |
| 04/07/22 | 46.85 | 47.04 | 43.40 | 44.20 | 767,061 |
| 04/06/22 | 46.11 | 47.1999 | 44.7093 | 46.72 | 691,356 |
| 04/05/22 | 46.56 | 47.3996 | 45.7761 | 46.75 | 517,627 |
| 04/04/22 | 44.29 | 46.47 | 43.37 | 46.38 | 808,679 |
| 04/01/22 | 41.82 | 43.95 | 41.375 | 43.91 | 816,027 |
| 03/31/22 | 40.11 | 41.95 | 40.00 | 41.39 | 910,965 |
| 03/30/22 | 39.42 | 41.40 | 38.51 | 40.02 | 1.01M |
| 03/29/22 | 36.06 | 40.91 | 35.75 | 39.31 | 1.77M |
| 03/28/22 | 36.47 | 39.2899 | 34.51 | 35.11 | 1.49M |
| 03/25/22 | 36.04 | 36.2158 | 34.52 | 35.36 | 469,775 |
| 03/24/22 | 34.81 | 35.98 | 34.75 | 35.98 | 427,862 |
| 03/23/22 | 34.13 | 36.16 | 34.0038 | 34.57 | 418,877 |
| 03/22/22 | 33.38 | 34.93 | 33.21 | 34.44 | 492,049 |
| 03/21/22 | 34.39 | 34.94 | 32.61 | 33.30 | 437,850 |
| 03/18/22 | 33.93 | 35.10 | 33.33 | 33.61 | 1.12M |
| 03/17/22 | 31.55 | 34.25 | 30.87 | 34.18 | 617,644 |
| 03/16/22 | 29.60 | 31.55 | 29.00 | 31.51 | 628,432 |
| 03/15/22 | 28.96 | 29.2664 | 27.3319 | 29.13 | 541,294 |
| 03/14/22 | 33.01 | 33.03 | 27.88 | 28.60 | 863,714 |
| 03/11/22 | 32.12 | 33.61 | 31.81 | 32.79 | 442,583 |
| 03/10/22 | 30.82 | 32.79 | 30.749 | 31.91 | 696,310 |

| Date | Open | High | Low | Close | Volume |
|---|---|---|---|---|---|
| 03/09/22 | 28.56 | 31.22 | 28.34 | 31.13 | 637,660 |
| 03/08/22 | 28.85 | 29.36 | 27.735 | 28.25 | 764,822 |
| 03/07/22 | 29.68 | 30.5188 | 28.38 | 28.85 | 445,998 |
| 03/04/22 | 30.05 | 31.22 | 29.52 | 29.91 | 957,365 |
| 03/03/22 | 31.24 | 31.88 | 29.6179 | 30.46 | 476,594 |
| 03/02/22 | 30.58 | 31.74 | 29.3122 | 31.45 | 892,897 |
| 03/01/22 | 28.82 | 32.28 | 28.82 | 30.98 | 1.43M |
| 02/28/22 | 27.86 | 28.69 | 27.53 | 28.11 | 533,031 |
| 02/25/22 | 28.54 | 28.54 | 27.4182 | 28.19 | 471,454 |
| 02/24/22 | 25.85 | 28.12 | 25.40 | 28.12 | 734,605 |
| 02/23/22 | 29.355 | 29.355 | 27.10 | 27.38 | 572,066 |
| 02/22/22 | 28.78 | 29.575 | 27.79 | 28.47 | 593,343 |
| 02/18/22 | 30.75 | 31.7974 | 29.43 | 29.57 | 579,707 |
| 02/17/22 | 31.20 | 31.88 | 30.05 | 30.41 | 522,115 |
| 02/16/22 | 33.55 | 34.37 | 30.76 | 31.61 | 1.22M |
| 02/15/22 | 31.86 | 33.98 | 31.60 | 33.75 | 439,281 |
| 02/14/22 | 31.36 | 32.50 | 30.81 | 31.20 | 568,631 |
| 02/11/22 | 31.61 | 32.5799 | 31.131 | 32.06 | 607,786 |
| 02/10/22 | 31.42 | 32.92 | 31.09 | 31.50 | 588,349 |
| 02/09/22 | 30.61 | 32.18 | 30.59 | 32.11 | 531,372 |
| 02/08/22 | 30.60 | 31.44 | 29.60 | 30.35 | 1.24M |
| 02/07/22 | 28.74 | 31.09 | 28.71 | 30.52 | 628,355 |
| 02/04/22 | 27.03 | 29.144 | 26.09 | 28.71 | 840,962 |
| 02/03/22 | 28.11 | 28.84 | 26.72 | 27.03 | 638,698 |
| 02/02/22 | 28.71 | 29.155 | 27.26 | 28.71 | 722,056 |
| 02/01/22 | 27.44 | 29.70 | 27.34 | 28.78 | 823,166 |
| 01/31/22 | 26.42 | 27.75 | 26.42 | 27.44 | 493,748 |
| 01/28/22 | 24.39 | 26.36 | 24.34 | 26.32 | 702,559 |
| 01/27/22 | 25.78 | 26.70 | 23.81 | 24.34 | 394,112 |
| 01/26/22 | 27.25 | 27.68 | 25.49 | 25.70 | 633,300 |
| 01/25/22 | 23.78 | 27.20 | 23.68 | 26.66 | 1.02M |
| 01/24/22 | 23.37 | 24.35 | 21.85 | 24.18 | 974,202 |
| 01/21/22 | 25.76 | 25.98 | 23.30 | 23.705 | 1.31M |
| 01/20/22 | 28.73 | 29.265 | 26.61 | 26.71 | 530,308 |
| 01/19/22 | 30.30 | 31.49 | 28.38 | 28.52 | 538,138 |

| Date | Open | High | Low | Close | Volume |
|---|---|---|---|---|---|
| 01/18/22 | 28.30 | 30.73 | 28.27 | 30.18 | 1.44M |
| 01/14/22 | 28.30 | 29.3199 | 27.77 | 28.60 | 874,972 |
| 01/13/22 | 31.45 | 31.83 | 29.67 | 29.89 | 530,862 |
| 01/12/22 | 33.12 | 33.52 | 31.21 | 31.41 | 437,890 |
| 01/11/22 | 33.63 | 34.50 | 32.91 | 33.08 | 445,012 |
| 01/10/22 | 32.70 | 33.85 | 31.86 | 33.41 | 442,674 |
| 01/07/22 | 34.05 | 34.17 | 32.60 | 32.91 | 337,083 |
| 01/06/22 | 33.63 | 34.035 | 31.725 | 33.09 | 534,033 |
| 01/05/22 | 35.59 | 36.50 | 32.88 | 33.18 | 513,399 |
| 01/04/22 | 37.28 | 37.825 | 35.07 | 35.91 | 494,107 |
| 01/03/22 | 37.93 | 38.42 | 36.40 | 37.83 | 430,124 |
| 12/31/21 | 37.76 | 39.48 | 37.38 | 37.78 | 398,599 |
| 12/30/21 | 35.37 | 38.78 | 35.345 | 38.02 | 648,920 |
| 12/29/21 | 36.91 | 37.049 | 35.21 | 35.55 | 374,517 |
| 12/28/21 | 37.13 | 38.05 | 36.61 | 37.02 | 289,701 |
| 12/27/21 | 38.41 | 38.55 | 36.90 | 37.13 | 307,428 |
| 12/23/21 | 37.8219 | 39.21 | 37.00 | 38.45 | 451,198 |
| 12/22/21 | 38.43 | 38.67 | 36.28 | 37.70 | 409,455 |
| 12/21/21 | 36.14 | 38.03 | 35.48 | 37.81 | 556,998 |
| 12/20/21 | 34.76 | 36.88 | 34.25 | 35.97 | 436,267 |
| 12/17/21 | 33.15 | 35.77 | 32.6028 | 35.30 | 750,040 |
| 12/16/21 | 33.18 | 33.81 | 32.51 | 33.51 | 389,980 |
| 12/15/21 | 30.805 | 32.83 | 29.60 | 32.77 | 497,469 |
| 12/14/21 | 31.75 | 32.412 | 30.22 | 30.70 | 612,146 |
| 12/13/21 | 33.32 | 34.1622 | 31.76 | 32.55 | 530,963 |
| 12/10/21 | 34.25 | 34.87 | 32.94 | 33.15 | 492,593 |
| 12/09/21 | 34.56 | 35.80 | 34.055 | 34.10 | 346,337 |
| 12/08/21 | 34.36 | 35.558 | 33.30 | 35.13 | 325,076 |
| 12/07/21 | 33.41 | 35.2561 | 33.39 | 34.18 | 417,695 |
| 12/06/21 | 31.76 | 33.2499 | 30.50 | 32.91 | 680,048 |
| 12/03/21 | 33.35 | 33.3898 | 31.485 | 32.24 | 480,551 |
| 12/02/21 | 33.12 | 33.63 | 32.08 | 33.35 | 463,764 |
| 12/01/21 | 34.96 | 35.62 | 32.62 | 33.16 | 669,357 |
| 11/30/21 | 33.92 | 34.64 | 32.62 | 34.54 | 709,346 |
| 11/29/21 | 37.24 | 37.3999 | 34.19 | 34.34 | 821,387 |

| Date | Open | High | Low | Close | Volume |
|---|---|---|---|---|---|
| 11/26/21 | 37.00 | 38.0977 | 36.42 | 36.92 | 314,324 |
| 11/24/21 | 36.46 | 38.435 | 35.44 | 37.93 | 444,115 |
| 11/23/21 | 37.25 | 37.50 | 35.61 | 36.59 | 516,184 |
| 11/22/21 | 37.48 | 37.86 | 34.82 | 36.84 | 842,704 |
| 11/19/21 | 36.29 | 39.00 | 35.17 | 35.80 | 1.03M |
| 11/18/21 | 34.50 | 35.92 | 33.21 | 35.59 | 779,850 |
| 11/17/21 | 35.28 | 36.23 | 34.20 | 34.55 | 644,953 |
| 11/16/21 | 38.26 | 38.26 | 35.13 | 35.50 | 974,327 |
| 11/15/21 | 39.25 | 39.36 | 36.81 | 38.48 | 650,689 |
| 11/12/21 | 39.75 | 39.83 | 38.28 | 39.26 | 337,143 |
| 11/11/21 | 38.23 | 40.00 | 37.65 | 39.52 | 397,810 |
| 11/10/21 | 40.21 | 40.60 | 37.51 | 38.17 | 746,469 |
| 11/09/21 | 42.64 | 43.97 | 39.87 | 40.77 | 775,720 |
| 11/08/21 | 39.925 | 44.83 | 38.07 | 43.36 | 1.82M |
| 11/05/21 | 40.6726 | 41.25 | 39.50 | 40.20 | 804,787 |
| 11/04/21 | 41.43 | 42.18 | 40.51 | 40.85 | 575,374 |
| 11/03/21 | 39.11 | 41.61 | 39.00 | 41.05 | 770,647 |
| 11/02/21 | 39.36 | 40.56 | 38.70 | 39.55 | 483,995 |
| 11/01/21 | 38.57 | 41.35 | 38.29 | 39.68 | 876,224 |
| 10/29/21 | 39.97 | 40.81 | 38.10 | 38.50 | 560,886 |
| 10/28/21 | 39.04 | 41.22 | 38.85 | 39.64 | 637,890 |
| 10/27/21 | 39.54 | 40.35 | 38.55 | 39.24 | 488,755 |
| 10/26/21 | 39.38 | 40.1099 | 38.504 | 39.69 | 426,485 |
| 10/25/21 | 40.02 | 40.98 | 38.905 | 39.29 | 612,099 |
| 10/22/21 | 40.05 | 40.68 | 38.62 | 40.10 | 486,130 |
| 10/21/21 | 41.93 | 42.3899 | 39.711 | 40.82 | 794,083 |
| 10/20/21 | 40.41 | 42.50 | 39.9064 | 41.91 | 641,896 |
| 10/19/21 | 41.16 | 41.89 | 39.82 | 40.18 | 564,986 |
| 10/18/21 | 39.80 | 41.26 | 37.2292 | 41.12 | 1.23M |
| 10/15/21 | 40.62 | 41.9736 | 39.81 | 40.10 | 644,632 |
| 10/14/21 | 41.63 | 42.42 | 39.57 | 40.62 | 1.55M |
| 10/13/21 | 38.6496 | 42.83 | 37.63 | 42.17 | 1.89M |
| 10/12/21 | 32.60 | 37.80 | 32.271 | 37.79 | 1.44M |
| 10/11/21 | 32.20 | 33.00 | 31.94 | 32.62 | 621,533 |
| 10/08/21 | 31.74 | 32.64 | 31.63 | 32.20 | 566,673 |

| Date | Open | High | Low | Close | Volume |
|---|---|---|---|---|---|
| 10/07/21 | 31.6681 | 32.45 | 30.50 | 31.74 | 513,265 |
| 10/06/21 | 31.30 | 31.635 | 30.10 | 30.85 | 663,991 |
| 10/05/21 | 33.00 | 34.00 | 30.78 | 31.33 | 1.80M |
| 10/04/21 | 34.22 | 34.74 | 32.23 | 32.63 | 899,564 |
| 10/01/21 | 33.10 | 34.55 | 32.30 | 34.28 | 868,701 |
| 09/30/21 | 34.03 | 34.17 | 30.701 | 32.96 | 1.26M |
| 09/29/21 | 33.66 | 36.22 | 33.46 | 34.17 | 993,062 |
| 09/28/21 | 34.65 | 34.99 | 32.29 | 33.23 | 885,806 |
| 09/27/21 | 33.55 | 34.98 | 33.32 | 34.65 | 818,763 |
| 09/24/21 | 32.54 | 34.41 | 32.54 | 33.40 | 987,090 |
| 09/23/21 | 31.20 | 32.99 | 31.00 | 32.96 | 828,409 |
| 09/22/21 | 31.56 | 31.60 | 29.71 | 30.89 | 1.10M |
| 09/21/21 | 29.55 | 31.89 | 29.1984 | 31.21 | 1.18M |
| 09/20/21 | 28.98 | 29.55 | 28.52 | 29.23 | 893,475 |
| 09/17/21 | 28.565 | 29.79 | 27.80 | 29.72 | 1.35M |
| 09/16/21 | 27.63 | 29.37 | 27.61 | 28.53 | 1.19M |
| 09/15/21 | 26.07 | 28.75 | 25.81 | 27.72 | 1.28M |
| 09/14/21 | 28.45 | 28.85 | 25.79 | 26.17 | 1.98M |
| 09/13/21 | 27.2623 | 28.00 | 26.62 | 27.48 | 785,178 |
| 09/10/21 | 27.1071 | 27.68 | 26.11 | 27.39 | 945,473 |
| 09/09/21 | 26.03 | 27.23 | 25.687 | 26.81 | 1.05M |
| 09/08/21 | 26.51 | 26.51 | 25.03 | 26.14 | 690,125 |
| 09/07/21 | 26.53 | 27.49 | 26.39 | 26.55 | 723,986 |
| 09/03/21 | 26.87 | 27.32 | 26.12 | 26.69 | 724,300 |
| 09/02/21 | 27.62 | 27.7496 | 25.76 | 26.92 | 1.90M |
| 09/01/21 | 25.95 | 28.28 | 25.6252 | 27.71 | 2.22M |
| 08/31/21 | 24.05 | 25.9299 | 24.05 | 25.68 | 1.08M |
| 08/30/21 | 24.31 | 24.90 | 23.71 | 24.38 | 882,517 |
| 08/27/21 | 23.24 | 24.25 | 23.00 | 24.00 | 1.25M |
| 08/26/21 | 25.20 | 25.79 | 22.85 | 23.26 | 1.58M |
| 08/25/21 | 24.72 | 26.00 | 24.13 | 25.33 | 1.30M |
| 08/24/21 | 25.0882 | 25.19 | 23.48 | 24.89 | 2.57M |
| 08/23/21 | 25.20 | 25.61 | 22.68 | 24.79 | 10.97M |
| 08/20/21 | 19.885 | 21.9699 | 19.70 | 21.56 | 1.63M |
| 08/19/21 | 19.906 | 20.56 | 19.38 | 19.91 | 1.41M |

| Date | Open | High | Low | Close | Volume |
|---|---|---|---|---|---|
| 08/18/21 | 21.06 | 21.3299 | 20.11 | 20.30 | 1.25M |
| 08/17/21 | 20.97 | 21.4116 | 20.50 | 21.02 | 1.58M |
| 08/16/21 | 22.79 | 22.86 | 21.10 | 21.22 | 1.79M |
| 08/13/21 | 24.0437 | 24.50 | 22.29 | 22.86 | 1.53M |
| 08/12/21 | 23.98 | 24.6799 | 22.88 | 24.31 | 1.67M |
| 08/11/21 | 24.19 | 25.60 | 23.55 | 23.93 | 3.12M |
| 08/10/21 | 26.25 | 26.37 | 23.035 | 23.78 | 6.55M |
| 08/09/21 | 33.00 | 35.00 | 27.30 | 27.37 | 10.97M |
| 08/06/21 | 50.67 | 51.16 | 49.28 | 51.16 | 361,181 |
| 08/05/21 | 50.20 | 51.335 | 48.92 | 50.66 | 276,994 |
| 08/04/21 | 49.19 | 51.31 | 48.8632 | 49.35 | 316,889 |
| 08/03/21 | 50.88 | 51.37 | 48.64 | 49.18 | 326,825 |
| 08/02/21 | 49.27 | 51.58 | 48.97 | 50.32 | 375,044 |
| 07/30/21 | 50.49 | 50.49 | 48.34 | 48.59 | 488,297 |
| 07/29/21 | 52.95 | 54.295 | 50.35 | 50.57 | 326,558 |
| 07/28/21 | 52.71 | 53.86 | 52.28 | 52.81 | 189,558 |
| 07/27/21 | 51.38 | 53.205 | 50.25 | 52.66 | 391,841 |
| 07/26/21 | 53.63 | 54.09 | 50.93 | 51.79 | 342,496 |
| 07/23/21 | 55.96 | 56.0369 | 53.55 | 53.68 | 269,948 |
| 07/22/21 | 57.30 | 58.21 | 55.86 | 55.88 | 246,061 |
| 07/21/21 | 55.36 | 57.58 | 55.15 | 57.11 | 339,399 |
| 07/20/21 | 56.09 | 56.77 | 54.72 | 55.36 | 395,713 |
| 07/19/21 | 53.57 | 56.7031 | 53.1573 | 56.09 | 457,586 |
| 07/16/21 | 56.95 | 56.95 | 53.82 | 54.22 | 518,890 |
| 07/15/21 | 55.722 | 57.98 | 55.12 | 56.77 | 571,729 |
| 07/14/21 | 63.28 | 63.5475 | 56.66 | 56.82 | 1.02M |
| 07/13/21 | 64.71 | 65.4399 | 63.24 | 63.42 | 186,156 |
| 07/12/21 | 65.28 | 65.43 | 63.88 | 65.24 | 185,557 |
| 07/09/21 | 65.10 | 66.13 | 64.21 | 65.32 | 141,101 |
| 07/08/21 | 61.81 | 66.00 | 61.553 | 64.81 | 259,596 |
| 07/07/21 | 65.00 | 65.54 | 62.695 | 63.47 | 259,891 |
| 07/06/21 | 65.71 | 66.26 | 63.71 | 65.42 | 260,471 |
| 07/02/21 | 67.94 | 68.40 | 66.00 | 66.04 | 255,736 |
| 07/01/21 | 66.80 | 68.74 | 66.50 | 68.26 | 373,545 |
| 06/30/21 | 68.81 | 70.6316 | 66.96 | 67.46 | 395,414 |

| Date | Open | High | Low | Close | Volume |
|---|---|---|---|---|---|
| 06/29/21 | 71.40 | 71.495 | 69.30 | 69.66 | 333,220 |
| 06/28/21 | 73.50 | 74.10 | 71.28 | 72.46 | 385,267 |
| 06/25/21 | 70.15 | 73.74 | 69.25 | 73.50 | 670,169 |
| 06/24/21 | 69.63 | 71.32 | 69.40 | 70.51 | 289,477 |
| 06/23/21 | 71.77 | 72.49 | 69.321 | 69.68 | 277,581 |
| 06/22/21 | 70.77 | 71.69 | 70.24 | 71.16 | 327,970 |
| 06/21/21 | 66.93 | 70.97 | 65.846 | 70.75 | 416,257 |
| 06/18/21 | 66.30 | 67.69 | 65.20 | 67.35 | 486,887 |
| 06/17/21 | 65.07 | 66.61 | 64.8021 | 66.54 | 197,388 |
| 06/16/21 | 67.30 | 68.0099 | 63.61 | 65.62 | 404,154 |
| 06/15/21 | 69.50 | 69.56 | 66.14 | 67.21 | 417,387 |
| 06/14/21 | 66.39 | 68.50 | 66.39 | 67.52 | 267,110 |
| 06/11/21 | 67.97 | 67.97 | 65.78 | 66.39 | 261,666 |
| 06/10/21 | 64.48 | 69.29 | 63.95 | 67.57 | 467,468 |
| 06/09/21 | 65.09 | 66.00 | 63.13 | 63.50 | 275,174 |
| 06/08/21 | 66.00 | 66.3871 | 63.50 | 65.40 | 265,169 |
| 06/07/21 | 61.68 | 66.94 | 61.105 | 65.24 | 489,844 |
| 06/04/21 | 61.82 | 62.50 | 60.10 | 61.32 | 208,467 |
| 06/03/21 | 60.34 | 62.16 | 59.82 | 61.70 | 242,509 |
| 06/02/21 | 61.81 | 62.63 | 59.83 | 60.56 | 343,108 |
| 06/01/21 | 61.35 | 62.45 | 60.01 | 61.70 | 423,324 |
| 05/28/21 | 61.28 | 61.80 | 60.00 | 60.71 | 296,663 |
| 05/27/21 | 56.39 | 61.17 | 55.77 | 60.50 | 871,063 |
| 05/26/21 | 55.45 | 56.77 | 55.16 | 56.23 | 258,404 |
| 05/25/21 | 54.85 | 56.24 | 54.36 | 54.68 | 346,975 |
| 05/24/21 | 56.11 | 56.40 | 55.01 | 55.03 | 420,751 |
| 05/21/21 | 56.08 | 57.00 | 55.12 | 55.37 | 217,264 |
| 05/20/21 | 55.66 | 56.4024 | 54.55 | 55.55 | 290,035 |
| 05/19/21 | 57.51 | 58.00 | 55.19 | 55.55 | 327,473 |
| 05/18/21 | 59.28 | 60.37 | 57.59 | 58.04 | 362,499 |
| 05/17/21 | 58.70 | 59.39 | 57.86 | 58.96 | 221,680 |
| 05/14/21 | 60.80 | 61.1937 | 57.82 | 58.42 | 333,060 |
| 05/13/21 | 57.79 | 60.24 | 57.25 | 60.03 | 398,996 |
| 05/12/21 | 56.16 | 58.215 | 55.551 | 57.01 | 293,974 |
| 05/11/21 | 52.7156 | 57.66 | 52.11 | 57.03 | 342,612 |

| Date | Open | High | Low | Close | Volume |
|------|------|------|-----|-------|--------|
| 05/10/21 | 55.36 | 56.78 | 53.78 | 54.39 | 353,093 |