# Exhibit F

**TABLE OF CONTENTS**

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**
## SCHEDULE 14A

Proxy Statement Pursuant to Section 14(a) of
the Securities Exchange Act of 1934 (Amendment No.)

Filed by the Registrant ☒

Filed by a Party other than the Registrant ☐

Check the appropriate box:

☐    Preliminary Proxy Statement

☐    **Confidential, for Use of the Commission Only (as permitted by Rule 14a-6(e)(2))**

☒    Definitive Proxy Statement

☐    Definitive Additional Materials

☐    Soliciting Material under §240.14a-12

# AXSOME THERAPEUTICS, INC.

(Name of Registrant as Specified In Its Charter)

(Name of Person(s) Filing Proxy Statement, if other than the Registrant) Payment of Filing Fee (Check the appropriate box):

☒    No fee required.

☐    Fee computed on table below per Exchange Act Rules 14a-6(i)(1) and 0-11.

    (1)    Title of each class of securities to which transaction applies:

    (2)    Aggregate number of securities to which transaction applies:

    (3)    Per unit price or other underlying value of transaction computed pursuant to Exchange Act Rule 0-11 (set forth the amount on which the filing fee is calculated and state how it was determined):

    (4)    Proposed maximum aggregate value of transaction:

    (5)    Total fee paid:

        $

☐    Fee paid previously with preliminary materials.

☐    Check box if any part of the fee is offset as provided by Exchange Act Rule 0-11(a)(2) and identify the filing for which the offsetting fee was paid previously. Identify the previous filing by registration statement number, or the Form or Schedule and the date of its filing.

    (1)    Amount Previously Paid:

    (2)    Form, Schedule or Registration Statement No.:

    (3)    Filing Party:

    (4)    Date Filed:

TABLE OF CONTENTS



April 23, 2021

You are cordially invited to attend the 2021 Annual Meeting of Stockholders of Axsome Therapeutics, Inc. (the "Annual Meeting") that will be held on Friday, June 4, 2021 at 9:00 a.m. local time. The Annual Meeting will be held virtually via means of remote communication in order to protect the health and well-being of our stockholders and employees. Stockholders will be able to attend the Annual Meeting, and submit questions, and vote their shares during the Annual Meeting, from any location that has internet connectivity. There will be no physical in-person meeting. To register and receive access to the virtual meeting, registered stockholders and beneficial stockholders (those holding shares through a stock brokerage account or by a bank or other holder of record) will need to follow the instructions applicable to them provided in the enclosed Proxy statement.

In accordance with the Securities and Exchange Commission rules allowing companies to furnish proxy materials to their stockholders over the Internet, we have sent stockholders of record at the close of business on April 12, 2021 a Notice of Internet Availability of Proxy Materials. The notice contains instructions on how to access our Proxy statement and Annual Report and vote online. If you would like to receive a printed copy of our proxy materials from us instead of downloading a printable version from the Internet, please follow the instructions for requesting such materials included in the notice, as well as in the attached Proxy statement.

Attached to this letter are a Notice of Annual Meeting of Stockholders and Proxy statement, which describe the business to be conducted at the meeting.

Your vote is important to us. Please act as soon as possible to vote your shares. It is important that your shares be represented at the meeting whether or not you plan to attend the annual meeting. Please vote electronically over the Internet, by telephone, or if you receive a paper copy of the proxy card by mail, by returning your signed proxy card in the envelope provided. We encourage you to vote by proxy so that your shares will be represented and voted at the meeting, whether or not you can attend.

Thank you for your ongoing support of Axsome.

Very truly yours,

/s/ HERRIOT TABUTEAU, M.D.

Herriot Tabuteau, M.D.
*Chief Executive Officer, President, and Chairman of the Board*

TABLE OF CONTENTS

**SECURITY OWNERSHIP OF CERTAIN BENEFICIAL OWNERS AND MANAGEMENT**

The following table sets forth certain information with respect to the beneficial ownership of our common stock as of the Record Date for:

- each of our NEOs;
- each of our directors;
- all of our executive officers and directors as a group; and
- all persons known by us to beneficially own more than 5% of our common stock.

We have determined beneficial ownership in accordance with the rules of the SEC. Except as indicated by the footnotes below, we believe, based on the information furnished to us, that the persons and entities named in the table below have sole voting and investment power with respect to all shares of common stock that they beneficially own, subject to applicable community property laws.

Applicable percentage ownership is based on 37,563,882 shares of common stock outstanding on the Record Date. In computing the number of shares of common stock beneficially owned by a person and the percentage ownership of that person, we deemed to be outstanding all shares of common stock subject to options or warrants held by that person or entity that are currently exercisable or that will become exercisable or releasable within 60 days of the Record Date. We did not deem these shares outstanding, however, for the purpose of computing the percentage ownership of any other person. Unless otherwise indicated, the address of each beneficial owner listed in the table below is c/o Axsome Therapeutics, Inc., 22 Cortlandt Street, 16th Floor, New York, New York 10007.

| Name of Beneficial Owner[1] | Number of Shares Beneficially Owned | Percentage of Shares Beneficially Owned |
|---|---|---|
| **5% or Greater Stockholders** | | |
| Antecip Capital LLC[2] | 7,344,500 | 19.6% |
| BlackRock, Inc.[3] | 2,279,766 | 6.1% |
| Iridian Asset Management LLC[4] | 2,064,158 | 5.5% |
| Vanguard Group Inc.[5] | 2,641,074 | 7.0% |
| **Named Executive Officers and Directors** | | |
| Herriot Tabuteau, M.D.[6] | 8,431,429 | 21.8% |
| Nick Pizzie, C.P.A., M.B.A.[7] | 204,529 | * |
| Mark Jacobson, M.A.[8] | 319,080 | * |
| Roger Jeffs, Ph.D.[9] | 195,677 | * |
| Mark Coleman, M.D.[10] | 638,255 | 1.7% |
| Mark Saad[11] | 181,741 | * |
| David Marek[12] | 63,141 | * |
| All directors, and executive officers as a group (7 persons)** | 10,033,852 | 26.1% |

\*    Represents beneficial ownership of less than 1% of the outstanding shares of our common stock.

\*\*    Includes all of our current executive officers as of the record date as well as all current and former named executive officers who served during 2020 until the record date.

(1)    This table is based upon information supplied by officers, directors and stockholders known by us to be beneficial owners of more than five percent of our common stock as well as Schedules 13G or 13D filed with the SEC. Unless otherwise indicated in the footnotes to this table and subject to community property laws where applicable, we believe each of the stockholders named in this table have sole voting power with respect to the common stock indicated as beneficially owned.

(2)    The principal address of Antecip Capital LLC is 630 5th Avenue, Suite 2000, New York, NY 10111. Dr. Tabuteau is the managing member of Antecip Capital LLC and exercises sole dispositive and voting power over these shares.

(3)    Based on information disclosed in a Schedule 13G/A filed with the SEC on January 29, 2021 by BlackRock, Inc. ("BlackRock"), according to which BlackRock beneficially owns 2,279,766 shares of our common stock, with sole voting power over 2,241,138 shares and sole dispositive power over 2,279,766 shares. The registered holders of the referenced shares are funds and accounts under management by investment adviser subsidiaries of BlackRock. BlackRock is the ultimate parent holding company of such investment adviser entities. The principal address of BlackRock is 55 East 52nd Street, New York, NY 10055.

(4)    Based on information disclosed in a Schedule 13G filed with the SEC on February 4, 2021 by Iridian Asset Management LLC ("Iridian"), according to which Iridian beneficially owns 2,064,158 shares of our common stock, with shared voting power over 2,064,158 shares and shared dispositive power over 2,064,158 shares. Iridian is majority owned by Arovid Associates LLC, a Delaware limited liability company owned and controlled by the following: 12.5% by David L. Cohen ("Cohen"), 12.5% by Harold J. Levy ("Levy"), 37.5% by LLMD LLC, a Delaware limited liability company and 37.5% by ALHERO LLC, a Delaware limited liability company. LLMD LLC is owned 1% by Cohen and 99% by a family trust controlled by Cohen. ALHERO LLC is owned 1% by Levy and 99% by a family trust controlled by Levy. The principal address of Iridian is 276 Post Road West, Westport, CT 06880.

(5)    Based on information disclosed in a Schedule 13G filed with the SEC on February 10, 2021 by Vanguard Group Inc. ("Vanguard"), according to which Vanguard beneficially owns 2,641,074 shares of our common stock, with shared voting power over 63,935 shares, sole dispositive power over 2,554,958 shares, and shared dispositive power over 86,116 shares. The principal address of Vanguard is 100 Vanguard Blvd., Malvern, PA 19355.

(6)    Includes (a) 7,229 shares of common stock owned by Dr. Tabuteau; (b) 1,079,700 shares of common stock that Dr. Tabuteau has the right to acquire from us within 60 days of the Record Date and (c) 7,344,500 shares of common stock held by an affiliate, Antecip Capital LLC. Dr. Tabuteau is the managing member of Antecip Capital LLC and so may be deemed to beneficially own such shares of common stock.

(7)    Includes (a) 41,217 shares of common stock owned by Mr. Pizzie; (b) 60 shares of common stock that may be deemed to be indirectly beneficially owned by Mr. Pizzie as custodian for his son's UTMA account and (c) 163,252 shares of common stock that Mr. Pizzie has the right to acquire from us within 60 days of the Record Date. Mr. Pizzie disclaims beneficial ownership of the 60 shares of common stock held in his son's UTMA account.

(8)    Includes 319,080 shares of common stock that Mr. Jacobson has the right to acquire from us within 60 days of the Record Date.

(9)    Includes (a) 163,718 shares of common stock owned by Dr. Jeffs and (b) 31,959 shares of common stock that Dr. Jeffs has the right to acquire from us within 60 days of the Record Date.

(10)    Includes (a) 4,100 shares of common stock owned by Dr. Coleman, (b) 420,498 shares of common stock owned by entities of which Dr. Coleman has sole voting and dispositive power and (c) 213,657 shares of common stock that Dr. Coleman has the right to acquire from us within 60 days of the Record Date.

(11)    Includes (a) 7,002 shares of common stock owned by Mr. Saad and (b) 174,739 shares of common stock that Mr. Saad has the right to acquire from us within 60 days of the Record Date.

(12)    Mr. Marek was the former Chief Commercial Officer of the Company. Mr. Marek's employment with the Company ceased on December 31, 2020. Includes 63,141 shares of common stock owned by Mr. Marek.