# Exhibit L

**DEFENDANTS' SUMMARY OF STATEMENTS PLAINTIFFS
CHALLENGE IN THE SECOND AMENDED CLASS ACTION COMPLAINT**

For the Court's convenience, the statements Plaintiffs challenge in the Second Amended Class Action Complaint (ECF No. 76 ("SAC") at ¶¶128-156) are included below. The statements are organized and identified by the paragraph in the SAC in which they are challenged. For the Court's reference, the portion of each statement Plaintiffs challenge is **bolded and underlined** in the context of the more complete original statement. The sources containing each challenged statement are available either at the hyperlinked Securities and Exchange Commission filings, or as exhibits to the Declaration of Matthew C. McDonough ("Decl"). Below each challenged statement are listed the reasons the challenged statement is not actionable, with cross-reference to Defendants Axsome Therapeutics, Inc., Herriot Tabuteau, Mark Jacobson, and Kevin Laliberte's Motion to Dismiss the Second Amended Complaint ("MTD").

****

**Challenged Statement #1:  SAC ¶128 (Q1 2021 Call Transcript, Decl. Ex. A)**[1]

*Vamil Divan (Mizuho Securities)*

Great, thanks for taking the questions. Maybe two if I could, just one the AXS-05 filing that you got exception accepted and priority review. I'm just curious if you've had further discussions at all with the FDA around the ASCEND trial. I think just given some of the surprises we've seen from the regulators recently, there's been some concerns around if that trial sort of big enough, robust enough to be considered pivotal. I assume just maybe you can give any further updates on your conversation would be helpful. And then just on 07, can you maybe just update us. I know, you're saying you're going to file in the second quarter here. I think it's pushed earlier this year, and got pushed back a little bit. Again can you maybe remind us of what the gating factors are in terms of getting that submission into the FDA? Thanks.

*Cedric O'Gorman [see n.1]*

Thanks Vamil for the questions. With regards to AXS-05 and the NOA, what - well, we can tell you is that it's obvious. The filing was accepted, it was granted priority review. So therefore, the FDA clearly has everything that it needs in order to conduct a substantive review. Of course, we can't comment on specifics - on the specifics of our communications with the FDA in one way or another. And with regards to the ASCEND trial, we - I do remind you that this is a very considerably designated product. And we did previously disclose that the ASCEND trial after the breakthrough meeting was declared a federal trial. **With regards to AXS-07, we're very much on track to file the NOA this quarter, as we've previously stated, and there really isn't any**

---

[1] Plaintiffs allege that Dr. O'Gorman made Challenged Statement #1. *See* SAC ¶128 (alleging that Dr. O'Gorman made statement and that "[n]one of the other Defendants on this call [i.e., Dr. Tabuteau, Mr. Jacobson, and Mr. Pizzie] corrected O'Gorman's statement despite their knowledge of its falsity"). In their prior Motion to Dismiss and in numerous conferences with Plaintiffs' counsel, Defendants pointed out that reputable transcripts of this call attributed Challenged Statement #1 to Dr. Tabuteau, not Dr. O'Gorman. *See* ECF No. 42 at 24. In their SAC, Plaintiffs double-down on their allegation that Dr. O'Gorman made the statement and that Dr. Tabuteau did *not* make the statement. *See* SAC ¶128. This excerpt is derived from the version of the transcript on which Plaintiffs base their allegation and which Plaintiffs previously provided to the Court.

**update there. The team is working diligently to make sure that we have a timely, but also a quality filing.**

*Reasons Not Actionable:* Forward-looking statement accompanied by meaningful cautionary language (MTD at 18-20)[2]; Opinion (MTD at 21); Puffery (MTD at 21-22).

****

<u>**Challenged Statement #2:**</u>  **SAC ¶130 (<u>Q1 2021 10-Q</u>)**

**RISKS RELATED TO OUR BUSINESS AND THE DEVELOPMENT OF OUR PRODUCT CANDIDATES…**

*…The regulatory approval processes of the FDA and comparable foreign authorities are lengthy, time consuming, and inherently unpredictable. If we are not able to obtain, or if there are delays in obtaining, required regulatory approvals, we will not be able to commercialize our product candidates as expected, and our ability to generate revenue will be materially impaired…*

Regulatory authorities have substantial discretion in the approval process and may refuse to accept any application or may decide that our data are insufficient for approval and require additional preclinical studies, clinical trials, or other studies. In addition, varying interpretations of the data obtained from preclinical and clinical testing could delay, limit, or prevent marketing approval of a product candidate. **During the course of review, the FDA may also request or require additional CMC, or other data and information, and the development and provision of these data and information may be time consuming and expensive.** Furthermore, there is the possibility that the FDA or comparable foreign regulatory authorities have not previously reviewed product candidates for the indications we are pursuing, such as agitation associated with AD. As a result, we may experience delays in regulatory approval due to uncertainties in the approval process.

*Reasons Not Actionable:*  Forward-looking statement accompanied by meaningful cautionary language (MTD at 18-20).

****

---

[2] As discussed in the MTD, forward-looking challenged statements were accompanied by meaningful cautionary language and language bespeaking caution in outlook.  *See* MTD at 18-20.  Each of Axsome's quarterly and annual filings during the Class Period include an entire section devoted to the risks related to Axsome's dependence on third parties, including its manufacturers.  *See, e.g.*, Decl. ¶2 (<u>2021 10-K</u>)) at 45; <u>Q3 2021 10-Q</u> at 61; <u>Q2 2021 10-Q</u> at 60; <u>Q1 2021 10-Q</u> at 61.  Each such filing also included cautionary language disclosing the risk that the NDA process may suffer delay, for many specific reasons, including that "*Changes in product candidate manufacturing or formulation may result in additional costs or delay*." *See, e.g.*, Decl. ¶2 (<u>2021 10-K</u>)) at 54; <u>Q3 2021 10-Q</u> at 51; <u>Q2 2021 10-Q</u> at 49; <u>Q1 2021 10-Q</u> at 50.  Each of Axsome's earnings calls referred investors to the detailed risk factors in its SEC filings.  *See* Decl. ¶3, Ex. A (5/10/21 Call Transcript) at 3; Decl. ¶4, Ex. B (8/9/21 Call Transcript) at 4; Decl. ¶5, Ex. C (11/8/21 Call Transcript) at 4.  A corporation may incorporate by reference risk factors in its recent SEC filings.  *See Slayton v. Am. Express Co.*, 604 F.3d 758, 763 (2d Cir. 2010).

2

**Challenged Statement #3**: SAC ¶132 (Q1 2021 10-Q, incorporating by reference 2020 10-K). *See also* SAC ¶¶138, 148 (Q2 2021 10-Q and Q3 2021 10-Q), SAC ¶153 (2021 10-K)

Manufacturing of the drug substance and drug product for our drugs and product candidates are done by third-parties and must comply with FDA current good manufacturing practice, or cGMP, regulations. Our product candidates are comprised of synthetic small molecules made through a series of organic chemistry steps starting with commercially available organic chemical raw materials. We do not currently own or operate any manufacturing facilities for the clinical or commercial production of our drug candidates. We conduct manufacturing activities under individual purchase orders with independent contract manufacturing organizations, or CMOs, to supply our clinical trials. We conduct periodic quality audits of their facilities. **We believe that our existing suppliers of our product candidate active pharmaceutical ingredients and finished products will be capable of providing sufficient quantities of each to meet our clinical trial supply needs.** Other CMOs may be used in the future for clinical supplies and, subject to approval, commercial manufacturing.

*Reasons Not Actionable:* Forward-looking statement accompanied by meaningful cautionary language (MTD at 18-20); Opinion (MTD at 21).

****

**Challenged Statement #4**: SAC ¶132 (Q1 2021 10-Q, incorporating by reference 2020 10-K). *See also* SAC ¶¶138, 148 (Q2 2021 10-Q and Q3 2021 10-Q), SAC ¶155 (2021 10-K)

**RISKS RELATED TO OUR DEPENDENCE ON THIRD PARTIES**

*We rely, and expect to continue to rely, on third parties to conduct, supervise, and monitor our preclinical studies and clinical trials, and those third parties may not perform satisfactorily, including failing to meet deadlines for the completion of such trials or failing to comply with regulatory requirements…*

…If any of our relationships with these third-party CROs terminate, we may not be able to enter into arrangements with alternative CROs or to do so on commercially reasonable terms. Switching or adding additional CROs involves additional cost and requires management time and focus. In addition, there is a natural transition period when a new CRO commences work. As a result, delays could occur, which could compromise our ability to meet our desired development timelines. Though we carefully manage our relationships with our CROs, there can be no assurance that we will not encounter similar challenges or delays in the future or that these delays or challenges will not have a material adverse impact on our business, financial condition and prospects, and results of operations.

**If the manufacturers upon whom we rely fail to produce our product candidates in the volumes that we require on a timely basis**, or to comply with stringent regulations applicable to pharmaceutical drug manufacturers, **we may face delays in the development and commercialization of, or be unable to meet demand for, our products and may lose potential revenues.**

3

We do not manufacture any of our product candidates, and we do not currently plan to develop any capacity to do so. We currently outsource all manufacturing of our product candidates to third parties typically without any guarantee that there will be sufficient supplies to fulfill our requirements or that we may obtain such supplies on acceptable terms. Any delays in obtaining adequate supplies with respect to our product candidates may delay the development or commercialization of our product candidates. Moreover, we do not yet have agreements established regarding commercial supply of our product candidates, and we may not be able to establish or maintain commercial manufacturing arrangements on commercially reasonable terms for any of our current or future product candidates for which we obtain approval in the future.

**Reasons Not Actionable:** Forward-looking statement accompanied by meaningful cautionary language (MTD at 18-20); Accurate statement of fact not adequately challenged as false (MTD at 20-21); Opinion (MTD at 21).

****

**Challenged Statement #5: SAC ¶132 (Q1 2021 10-Q, incorporating by reference 2020 10-K);** *see also* **SAC ¶¶138, 148 (Q2 2021 10-Q and Q3 2021 10-Q), SAC ¶155 (2021 10-K)**

**RISKS RELATED TO OUR DEPENDENCE ON THIRD PARTIES…**

*…If the manufacturers upon whom we rely fail to produce our product candidates in the volumes that we require on a timely basis, or to comply with stringent regulations applicable to pharmaceutical drug manufacturers, we may face delays in the development and commercialization of, or be unable to meet demand for, our products and may lose potential revenues…*

We may not succeed in our efforts to establish manufacturing relationships or other alternative arrangements for any of our existing or future product candidates and programs. Our product candidates may compete with other products and product candidates for access to manufacturing facilities. There are a limited number of manufacturers that operate under cGMP regulations and that are both capable of manufacturing for us and willing to do so. **If our existing third-party manufacturers, or the third parties that we engage in the future to manufacture a product for commercial sale or for our clinical trials, should cease to continue to do so for any reason, we likely would experience delays in obtaining sufficient quantities of our product candidates for us to meet commercial demand or to advance our clinical trials while we identify and qualify replacement suppliers. If for any reason we are unable to obtain adequate supplies of our product candidates or the drug substances used to manufacture them, it will be more difficult for us to develop our product candidates and compete effectively.** Further, even if we do establish such collaborations or arrangements, our third-party manufacturers may breach, terminate, or not renew these agreements.

Any problems or delays we experience in preparing for commercial-scale manufacturing of a product candidate may result in a delay in FDA approval of the product candidate or may impair our ability to manufacture commercial quantities or such quantities at an acceptable cost, which could result in the delay, prevention, or impairment of clinical development and commercialization of our product candidates and could adversely affect our business.

*Reasons Not Actionable:* Forward-looking statement accompanied by meaningful cautionary language (MTD at 18-20); Accurate statement of fact not adequately challenged as false (MTD at 20-21); Opinion (MTD at 21).

****

<u>**Challenged Statement #6**</u>:  **SAC ¶134 (8/9/21 Call Transcript, Decl., Ex. A)**

*Joseph John-Charles Thome, Cowen and Company, LLC, Research Division*

Just a little point of clarification. Based on kind of the timing of the notification from the FDA, have you submitted any additional information to them? I think, Herriot, maybe you mentioned you provided sort of the top line results of MERIT. Is that correct? And maybe how long would it take to kind of scrub the data to give it to them in maybe a more thorough fashion, if that's necessary? And then second point. Is AXS-07 manufactured in the same facility as AXS-05?

*Herriot Tabuteau, Founder, Chairman, CEO & President*

So I'll take the first question, and then I'll let Mark answer the second question. So with regards to the MERIT data, as I mentioned, we received the data over the weekend. We have made the agency aware of the top line results of the study. If they request to see additional data, we are prepared to provide it to them.

*Mark L. Jacobson, COO & Secretary*

So Joe, it's Mark. **<u>So for the manufacturing process for AXS-07, that actually is a bit more complicated. And there are 2 facilities that we utilize for the manufacture of the drug product. The drug -- the APIs are also available under OpenDNS here in the U.S. And of the 2 facilities that we use for drug product manufacturing, one of them is the same that we use for AXS-05.</u>**

*Reasons Not Actionable:* Accurate statement of fact not adequately challenged as false (MTD at 20-21).

****

 <u>**Challenged Statement #7**</u>:  **SAC ¶136 (Q2 2021 10-Q)**; *see also* **SAC ¶146 (Q3 2021 10-Q)**

**RISKS RELATED TO OUR BUSINESS AND THE DEVELOPMENT OF OUR PRODUCT CANDIDATES…**

*…The regulatory approval processes of the FDA and comparable foreign authorities are lengthy, time consuming, and inherently unpredictable. If we are not able to obtain, or if there are delays in obtaining, required regulatory approvals, we will not be able to commercialize our product candidates as expected, and our ability to generate revenue will be materially impaired….*

5

Regulatory authorities have substantial discretion in the approval process and may refuse to accept any application or may decide that our data are insufficient for approval and require additional preclinical studies, clinical trials, or other studies. In addition, varying interpretations of the data obtained from preclinical and clinical testing could delay, limit, or prevent marketing approval of a product candidate. **During the course of review, the FDA may also request or require additional chemistry, manufacturing, and control (CMC), or other data and information, and the development and provision of these data and information may be time consuming and expensive**. Furthermore, there is the possibility that the FDA or comparable foreign regulatory authorities have not previously reviewed product candidates for the indications we are pursuing, such as bisphosphonates for the treatment of pain. As a result, we may experience delays in regulatory approval due to uncertainties in the approval process.

*Reasons Not Actionable:* Forward-looking statement accompanied by meaningful cautionary language (MTD at 18-20); Accurate statement of fact not adequately challenged as false (MTD at 20-21).

****

**Challenged Statement #8:  SAC ¶136 (Q2 2021 10-Q);** *see also* **SAC ¶146 (Q3 2021 10-Q)**

**RISKS RELATED TO OUR BUSINESS AND THE DEVELOPMENT OF OUR PRODUCT CANDIDATES…**

*…The regulatory approval processes of the FDA and comparable foreign authorities are lengthy, time consuming, and inherently unpredictable. If we are not able to obtain, or if there are delays in obtaining, required regulatory approvals, we will not be able to commercialize our product candidates as expected, and our ability to generate revenue will be materially impaired.*

*Reasons Not Actionable:* Forward-looking statement accompanied by meaningful cautionary language (MTD at 18-20); Accurate statement of fact not adequately challenged as false (MTD at 20-21).

****

**Challenged Statement #9:  SAC ¶136 (Q2 2021 10-Q);** *see also* **SAC ¶146 (Q3 2021 10-Q)**

**RISKS RELATED TO OUR BUSINESS AND THE DEVELOPMENT OF OUR PRODUCT CANDIDATES…**

*…The regulatory approval processes of the FDA and comparable foreign authorities are lengthy, time consuming, and inherently unpredictable. If we are not able to obtain, or if there are delays in obtaining, required regulatory approvals, we will not be able to commercialize our product candidates as expected, and our ability to generate revenue will be materially impaired…*

…We may also experience numerous unforeseen events during, or as a result of, clinical trials and in the course of our preparation, submission, and review of NDA filings that could delay or prevent our ability to receive marketing approval or commercialize our product candidates, including: …

6

- the FDA or comparable foreign regulatory authorities may fail to approve or subsequently find fault with the manufacturing processes or our manufacturing facilities for clinical and future commercial supplies;

- **in connection with the chemistry, manufacturing, and controls (CMC) data necessary for our NDA filings, we will need to conduct stability studies and provide stability data to establish appropriate retest or expiration dating period;**

- applicable to all future drug substance and drug product batches manufactured, packaged, and stored under similar circumstances, to establish the long-term storage conditions, and to provide evidence of the effect of various environmental conditions on the quality of the drug substance and drug product. Our product candidates may not demonstrate sufficient long-term stability to support an NDA filing or obtain approval, or the product shelf life may be limited by stability results;

***Reasons Not Actionable:*** Forward-looking statement accompanied by meaningful cautionary language (MTD at 18-20); Accurate statement of fact not adequately challenged as false (MTD at 20-21).

****

**Challenged Statement #10:  SAC ¶140 (9/14/21 8-K)**

Axsome Therapeutics, Inc. (NASDAQ: AXSM), a biopharmaceutical company developing novel therapies for the management of central nervous system (CNS) disorders, today announced that the U.S. Food and Drug Administration (FDA) has accepted for filing the Company's New Drug Application (NDA) for AXS-07 for the acute treatment of migraine, and has set a Prescription Drug User Fee Act (PDUFA) target action date of April 30, 2022 for the NDA. AXS-07 (MoSEIC™ meloxicam-rizatriptan) is a novel, oral, rapidly absorbed, multi-mechanistic, investigational medicine for migraine.

"The FDA's acceptance of the NDA for AXS-07 is an important milestone for Axsome as it brings us closer to potentially making this multi-mechanistic treatment available to migraine patients in need," said Herriot Tabuteau, MD, Chief Executive Officer of Axsome. "We look forward to continued interactions with the FDA during the review process."

**The NDA is supported by results from two Phase 3 randomized, double-blind, controlled trials of AXS-07 in the acute treatment of migraine, the MOMENTUM and INTERCEPT trials, which demonstrated statistically significant elimination of migraine pain with AXS-07 compared to placebo and active controls.**

***Reasons Not Actionable:*** Accurate statement of fact not adequately challenged as false (MTD at 20-21); Opinion (MTD at 21).

****

7

**Challenged Statement #11:  SAC ¶142 (11/8/21 8-K)**

Migraine: Axsome's NDA for AXS-07 for the acute treatment of migraine was accepted for review by the FDA. The FDA has set a PDUFA target action date for the NDA of April 30, 2022. **The FDA notified the Company that, due to COVID-19 pandemic-related travel restrictions, they may be unable to complete a required inspection of a contract manufacturing facility**, located in the United States, **prior to the PDUFA date**, and that they will continue to monitor the public health situation as well as travel restrictions.

***Reasons Not Actionable:*** Forward-looking statement accompanied by meaningful cautionary language (MTD at 18-20); Accurate statement of fact not adequately challenged as false (MTD at 20-21).

**\*\*\*\***

**Challenged Statement #12:  SAC ¶142 (11/8/21 Call Transcript, Decl., Ex. C)**

*Marc Harold Goodman, SVB Leerink LLC, Research Division*

Just one quick question on the migraine. Can you just help us understand, did you say that 1 of the 2 manufacturing sites might not be able to be signed off on by the PDUFA date? So you're implying that 1 could be and is 1 enough? Do you both have to be filed? I was a little confused by your comment.

*Herriot Tabuteau, Founder, Chairman, CEO & President*

Yes. So it's -- I'll turn it over to Kevin, who will respond to that. But I think it's pretty straightforward in terms of what the FDA is trying to give a sense on there.

*Kevin Laliberte, Executive Vice President of Product Strategy*

**Thanks for that question. So there are obviously multiple manufacturing sites involved in the process for AXS-07. The FDA notified us that 1 specific manufacturing location that is based in the United States is required to have an inspection prior to them -- as part of the review process. And then they did notify us that because of COVID-related restrictions, that may be in jeopardy of happening before the PDUFA date. So it's just this 1 manufacturer based in the United States that they specifically notified us of in their communication.**

***Reasons Not Actionable:*** Accurate statement of fact not adequately challenged as false (MTD at 20-21).

**\*\*\*\***

8

**Challenged Statement #13:  SAC ¶143 (11/8/21 Call Transcript, Decl., Ex. C)**

*Myles Robert Minter, William Blair & Company L.L.C., Research Division*

Okay. Cool. Final one for me is just the NDA filing for 07, does that carry the same analytical measures on the manufacturing level as 05 in the current filing?

*Herriot Tabuteau, Founder, Chairman, CEO & President*

Kevin?

*Kevin Laliberte, Executive Vice President of Product Strategy*

**Because the products are distinct molecules with different active components, they would not carry over, necessarily into the 07 application specifically.**

***Reasons Not Actionable:***  Accurate statement of fact not adequately challenged as false (MTD at 20-21).

****

**Challenged Statement #14:  SAC ¶145 (Q3 2021 10-Q)** *see also* **¶152 (2021 10-K)**

The 3Q2021 10-Q was signed by and contained SOX certifications from Defendants Tabuteau and Pizzie.

***Reasons Not Actionable:***  Accurate statement of fact not adequately challenged as false (MTD at 20-21).

****

**Challenged Statement #15:  SAC ¶150 (3/1/22 8-K)**

**"2021 was a year of continued progress which has put us in a position to potentially launch two new investigational medicines for patients living with depression and migraine,"** said Herriot Tabuteau, MD, Chief Executive Officer of Axsome. "Specifically, FDA review of our NDA for AXS-05 in depression is progressing, and **the April 30 PDUFA date for our NDA for AXS-07 in the acute treatment of migraine is approaching.** In addition, we continue to advance the rest of our industry-leading late-stage CNS pipeline, with an NDA for AXS-14 in fibromyalgia, and topline results from our Phase 3 trials of AXS-12 in narcolepsy and AXS-05 in Alzheimer's disease agitation, all anticipated in 2023."

***Reasons Not Actionable:*** Forward-looking statement accompanied by meaningful cautionary language (MTD at 18-20); Accurate statement of fact not adequately challenged as false (MTD at 20-21); Opinion (MTD at 21); Puffery (MTD at 21-22).

****

9

**Challenged Statement #16:  SAC ¶150 (3/1/22 8-K)**

Migraine: Axsome's NDA for AXS-07 for the acute treatment of migraine is currently under review by the FDA with a PDUFA target action date for the NDA of April 30, 2022. The FDA previously notified the Company that, due to COVID-19 pandemic-related travel restrictions, they may be unable to complete a required inspection of a contract manufacturing facility, located in the United States, prior to the PDUFA date. **Axsome has since been informed by the FDA that it does not anticipate any issues with completing this facility inspection prior to the AXS-07 PDUFA date.**

***Reasons Not Actionable:*** Forward-looking statement accompanied by meaningful cautionary language (MTD at 18-20); Accurate statement of fact not adequately challenged as false (MTD at 20-21).

10