**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE AXSOME THERAPEUTICS, INC. SECURITIES LITIGATION | Case No.: 1:22-cv-3925-LGS |

**DECLARATION OF MICHAEL GRUNFELD IN**
**SUPPORT OF LEAD PLAINITFFS' OPPOSITIONS TO DEFENDANTS'**
**MOTIONS TO DISMISS THE SECOND AMENDED CLASS ACTION COMPLAINT**

I, Michael Grunfeld, hereby declare, pursuant to 28 U.S.C. §1746, as follows:

1.      I am a partner with the law firm of Pomerantz LLP, which is Co-Lead Counsel for Lead Plaintiffs Thomas Giblin, Paul Berger, and Paul Sutherland in this Action. I am a member in good standing of the bar of this Court.  I submit this declaration in support of (1) Lead Plaintiffs' Opposition to Defendants Axsome Therapeutics Inc. ("Axsome"), Herriot Tabuteau, Mark Jacobson, and Kevin Laliberte's Motion to Dismiss the Second Amended Class Action Complaint and (2) Lead Plaintiffs' Opposition to Defendants Nick Pizzie's and Cedric O'Gorman's Motion to Dismiss the Second Amended Class Action Complaint.

2.      Attached hereto as Exhibit 1 is a true and correct copy of the June 2021 FDA inspection report that is referenced in Paragraphs 173 to 177 of the Second Amended Complaint.[1]

3.      Attached hereto as Exhibit 2 is a true and correct copy of an excerpt of Axsome's 2023 Proxy Statement Pursuant to Section 14(a) of the Securities Exchange Act of 1934 that it filed with the Securities and Exchange Commission on April 21, 2023.

---

[1] This report was included as an exhibit to the Proposed Second Amended Complaint that Lead Plaintiffs filed on January 26, 2024 (ECF No. 73-1, Ex. 1), but was inadvertently omitted when the Second Amended Complaint was subsequently filed on February 7, 2024.

1

4.    Attached hereto as Exhibit 3 is a true and correct copy of an excerpt of Axsome's 2022 Proxy Statement Pursuant to Section 14(a) of the Securities Exchange Act of 1934 that it filed with the Securities and Exchange Commission on April 21, 2022.

5.    Attached hereto as Exhibit 4 is a true and correct copy of a chart showing Axsome's stock price from January 1, 2021 through April 29, 2022, based on data obtained from Yahoo Finance.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: New York, New York
       April 11, 2024

*/s/ Michael Grunfeld*
Michael Grunfeld

2