# Exhibit 4

**Axsome Therapeutics, Inc. Closing Prices from January 1, 2021 to April 29, 2022**
**Source: Yahoo Finance**

| Date | Close Price |
|---|---|
| 1/4/2021 | $ 81.44 |
| 1/5/2021 | $ 78.58 |
| 1/6/2021 | $ 75.59 |
| 1/7/2021 | $ 77.81 |
| 1/8/2021 | $ 77.71 |
| 1/11/2021 | $ 77.94 |
| 1/12/2021 | $ 80.44 |
| 1/13/2021 | $ 79.50 |
| 1/14/2021 | $ 79.89 |
| 1/15/2021 | $ 76.75 |
| 1/19/2021 | $ 76.96 |
| 1/20/2021 | $ 75.92 |
| 1/21/2021 | $ 75.90 |
| 1/22/2021 | $ 74.65 |
| 1/25/2021 | $ 75.56 |
| 1/26/2021 | $ 72.99 |
| 1/27/2021 | $ 69.17 |
| 1/28/2021 | $ 69.84 |
| 1/29/2021 | $ 68.09 |
| 2/1/2021 | $ 70.89 |
| 2/2/2021 | $ 73.73 |
| 2/3/2021 | $ 75.53 |
| 2/4/2021 | $ 75.88 |
| 2/5/2021 | $ 75.25 |
| 2/8/2021 | $ 75.27 |
| 2/9/2021 | $ 75.05 |
| 2/10/2021 | $ 75.00 |
| 2/11/2021 | $ 73.70 |
| 2/12/2021 | $ 74.63 |
| 2/16/2021 | $ 74.71 |
| 2/17/2021 | $ 72.02 |
| 2/18/2021 | $ 71.18 |
| 2/19/2021 | $ 72.27 |
| 2/22/2021 | $ 69.43 |
| 2/23/2021 | $ 69.93 |
| 2/24/2021 | $ 71.98 |
| 2/25/2021 | $ 68.38 |
| 2/26/2021 | $ 67.36 |

| Date | | Amount |
|---|---|---|
| 3/1/2021 | $ | 69.20 |
| 3/2/2021 | $ | 69.76 |
| 3/3/2021 | $ | 70.18 |
| 3/4/2021 | $ | 66.21 |
| 3/5/2021 | $ | 65.02 |
| 3/8/2021 | $ | 62.82 |
| 3/9/2021 | $ | 64.90 |
| 3/10/2021 | $ | 64.05 |
| 3/11/2021 | $ | 67.48 |
| 3/12/2021 | $ | 66.49 |
| 3/15/2021 | $ | 65.22 |
| 3/16/2021 | $ | 65.75 |
| 3/17/2021 | $ | 68.08 |
| 3/18/2021 | $ | 63.02 |
| 3/19/2021 | $ | 64.60 |
| 3/22/2021 | $ | 63.53 |
| 3/23/2021 | $ | 61.00 |
| 3/24/2021 | $ | 58.44 |
| 3/25/2021 | $ | 59.32 |
| 3/26/2021 | $ | 59.24 |
| 3/29/2021 | $ | 57.28 |
| 3/30/2021 | $ | 55.91 |
| 3/31/2021 | $ | 56.62 |
| 4/1/2021 | $ | 57.50 |
| 4/5/2021 | $ | 57.00 |
| 4/6/2021 | $ | 56.23 |
| 4/7/2021 | $ | 54.24 |
| 4/8/2021 | $ | 54.09 |
| 4/9/2021 | $ | 52.99 |
| 4/12/2021 | $ | 51.89 |
| 4/13/2021 | $ | 51.71 |
| 4/14/2021 | $ | 53.55 |
| 4/15/2021 | $ | 52.60 |
| 4/16/2021 | $ | 53.44 |
| 4/19/2021 | $ | 51.93 |
| 4/20/2021 | $ | 50.63 |
| 4/21/2021 | $ | 54.60 |
| 4/22/2021 | $ | 52.87 |
| 4/23/2021 | $ | 52.89 |
| 4/26/2021 | $ | 58.71 |
| 4/27/2021 | $ | 60.39 |

{00604059;1 }

| Date | | Amount |
|---|---|---|
| 4/28/2021 | $ | 59.74 |
| 4/29/2021 | $ | 61.78 |
| 4/30/2021 | $ | 60.46 |
| 5/3/2021 | $ | 61.55 |
| 5/4/2021 | $ | 58.08 |
| 5/5/2021 | $ | 58.15 |
| 5/6/2021 | $ | 56.36 |
| 5/7/2021 | $ | 56.96 |
| 5/10/2021 | $ | 54.39 |
| 5/11/2021 | $ | 57.03 |
| 5/12/2021 | $ | 57.01 |
| 5/13/2021 | $ | 60.03 |
| 5/14/2021 | $ | 58.42 |
| 5/17/2021 | $ | 58.96 |
| 5/18/2021 | $ | 58.04 |
| 5/19/2021 | $ | 55.55 |
| 5/20/2021 | $ | 55.55 |
| 5/21/2021 | $ | 55.37 |
| 5/24/2021 | $ | 55.03 |
| 5/25/2021 | $ | 54.68 |
| 5/26/2021 | $ | 56.23 |
| 5/27/2021 | $ | 60.50 |
| 5/28/2021 | $ | 60.71 |
| 6/1/2021 | $ | 61.70 |
| 6/2/2021 | $ | 60.56 |
| 6/3/2021 | $ | 61.70 |
| 6/4/2021 | $ | 61.32 |
| 6/7/2021 | $ | 65.24 |
| 6/8/2021 | $ | 65.40 |
| 6/9/2021 | $ | 63.50 |
| 6/10/2021 | $ | 67.57 |
| 6/11/2021 | $ | 66.39 |
| 6/14/2021 | $ | 67.52 |
| 6/15/2021 | $ | 67.21 |
| 6/16/2021 | $ | 65.62 |
| 6/17/2021 | $ | 66.54 |
| 6/18/2021 | $ | 67.35 |
| 6/21/2021 | $ | 70.75 |
| 6/22/2021 | $ | 71.16 |
| 6/23/2021 | $ | 69.68 |
| 6/24/2021 | $ | 70.51 |

| | | |
|---|---|---|
| 6/25/2021 | $ | 73.50 |
| 6/28/2021 | $ | 72.46 |
| 6/29/2021 | $ | 69.66 |
| 6/30/2021 | $ | 67.46 |
| 7/1/2021 | $ | 68.26 |
| 7/2/2021 | $ | 66.04 |
| 7/6/2021 | $ | 65.42 |
| 7/7/2021 | $ | 63.47 |
| 7/8/2021 | $ | 64.81 |
| 7/9/2021 | $ | 65.32 |
| 7/12/2021 | $ | 65.24 |
| 7/13/2021 | $ | 63.42 |
| 7/14/2021 | $ | 56.82 |
| 7/15/2021 | $ | 56.77 |
| 7/16/2021 | $ | 54.22 |
| 7/19/2021 | $ | 56.09 |
| 7/20/2021 | $ | 55.36 |
| 7/21/2021 | $ | 57.11 |
| 7/22/2021 | $ | 55.88 |
| 7/23/2021 | $ | 53.68 |
| 7/26/2021 | $ | 51.79 |
| 7/27/2021 | $ | 52.66 |
| 7/28/2021 | $ | 52.81 |
| 7/29/2021 | $ | 50.57 |
| 7/30/2021 | $ | 48.59 |
| 8/2/2021 | $ | 50.32 |
| 8/3/2021 | $ | 49.18 |
| 8/4/2021 | $ | 49.35 |
| 8/5/2021 | $ | 50.66 |
| 8/6/2021 | $ | 51.16 |
| 8/9/2021 | $ | 27.37 |
| 8/10/2021 | $ | 23.78 |
| 8/11/2021 | $ | 23.93 |
| 8/12/2021 | $ | 24.31 |
| 8/13/2021 | $ | 22.86 |
| 8/16/2021 | $ | 21.22 |
| 8/17/2021 | $ | 21.02 |
| 8/18/2021 | $ | 20.30 |
| 8/19/2021 | $ | 19.91 |
| 8/20/2021 | $ | 21.56 |
| 8/23/2021 | $ | 24.79 |

| | | |
|---|---|---|
| 8/24/2021 | $ | 24.89 |
| 8/25/2021 | $ | 25.33 |
| 8/26/2021 | $ | 23.26 |
| 8/27/2021 | $ | 24.00 |
| 8/30/2021 | $ | 24.38 |
| 8/31/2021 | $ | 25.68 |
| 9/1/2021 | $ | 27.71 |
| 9/2/2021 | $ | 26.92 |
| 9/3/2021 | $ | 26.69 |
| 9/7/2021 | $ | 26.55 |
| 9/8/2021 | $ | 26.14 |
| 9/9/2021 | $ | 26.81 |
| 9/10/2021 | $ | 27.39 |
| 9/13/2021 | $ | 27.48 |
| 9/14/2021 | $ | 26.17 |
| 9/15/2021 | $ | 27.72 |
| 9/16/2021 | $ | 28.53 |
| 9/17/2021 | $ | 29.72 |
| 9/20/2021 | $ | 29.23 |
| 9/21/2021 | $ | 31.21 |
| 9/22/2021 | $ | 30.89 |
| 9/23/2021 | $ | 32.96 |
| 9/24/2021 | $ | 33.40 |
| 9/27/2021 | $ | 34.65 |
| 9/28/2021 | $ | 33.23 |
| 9/29/2021 | $ | 34.17 |
| 9/30/2021 | $ | 32.96 |
| 10/1/2021 | $ | 34.28 |
| 10/4/2021 | $ | 32.63 |
| 10/5/2021 | $ | 31.33 |
| 10/6/2021 | $ | 30.85 |
| 10/7/2021 | $ | 31.74 |
| 10/8/2021 | $ | 32.20 |
| 10/11/2021 | $ | 32.62 |
| 10/12/2021 | $ | 37.79 |
| 10/13/2021 | $ | 42.17 |
| 10/14/2021 | $ | 40.62 |
| 10/15/2021 | $ | 40.10 |
| 10/18/2021 | $ | 41.12 |
| 10/19/2021 | $ | 40.18 |
| 10/20/2021 | $ | 41.91 |

| | | |
|---|---|---|
| 10/21/2021 | $ | 40.82 |
| 10/22/2021 | $ | 40.10 |
| 10/25/2021 | $ | 39.29 |
| 10/26/2021 | $ | 39.69 |
| 10/27/2021 | $ | 39.24 |
| 10/28/2021 | $ | 39.64 |
| 10/29/2021 | $ | 38.50 |
| 11/1/2021 | $ | 39.68 |
| 11/2/2021 | $ | 39.55 |
| 11/3/2021 | $ | 41.05 |
| 11/4/2021 | $ | 40.85 |
| 11/5/2021 | $ | 40.20 |
| 11/8/2021 | $ | 43.36 |
| 11/9/2021 | $ | 40.77 |
| 11/10/2021 | $ | 38.17 |
| 11/11/2021 | $ | 39.52 |
| 11/12/2021 | $ | 39.26 |
| 11/15/2021 | $ | 38.48 |
| 11/16/2021 | $ | 35.50 |
| 11/17/2021 | $ | 34.55 |
| 11/18/2021 | $ | 35.59 |
| 11/19/2021 | $ | 35.80 |
| 11/22/2021 | $ | 36.84 |
| 11/23/2021 | $ | 36.59 |
| 11/24/2021 | $ | 37.93 |
| 11/26/2021 | $ | 36.92 |
| 11/29/2021 | $ | 34.34 |
| 11/30/2021 | $ | 34.54 |
| 12/1/2021 | $ | 33.16 |
| 12/2/2021 | $ | 33.35 |
| 12/3/2021 | $ | 32.24 |
| 12/6/2021 | $ | 32.91 |
| 12/7/2021 | $ | 34.18 |
| 12/8/2021 | $ | 35.13 |
| 12/9/2021 | $ | 34.10 |
| 12/10/2021 | $ | 33.15 |
| 12/13/2021 | $ | 32.55 |
| 12/14/2021 | $ | 30.70 |
| 12/15/2021 | $ | 32.77 |
| 12/16/2021 | $ | 33.51 |
| 12/17/2021 | $ | 35.30 |

| | | |
|---|---|---|
| 12/20/2021 | $ | 35.97 |
| 12/21/2021 | $ | 37.81 |
| 12/22/2021 | $ | 37.70 |
| 12/23/2021 | $ | 38.45 |
| 12/27/2021 | $ | 37.13 |
| 12/28/2021 | $ | 37.02 |
| 12/29/2021 | $ | 35.55 |
| 12/30/2021 | $ | 38.02 |
| 12/31/2021 | $ | 37.78 |
| 1/3/2022 | $ | 37.83 |
| 1/4/2022 | $ | 35.91 |
| 1/5/2022 | $ | 33.18 |
| 1/6/2022 | $ | 33.09 |
| 1/7/2022 | $ | 32.91 |
| 1/10/2022 | $ | 33.41 |
| 1/11/2022 | $ | 33.08 |
| 1/12/2022 | $ | 31.41 |
| 1/13/2022 | $ | 29.89 |
| 1/14/2022 | $ | 28.60 |
| 1/18/2022 | $ | 30.18 |
| 1/19/2022 | $ | 28.52 |
| 1/20/2022 | $ | 26.71 |
| 1/21/2022 | $ | 23.71 |
| 1/24/2022 | $ | 24.18 |
| 1/25/2022 | $ | 26.66 |
| 1/26/2022 | $ | 25.70 |
| 1/27/2022 | $ | 24.34 |
| 1/28/2022 | $ | 26.32 |
| 1/31/2022 | $ | 27.44 |
| 2/1/2022 | $ | 28.78 |
| 2/2/2022 | $ | 28.71 |
| 2/3/2022 | $ | 27.03 |
| 2/4/2022 | $ | 28.71 |
| 2/7/2022 | $ | 30.52 |
| 2/8/2022 | $ | 30.35 |
| 2/9/2022 | $ | 32.11 |
| 2/10/2022 | $ | 31.50 |
| 2/11/2022 | $ | 32.06 |
| 2/14/2022 | $ | 31.20 |
| 2/15/2022 | $ | 33.75 |
| 2/16/2022 | $ | 31.61 |

{00604059;1 }

| | | |
|---|---|---|
| 2/17/2022 | $ | 30.41 |
| 2/18/2022 | $ | 29.57 |
| 2/22/2022 | $ | 28.47 |
| 2/23/2022 | $ | 27.38 |
| 2/24/2022 | $ | 28.12 |
| 2/25/2022 | $ | 28.19 |
| 2/28/2022 | $ | 28.11 |
| 3/1/2022 | $ | 30.98 |
| 3/2/2022 | $ | 31.45 |
| 3/3/2022 | $ | 30.46 |
| 3/4/2022 | $ | 29.91 |
| 3/7/2022 | $ | 28.85 |
| 3/8/2022 | $ | 28.25 |
| 3/9/2022 | $ | 31.13 |
| 3/10/2022 | $ | 31.91 |
| 3/11/2022 | $ | 32.79 |
| 3/14/2022 | $ | 28.60 |
| 3/15/2022 | $ | 29.13 |
| 3/16/2022 | $ | 31.51 |
| 3/17/2022 | $ | 34.18 |
| 3/18/2022 | $ | 33.61 |
| 3/21/2022 | $ | 33.30 |
| 3/22/2022 | $ | 34.44 |
| 3/23/2022 | $ | 34.57 |
| 3/24/2022 | $ | 35.98 |
| 3/25/2022 | $ | 35.36 |
| 3/28/2022 | $ | 35.11 |
| 3/29/2022 | $ | 39.31 |
| 3/30/2022 | $ | 40.02 |
| 3/31/2022 | $ | 41.39 |
| 4/1/2022 | $ | 43.91 |
| 4/4/2022 | $ | 46.38 |
| 4/5/2022 | $ | 46.75 |
| 4/6/2022 | $ | 46.72 |
| 4/7/2022 | $ | 44.20 |
| 4/8/2022 | $ | 40.69 |
| 4/11/2022 | $ | 40.44 |
| 4/12/2022 | $ | 38.35 |
| 4/13/2022 | $ | 38.00 |
| 4/14/2022 | $ | 36.86 |
| 4/18/2022 | $ | 32.70 |

{00604059;1 }

| 4/19/2022 | $ | 40.92 |
|---|---|---|
| 4/20/2022 | $ | 43.04 |
| 4/21/2022 | $ | 39.60 |
| 4/22/2022 | $ | 39.10 |
| 4/25/2022 | $ | 30.50 |
| 4/26/2022 | $ | 29.99 |
| 4/27/2022 | $ | 30.50 |
| 4/28/2022 | $ | 32.00 |
| 4/29/2022 | $ | 31.75 |

{00604059;1 }