# Morgan Lewis

**Michael L. Kichline**
Partner
+1.215.963.5366
michael.kichline@morganlewis.com

May 1, 2024

<u>**VIA ECF**</u>

The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, NY  10007

Re: *In re Axsome Therapeutics, Inc. Securities Litigation*,
<u>No. 1:22-cv-03925 (LGS)</u>

Dear Judge Schofield:

    We write as counsel in the above-captioned matter for Defendants Axsome Therapeutics, Inc., Herriot Tabuteau, Mark Jacobson, Kevin Laliberte, Nick Pizzie, and Cedric O'Gorman (collectively, "Defendants").  Pursuant to Section III.B.6 of Your Honor's Individual Rules and Procedures for Civil Cases, Defendants respectfully request oral argument on their Motions to Dismiss the Second Amended Class Action Complaint (ECF Nos. 79 and 82) under Federal Rules of Civil Procedure 12(b)(6) and 9(b) and the Private Securities Litigation Reform Act of 1995.

    Respectfully submitted,

**MORGAN, LEWIS & BOCKIUS LLP**

<u>*/s/ Michael L. Kichline*</u>
Michael L. Kichline (*pro hac vice*)
1701 Market Street
Philadelphia, PA 19103
Tel: (215) 963-5000
michael.kichline@morganlewis.com

The Honorable Lorna G. Schofield
May 1, 2024
Page 2

        Emily E. Renshaw
        101 Park Avenue
        New York, NY 10178-0060
        Tel: (212) 309-6000
        emily.renshaw@morganlewis.com

        Matthew C. McDonough (*pro hac vice*)
        Michael A. Hacker
        One Federal Street
        Boston, MA 02110
        Tel: (617) 341-7700
        matthew.mcdonough@morganlewis.com
        michael.hacker@morganlewis.com

        *Counsel for Axsome Therapeutics, Inc., Herriot Tabuteau, Nick Pizzie, Mark Jacobson, Cedric O'Gorman, and Kevin Laliberte*

cc:    All counsel of Record (via CM/ECF)