UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
                                                              :
IN RE AXSOME THERAPEUTICS, INC.      :
SECURITIES LITIGATION                             :          22 Civ. 3925 (LGS)
                                                              :
                                                               :                 <u>ORDER</u>
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, on April 22, 2025, a conference was held to discuss the parties' proposed Case Management Plan and Plaintiff's proposed motion for class certification. As discussed at the conference, it is hereby

       **ORDERED** that, by **April 30, 2025**, the parties shall file a joint letter outlining a proposed discovery schedule in relation to the class certification motion, including dates for expert disclosures and depositions.

Dated: April 22, 2025
       New York, New York

                                               LORNA G. SCHOFIELD
                                      UNITED STATES DISTRICT JUDGE