# Morgan Lewis

**Michael L. Kichline**
Partner
+1.215.963.5366
michael.kichline@morganlewis.com

May 26, 2025

**VIA ECF**

The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:     *In re Axsome Therapeutics, Inc. Securities Litigation*, No. 1:22-cv-03925 (LGS)

Dear Judge Schofield:

We represent Defendants in the above action. We write jointly with counsel for Lead Plaintiffs to respectfully request clarification of the Court's May 21, 2025 Order Extending Deadlines Pending Mediation (ECF No. 99) ("Order").

The parties' May 19, 2025 joint stipulation requested that, to allow the parties to focus on their July 31, 2025 mediation, and to preserve judicial and party resources, avoiding substantial costs that will otherwise be incurred in the absence of an extension, all upcoming deadlines be extended for either 60 days (with respect to class certification-related deadlines) or 90 days (with respect to all other deadlines). The Court "so ordered" the parties' stipulation (Order at 1) and required the parties to "file a letter on the status of mediation within one week after the first mediation session" (Order at 2). However, the Court struck the parties' proposal (in Paragraph 1 of the joint stipulation) to extend deadlines not related to class certification (including Defendants' impending answer deadlines and both parties' document discovery deadlines) by 90 days. *See id.*

The parties interpret the Court's Order as: (a) extending class-certification deadlines by 60 days; (b) holding all other deadlines in abeyance; and (c) requiring the parties to submit a letter concerning the status of mediation within a week of their first mediation session.

Given the Court's striking of Paragraph 1, however, the parties respectfully request that the Court confirm their understanding, or otherwise clarify its Order. If the parties' understanding is not consistent with the Court's intent, the parties respectfully request the

**Morgan, Lewis & Bockius LLP**

2222 Market Street
Philadelphia, PA 19103-3007
United States

☏ +1.215.963.5000
🖷 +1.215.963.5001

DB1/ 159023747.1

The Honorable Lorna G. Schofield
May 26, 2025
Page 2

Court grant a 30-day extension of Defendants' deadline to file an answer to Plaintiffs' complaint to June 30, 2025, and a 30-day extension of the parties' deadlines to respond to pending written discovery to July 9, 2025.

Respectfully submitted,

**POMERANTZ, LLP**

By: */s/ Michael Grunfeld*
Jeremy A. Lieberman
Michael Grunfeld
Brandon Cordovi
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
jalieberman@pomlaw.com
mgrunfeld@pomlaw.com
bcordovi@pomlaw.com

*Co-Lead Counsel for Lead Plaintiffs*

**THE ROSEN LAW FIRM, P.A.**

Jacob Goldberg
101 Greenwood Avenue, Suite 440
Jenkintown, PA 19046
Telephone: 215-600-2817
Facsimile: (212) 202-3827
jgoldberg@rosenlegal.com

Erica Stone
275 Madison Avenue, 40th Floor New York,
New York 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
estone@rosenlegal.com

*Co-Lead Counsel for Lead Plaintiffs*

**MORGAN, LEWIS & BOCKIUS LLP**

*/s/ Michael L. Kichline*
Michael L. Kichline (*pro hac vice*)
1701 Market Street
Philadelphia, PA 19103
(215) 963-5000
michael.kichline@morganlewis.com

Emily E. Renshaw
101 Park Avenue
New York, NY 10178
(212) 309-6000
emily.renshaw@morganlewis.com

Matthew C. McDonough (*pro hac vice*)
Michael A. Hacker
One Federal Street
Boston, MA 02110
(617) 341-7700
matthew.mcdonough@morganlewis.com
michael.hacker@morganlewis.com

*Counsel for Defendants*

The Honorable Lorna G. Schofield
May 26, 2025
Page 3

**PASKOWITZ LAW FIRM P.C.**

Laurence D. Paskowitz (LP-7324)
97-45 Queens Boulevard
Suite 1202
Rego Park, New York 11374
Telephone: (212) 685-0969
lpaskowitz@pasklaw.com

*Additional Counsel for Lead Plaintiff Paul
Berger, for himself and as sole trustee of the
Paul Berger Revocable Trust*

**THE SCHALL LAW FIRM**

Brian Schall
2049 Century Park East, Suite 2460
Los Angeles, California 90067
Telephone: (424) 303-1964
brian@schallfirm.com

*Additional Counsel for Lead Plaintiff Thomas
Giblin*