# Morgan Lewis

*[signature]*

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

May 26, 2025

**VIA ECF**

The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

The Order at Dkt. No. 99 extended all class-certification deadlines by 60 days, but did not extend any deadlines not related to class certification (including Defendants' answer deadlines and both parties' discovery deadlines).

Defendants' request for a 30-day extension of their deadline to file their Answer is **GRANTED**. Defendants shall file their Answer by **June 30, 2025**. The parties' request for a 30-day extension of their deadlines to respond to pending written discovery is **GRANTED**. The parties shall respond to pending written discovery by **July 9, 2025**.

The Clerk of Court is respectfully directed to close the motion at Dkt. No. 100.

Dated: May 28, 2025
         New York, New York

Re: *In re Axsome Therapeutics, Inc. Securities Litigation*, No. 1:22-cv-03925 (LGS)

Dear Judge Schofield:

We represent Defendants in the above action. We write jointly with counsel for Lead Plaintiffs to respectfully request clarification of the Court's May 21, 2025 Order Extending Deadlines Pending Mediation (ECF No. 99) ("Order").

The parties' May 19, 2025 joint stipulation requested that, to allow the parties to focus on their July 31, 2025 mediation, and to preserve judicial and party resources, avoiding substantial costs that will otherwise be incurred in the absence of an extension, all upcoming deadlines be extended for either 60 days (with respect to class certification-related deadlines) or 90 days (with respect to all other deadlines). The Court "so ordered" the parties' stipulation (Order at 1) and required the parties to "file a letter on the status of mediation within one week after the first mediation session" (Order at 2). However, the Court struck the parties' proposal (in Paragraph 1 of the joint stipulation) to extend deadlines not related to class certification (including Defendants' impending answer deadlines and both parties' document discovery deadlines) by 90 days. *See id.*

The parties interpret the Court's Order as: (a) extending class-certification deadlines by 60 days; (b) holding all other deadlines in abeyance; and (c) requiring the parties to submit a letter concerning the status of mediation within a week of their first mediation session.

Given the Court's striking of Paragraph 1, however, the parties respectfully request that the Court confirm their understanding, or otherwise clarify its Order. If the parties' understanding is not consistent with the Court's intent, the parties respectfully request the

The Honorable Lorna G. Schofield
May 26, 2025
Page 2

Court grant a 30-day extension of Defendants' deadline to file an answer to Plaintiffs' complaint to June 30, 2025, and a 30-day extension of the parties' deadlines to respond to pending written discovery to July 9, 2025.

Respectfully submitted,

| **POMERANTZ, LLP** | **MORGAN, LEWIS & BOCKIUS LLP** |
|---|---|
| By: */s/ Michael Grunfeld* | */s/ Michael L. Kichline* |
| Jeremy A. Lieberman | Michael L. Kichline (*pro hac vice*) |
| Michael Grunfeld | 1701 Market Street |
| Brandon Cordovi | Philadelphia, PA 19103 |
| 600 Third Avenue, 20th Floor | (215) 963-5000 |
| New York, New York 10016 | michael.kichline@morganlewis.com |
| Telephone: (212) 661-1100 | |
| Facsimile: (212) 661-8665 | Emily E. Renshaw |
| jalieberman@pomlaw.com | 101 Park Avenue |
| mgrunfeld@pomlaw.com | New York, NY 10178 |
| bcordovi@pomlaw.com | (212) 309-6000 |
| | emily.renshaw@morganlewis.com |
| *Co-Lead Counsel for Lead Plaintiffs* | |
| | Matthew C. McDonough (*pro hac vice*) |
| **THE ROSEN LAW FIRM, P.A.** | Michael A. Hacker |
| | One Federal Street |
| Jacob Goldberg | Boston, MA 02110 |
| 101 Greenwood Avenue, Suite 440 | (617) 341-7700 |
| Jenkintown, PA 19046 | matthew.mcdonough@morganlewis.com |
| Telephone: 215-600-2817 | michael.hacker@morganlewis.com |
| Facsimile: (212) 202-3827 | |
| jgoldberg@rosenlegal.com | *Counsel for Defendants* |
| | |
| Erica Stone | |
| 275 Madison Avenue, 40th Floor New York, | |
| New York 10016 | |
| Telephone: (212) 686-1060 | |
| Facsimile: (212) 202-3827 | |
| estone@rosenlegal.com | |
| | |
| *Co-Lead Counsel for Lead Plaintiffs* | |

The Honorable Lorna G. Schofield
May 26, 2025
Page 3

**PASKOWITZ LAW FIRM P.C.**

Laurence D. Paskowitz (LP-7324)
97-45 Queens Boulevard
Suite 1202
Rego Park, New York 11374
Telephone: (212) 685-0969
lpaskowitz@pasklaw.com

*Additional Counsel for Lead Plaintiff Paul Berger, for himself and as sole trustee of the Paul Berger Revocable Trust*

**THE SCHALL LAW FIRM**

Brian Schall
2049 Century Park East, Suite 2460
Los Angeles, California 90067
Telephone: (424) 303-1964
brian@schallfirm.com

*Additional Counsel for Lead Plaintiff Thomas Giblin*