**VIA ECF** August 7, 2025

The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  *In re Axsome Therapeutics, Inc., Securities Litigation*, No. 1:22-cv-03925 (LGS)

Dear Judge Schofield,

    Counsel for Lead Plaintiffs Thomas Giblin , Paul Berger, for himself and as sole trustee of the Paul Berger Revocable Trust, and Paul Sutherland (collectively, "Lead Plaintiffs") and Defendants Axsome Therapeutics, Inc. ("Axsome"), Dr. Herriot Tabuteau, and Mark Jacobson (collectively, "Defendants" and, with Lead Plaintiffs, the "Parties") write jointly pursuant to the Court's May 21, 2025 Order (ECF No. 99) to advise the Court of the status or outcome of their July 31, 2025 mediation.

    The Parties participated in a full-day, in-person mediation session on July 31, 2025. The mediation has not resulted in an agreement to resolve the case, but the Parties continue to discuss a possible resolution with the assistance of the mediator. In the meantime, the Parties are proceeding with the litigation in accordance with the current Court-ordered case schedule.

    We thank the Court for its attention to this matter.

    Respectfully submitted,

| | |
|---|---|
| /s/ *Matthew C. McDonough* | /s/ *Michael Grunfeld* |
| Matthew C. McDonough | Michael Grunfeld |
| | |
| MORGAN, LEWIS & BOCKIUS LLP | POMERANTZ LLP |
| | |
| *Counsel for Defendants* | *Co-Lead Counsel for Lead Plaintiffs* |