**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE AXSOME THERAPEUTICS, INC. SECURITIES LITIGATION | Case No.: 1:22-cv-3925-LGS |

**NOTICE OF LEAD PLAINTIFFS' UNOPPOSED MOTION**
**FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

PLEASE TAKE NOTICE that Lead Plaintiffs Thomas Giblin, Paul Berger, for himself and as sole trustee of the Paul Berger Revocable Trust, and Paul Sutherland (collectively, "Lead Plaintiffs"), through Lead Plaintiffs' Counsel, on behalf of themselves and the Settlement Class (as defined below), hereby move this Court under Federal Rule of Civil Procedure 23 for the entry of an order (the "Proposed Order"), substantially in the form attached as Exhibit A to the Stipulation of Settlement dated September 19, 2025 (the "Settlement Stipulation"):

(1) preliminarily approving the proposed settlement as set forth in the Settlement Stipulation, attached as Exhibit 1 to the Declaration of Michael Grunfeld in support of this Motion ("Grunfeld Declaration"), resolving this Action against all Defendants in exchange for the payment of $7.75 million for the benefit of the Settlement Class;

(2) preliminarily certifying a class (the "Settlement Class"), for settlement purposes only, of all persons who purchased or otherwise acquired Axsome common stock between May 10, 2021 and April 22, 2022, inclusive;

(3) appointing Strategic Claims Services as Claims Administrator;

(4) approving the form and manner of disseminating notice to the Settlement Class;

(5) scheduling a hearing to consider final approval of the Settlement and an award of attorneys' fees and expenses and compensatory awards to Lead Plaintiffs; and

(6)  setting deadlines for the dissemination of notice, the submission of proofs of claim and requests for exclusion, the filing of objections, and the filing of Lead Plaintiffs' and Lead Counsel's motion for final approval of the Settlement and applications for attorneys' fees and expenses and compensatory awards to Lead Plaintiffs.

Lead Plaintiffs base this Unopposed Motion on this Notice of Motion, the Grunfeld Declaration, the Settlement Stipulation and all exhibits attached thereto, and Lead Plaintiffs' supporting Memorandum of Law, all filed contemporaneously herewith, and all pleadings, records, and papers on file herein.

The Defendants do not oppose the relief Lead Plaintiffs seek. Accordingly, Lead Plaintiffs request that the Court enter the Proposed Order.

Dated: September 19, 2025

**POMERANTZ LLP**

By: */s/ Michael Grunfeld*
Jeremy A. Lieberman
Michael Grunfeld
Brandon M. Cordovi
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone:  (212) 661-1100
Facsimile:  (212) 661-8665
Email:  jalieberman@pomlaw.com
           mgrunfeld@pomlaw.com
           bcordovi@pomlaw.com

**THE ROSEN LAW FIRM, P.A.**
Jacob Goldberg
101 Greenwood Avenue, Suite 440
Jenkintown, PA 19046
Telephone: 215-600-2817
Facsimile: (212) 202-3827
Email: jgoldberg@rosenlegal.com

Erica L. Stone
275 Madison Avenue, 40th Floor
New York, New York 10016

Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: estone@rosenlegal.com

*Co-Lead Counsel for Lead Plaintiffs Thomas Giblin, Paul Berger, and Paul Sutherland*

**THE SCHALL LAW FIRM**
Brian Schall
2049 Century Park East, Suite 2460
Los Angeles, California 90067
Telephone: (424) 303-1964
brian@schallfirm.com

*Additional Counsel for Lead Plaintiff Thomas Giblin*

**PASKOWITZ LAW FIRM P.C**
Laurence D. Paskowitz (LP-7324)
97-45 Queens Boulevard
Suite 1202
Rego Park, New York 11374
Telephone: (212) 685-0969
lpaskowitz@pasklaw.com

*Additional Counsel for Lead Plaintiff Paul Berger, for himself and as sole trustee of the Paul Berger Revocable Trust*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of November 2025, a true and correct copy of the foregoing was filed electronically and will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                    */s/ Michael Grunfeld*
                                                      Michael Grunfeld