**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
| --- | --- |
| IN RE AXSOME THERAPEUTICS, INC. SECURITIES LITIGATION | Case No.: 1:22-cv-3925-LGS |

**DECLARATION OF MICHAEL GRUNFELD IN SUPPORT OF UNOPPOSED**
**MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

I, Michael Grunfeld, declare as follows pursuant to 28 U.S.C. §1746:

1.  I am a Partner of the law firm of Pomerantz LLP, which, together with The Rosen Law Firm, P.A., is court-appointed Lead Counsel for Lead Plaintiffs Thomas Giblin, Paul Berger, for himself and as sole trustee of the Paul Berger Revocable Trust, and Paul Sutherland (collectively, "Lead Plaintiffs") and the proposed Settlement Class. I am admitted to practice before this Court. I respectfully submit this declaration in support of the Unopposed Motion for Preliminary Approval of Class Action Settlement. I have personal knowledge of the matters testified to herein.

2.  I hereby certify that I conferred with counsel for Defendants Axsome Therapeutics, Inc., Herriot Tabuteau, and Mark Jacobson, regarding the relief requested in the Motion. This Motion is unopposed.

3.  The proposed deductions from the Settlement Fund included in Section VI of Lead Plaintiffs' Memorandum of Law in Support of Unopposed Motion for Preliminary Approval of Class Action Settlement for claims administrator fees, costs, and expenses and the broker reimbursement are based on communications, at my direction, with the Claims Administrator, Strategic Claims Services.

4.  Attached hereto as Exhibit 1 is a true and correct copy of the Stipulation of Settlement, dated as of September 19, 2025 ("Stipulation"). The exhibits to the Stipulation are as follows:

- Exhibit A: [Proposed] Order Granting Preliminarily Approval of Class Action Settlement.

- Exhibit A-1: Notice of Pendency and Proposed Settlement of Class Action.

- Exhibit A-2: Proof of Claim and Release Form.

- Exhibit A-3: Summary Notice of Pendency and Proposed Class Action Settlement.

- Exhibit A-4: Postcard Notice.

- Exhibit B: [Proposed] Final Order and Judgment.

5.      Attached hereto as Exhibit 2 is a true and correct copy of excerpts from a report by Cornerstone Research, authored by Laarni Bulan and Eric Tam, and titled *2024 Review & Analysis, Securities Class Action Settlements* (2025).

6.      Attached hereto as Exhibit 3 is a true and correct copy of the firm resume of Pomerantz LLP.

7.      Attached hereto as Exhibit 4 is a true and correct copy of the firm resume of The Rosen Law Firm, P.A.

I declare under penalty of perjury under the law of the United States that the foregoing is true and correct. Executed this 19th day of September 2025 at New York, New York.


*/s/ Michael Grunfeld*
Michael Grunfeld

2