UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
:
:
:
:
IN RE AXSOME THERAPEUTICS, INC.          :          22 Civ. 3925 (LGS)
SECURITIES LITIGATION                             :
:                     ORDER
:
:
:
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Court has been informed via e-mail that the parties have reached a settlement in principle in this case. It is hereby

**ORDERED** that any pending motions are **DENIED** as moot, and all conferences are **CANCELED**. It is further

**ORDERED** that the parties shall file a stipulation of settlement and joint motion for preliminary approval of class settlement by **September 19, 2025**.

Dated: August 20, 2025
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE