**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE AXSOME THERAPEUTICS, INC. SECURITIES LITIGATION | Case No.: 1:22-cv-3925-LGS |

**NOTICE OF NON-OPPOSITION TO UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiffs Thomas Giblin, Paul Berger, for himself and as sole trustee of the Paul Berger Revocable Trust, and Paul Sutherland (collectively, "Lead Plaintiffs"), individually and on behalf of all Settlement Class Members, respectfully submit this notice of non-opposition to the Unopposed Motion for Preliminary Approval of Class Action Settlement (the "Motion") (Dkt. No. 115) filed on September 19, 2025.

On September 22, 2025, the Court entered an Order directing any opposition, preliminary objections, or comments to the Motion be filed no later than October 7, 2025, and scheduled a preliminary approval hearing for October 21, 2025, at 2:30 p.m. (Dkt. No. 119). No opposition, preliminary objections, or comments have been filed. Thus, the Motion is unopposed.

Lead Plaintiffs respectfully submit, for the reasons explained in the Motion and because no opposition to the Motion has been filed, that the Court should grant the Motion so that notice of the Settlement can be issued to Settlement Class Members and the Settlement can proceed to the final approval stage where the Court will weigh the merits of the Settlement to determine whether it is fair, reasonable, and adequate.

Dated: October 13, 2025  Respectfully submitted,

**POMERANTZ LLP**

By:*/s/ Michael Grunfeld*
Jeremy A. Lieberman
Michael Grunfeld
Brandon M. Cordovi
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
Email: jalieberman@pomlaw.com
    mgrunfeld@pomlaw.com
    bcordovi@pomlaw.com

**THE ROSEN LAW FIRM, P.A.**
Jacob Goldberg
101 Greenwood Avenue, Suite 440
Jenkintown, PA 19046
Telephone: 215-600-2817
Facsimile: (212) 202-3827
Email: jgoldberg@rosenlegal.com

Erica L. Stone
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: estone@rosenlegal.com

*Co-Lead Counsel for Lead Plaintiffs Thomas Giblin, Paul Berger, and Paul Sutherland*

**THE SCHALL LAW FIRM**
Brian Schall
2049 Century Park East, Suite 2460
Los Angeles, California 90067
Telephone: (424) 303-1964
brian@schallfirm.com

*Additional Counsel for Lead Plaintiff Thomas Giblin*

**PASKOWITZ LAW FIRM P.C**
Laurence D. Paskowitz (LP-7324)

                    97-45 Queens Boulevard
Suite 1202
Rego Park, New York 11374
Telephone: (212) 685-0969
lpaskowitz@pasklaw.com

*Additional Counsel for Lead Plaintiff Paul Berger, for himself and as sole trustee of the Paul Berger Revocable Trust*