**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| IN RE AXSOME THERAPEUTICS, INC. SECURITIES LITIGATION | Case No.: 1:22-cv-3925-LGS |

**NOTICE OF LEAD COUNSEL'S MOTION FOR**
**AN AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES,**
**<u>AND COMPENSATORY AWARDS TO LEAD PLAINTIFFS</u>**

PLEASE TAKE NOTICE that Court-appointed Lead Counsel Pomerantz LLP and The Rosen Law Firm, P.A., on behalf of all Plaintiffs' Counsel, will move this Court on February 10, 2026 at 2:30 p.m. EDT at a hearing before the Honorable Lorna G. Schofield at the United States District Court for the Southern District of New York, Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007, in Courtroom 1106, for entry of an Order: (i) awarding attorneys' fees in the amount of 30% of the Settlement Fund, plus interest at the same rate as the Settlement Fund; (ii) paying Litigation Expenses in the amount of $146,553.93 incurred in prosecuting the Action, plus accrued interest; and (iii) awarding Lead Plaintiffs Thomas Giblin, Paul Berger, for himself and as sole trustee of the Paul Berger Revocable Trust, and Paul Sutherland collectively $22,095 for their work directly related to their representation of the Settlement Class, as authorized by the Private Securities Litigation Reform Act of 1995.

PLEASE TAKE FURTHER NOTICE that in support of this motion, Lead Counsel submits and is filing herewith: (i) the Memorandum of Law in Support of Lead Counsel's Motion for an Award of Attorneys' Fees, Reimbursement of Expenses, and Compensatory Awards to Lead Plaintiffs; and (ii) the Declaration of Michael Grunfeld in Support of Lead Plaintiffs' Motions for (I) Final Approval of Class Action Settlement and (II) for an Award of Attorneys' Fees, Reimbursement of Expenses, and Compensatory Awards to Lead Plaintiffs, with annexed exhibits.

A proposed Order will be submitted with Lead Counsel's reply submission on or before February 3, 2026, after the deadline for objecting has passed.

Dated: January 6, 2026

**POMERANTZ LLP**

By: */s/ Michael Grunfeld*
Jeremy A. Lieberman
Michael Grunfeld
Brandon M. Cordovi
600 Third Avenue, 20th Floor

1

New York, NY 10016
Telephone:  (212) 661-1100
Facsimile:  (212) 661-8665
Email:  jalieberman@pomlaw.com
        mgrunfeld@pomlaw.com
        bcordovi@pomlaw.com

**THE ROSEN LAW FIRM, P.A.**
Jacob Goldberg
101 Greenwood Avenue, Suite 440
Jenkintown, PA 19046
Telephone: 215-600-2817
Facsimile: (212) 202-3827
Email: jgoldberg@rosenlegal.com

Erica L. Stone
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: estone@rosenlegal.com

*Co-Lead Counsel for Lead Plaintiffs Thomas Giblin, Paul Berger, and Paul Sutherland*

**THE SCHALL LAW FIRM**
Brian Schall
2049 Century Park East, Suite 2460
Los Angeles, California 90067
Telephone: (424) 303-1964
brian@schallfirm.com

*Additional Counsel for Lead Plaintiff Thomas Giblin*

**PASKOWITZ LAW FIRM P.C**
Laurence D. Paskowitz (LP-7324)
97-45 Queens Boulevard
Suite 1202
Rego Park, New York 11374
Telephone: (212) 685-0969
lpaskowitz@pasklaw.com

*Additional Counsel for Lead Plaintiff Paul Berger, for himself and as sole trustee of the Paul Berger Revocable Trust*

2