# EXHIBIT 3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE AXSOME THERAPEUTICS, INC. SECURITIES LITIGATION | Case No.: 1:22-cv-3925-LGS |

**DECLARATION OF PAUL BERGER**

Doc ID: 94ed531867cc29b63a3b419adbcf5cff7a3fc7e8

I, Paul Berger, for myself and as sole trustee of the Paul Berger Revocable Trust, declare as follows:

1.      I am a Lead Plaintiff in the above-captioned securities class action ("Action"), and for purposes of this Settlement, a Class Representative. I submit this declaration in support of: (a) the motion for final approval of the proposed Settlement and approval of the proposed Plan of Allocation; (b) the motion for an award of attorneys' fees and reimbursement of litigation expenses; and (c) my request for reimbursement of the reasonable costs and expenses incurred in connection with my representation of the Settlement Class in the prosecution of this Action.

2.      I have personal knowledge of the matters set forth in this declaration and, if called upon, I could and would competently testify to these matters.

3.      I am aware of and understand the requirements and responsibilities of a representative plaintiff in a securities class action, including those set forth in the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u, and I have discharged those duties to the best of my ability.

4.      I understand that a settlement for $7,750,000 has been reached to resolve the Action.

5.      I have been actively involved in the prosecution of this case since October 2023, when I sought to be a plaintiff following the Court's order dismissing the Action prior to my involvement. (ECF No. 56). After discussing the role of being a plaintiff, I retained counsel who sought to reopen the lead plaintiff appointment process. (ECF No. 60). Upon the Court reopening the lead plaintiff appointment process, I, along with Thomas Giblin and Paul Sutherland, sought to be appointed lead plaintiffs. (ECF No. 67). Prior to joining this action and filing a motion

1

Doc ID: 94ed531867cc29b63a3b419adbcf5cff7a3fc7e8

seeking to be appointed a lead plaintiff, I discussed the role and responsibilities with my counsel. On January 22, 2024, the Court appointed me a Lead Plaintiff in the Action. (ECF No. 72).

6.      In fulfillment of my responsibilities as a Lead Plaintiff on behalf of the members of the Class in this Action, I have worked closely with Plaintiffs' Counsel regarding all aspects of the litigation and the resolution of the Action.

7.      Throughout the litigation, I received status reports from Lead Counsel on case developments, and participated in regular discussions concerning the prosecution of the Action, the strengths of and risks of the claims, and potential settlement. At each step of the litigation since I became involved, I conferred with my counsel, asked questions, and approved litigation decisions. In particular, throughout the course of this Action, I: (a) regularly communicated with my attorneys regarding the posture and progress of the case, as well as litigation strategy; (b) reviewed all significant pleadings and briefs filed in the Action, including the Second Amened Class Action Complaint ("SAC") (ECF No. 76), and the briefing related to Defendants' motions to dismiss the SAC; (c) reviewed Court orders and discussed them with my attorneys, including the order granting in part and denying in part the motions to dismiss the SAC (ECF No. 90); (d) responded and objected to written discovery requests from Defendants, including interrogatories and requests for production, and submitted initial disclosures; (e) collected documents and provided them to my counsel to be produced to Defendants in response to those discovery requests; (f) discussed with my counsel and reviewed the other steps taken in this Action, including discovery requests that counsel served on my behalf on Defendants and third-party subpoenas to the U.S. Food and Drug Administration, as well as Lead Plaintiffs' pre-motion letter regarding our impending class certification motion (ECF No. 114); (g) discussed settlement strategy prior to and

2

Doc ID: 94ed531867cc29b63a3b419adbcf5cff7a3fc7e8

after the mediation session held on July 31, 2025; and (h) evaluated and approved the proposed Settlement.

8.    Through my active participation, I was kept informed of the progress of the settlement negotiations in this litigation. Before and during the mediation process I conferred with my attorneys regarding the parties' respective positions.

9.    Based on my involvement throughout the prosecution and resolution of the claims asserted in the Action, I believe that the Settlement provides a highly favorable recovery for the Settlement Class, particularly in light of the risks of continued litigation. Thus, I believe that the proposed Settlement is fair, reasonable, and adequate to the Settlement Class, and I strongly endorse approval of the Settlement by the Court.

10.    I believe that Lead Counsel's request for an award of attorneys' fees in the amount of 30% of the Settlement Fund is fair and reasonable in light of the work Lead Counsel performed on behalf of the Settlement Class. I have evaluated Lead Counsel's fee request by considering the work performed, the recovery obtained for the Settlement Class, and the risks of the Action, and have authorized this fee request for the Court's ultimate determination.

11.    I further believe that the litigation expenses being requested for reimbursement to Lead Counsel are reasonable and represent costs and expenses necessary for the prosecution and resolution of the claims in the Action. Based on the foregoing, and consistent with my obligation to the Settlement Class to obtain the best result at the most efficient cost, I fully support Lead Counsel's motion for an award of attorneys' fees and reimbursement of litigation expenses.

12.    I understand that the PSLRA, 15 U.S.C. § 78u-4(a)(4), provides for the reimbursement of costs and expenses (including lost wages) incurred or otherwise absorbed by a representative plaintiff in connection with services rendered in the course of litigation. I believe

3

Doc ID: 94ed531867cc29b63a3b419adbcf5cff7a3fc7e8

that I fulfilled my fiduciary duty to Class Members to work with counsel to make sure the Class received fair and adequate representation. I have done my best to promote the interests of the Class vigorously and to obtain the largest recovery possible under the circumstances, and I believe that the Settlement confers the best result possible under all of the circumstances.

13.     I respectfully seek reimbursement in the amount of $7,500 for the time I committed to participating in this Action, which reflects my reasonable costs and expenses, directly relating to my representation of the Settlement Class. Over the several years of litigation, I conservatively estimate that I devoted more than 60 hours to representing the Settlement Class as a Lead Plaintiff and putative Class Representative in this Action, time that I otherwise would have devoted to securities analysis and investing, which is my current sphere of self-employment. Thus, the time that I spent on this Action represents a cost to me. I have a master's degree from the University of Alabama, and am a retired Certified Public Accountant in both Florida and the District of Columbia. I have been investing in the securities markets for over 55 years. I have retired from outside employment, and I consider myself to be self-employed. I presently spend my week investing, reviewing SEC filings, engaging in financial analysis, and attending investor conference calls. This is my field of self-employment, and a major source of my income.  Prior to retiring from work in the accounting and financial field, I worked at two accounting firms and served as Chief Financial Officer of an international company. My job responsibilities in accounting included serving as an audit manager for public company audit and related work, and my tenure as a CFO required my oversight of company finances, funding needs, and mergers and acquisitions. I estimate, based on information that is publicly available, and my extensive experience in accounting, finance, and investing, that my hourly rate if I were to seek paid employment as an investment manager or a CFO would be at least approximately $115 to $215

4

Doc ID: 94ed531867cc29b63a3b419adbcf5cff7a3fc7e8

per hour.[1] Given my considerable experience in many sophisticated areas, I believe these rates to be conservative, and that I would be compensated at rates considerably higher than these reported averages. My involvement in this action involved reviewing pleadings, multiple conferences with counsel, and sorting through, reviewing, and providing to counsel hundreds of pages of potentially relevant documents. I believe that the amount I am requesting is a fair and reasonable compensation request for the time and effort that I devoted to this litigation, which was necessary to help achieve the result for the Settlement Class.

14.    In conclusion, I was closely involved in the litigation throughout the prosecution and settlement of the claims in this Action, strongly endorse the Settlement as fair, reasonable, and adequate, and believe that the Settlement represents a significant recovery for the Settlement Class. I appreciate the Court's attention to the facts presented in my declaration and respectfully request that the Court approve: (a) the motion for final approval of the proposed Settlement and approval of the proposed Plan of Allocation; (b) the motion for an award of attorneys' fees and reimbursement of litigation expenses; and (c) my request for reimbursement of the reasonable costs and expenses incurred in prosecuting the Action of behalf of the Settlement Class.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

---

[1]    Indeed.com reports the average investment manager salary in Washington D.C. to be $239,326 per year. Available at: https://www.indeed.com/career/investment-manager/salaries/Washington--DC. The average salary of a public company CFO, according to Investopedia, is $444,404 per year. Available at: https://www.investopedia.com/ask/answers/010915/whats-average-salary-chief-financial-officer-cfo.asp

5

Doc ID: 94ed531867cc29b63a3b419adbcf5cff7a3fc7e8

Executed on the 30th day of December, 2025 in Rehoboth Beach, Delaware.

*paul berger*

_____

Paul Berger

6

Doc ID: 94ed531867cc29b63a3b419adbcf5cff7a3fc7e8