# EXHIBIT 4

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |
|---|
| IN RE AXSOME THERAPEUTICS, INC. SECURITIES LITIGATION |

Case No.: 1:22-cv-3925-LGS

**DECLARATION OF PAUL SUTHERLAND**

I, Paul Sutherland, declare as follows:

1.     I am a Lead Plaintiff in the above-captioned securities class action ("Action"), and for purposes of this Settlement, a Class Representative. I submit this declaration in support of: (a) the motion for final approval of the proposed Settlement and approval of the proposed Plan of Allocation; (b) the motion for an award of attorneys' fees and reimbursement of litigation expenses; and (c) my request for reimbursement of the reasonable costs and expenses incurred in connection with my representation of the Settlement Class in the prosecution of this Action.

2.     I have personal knowledge of the matters set forth in this declaration and, if called upon, I could and would competently testify to these matters.

3.     I am aware of and understand the requirements and responsibilities of a representative plaintiff in a securities class action, including those set forth in the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u, and I have discharged those duties to the best of my ability.

4.     I understand that a settlement for $7,750,000 has been reached to resolve the Action.

5.     I have been actively involved in the prosecution of this case since October 2023 when I agreed to be a plaintiff in the Action. After discussing the role of being a plaintiff, I retained counsel who included me on a proposed the Second Amended Class Action Complaint (ECF No. 57). Thereafter, I, along with Thomas Giblin and Paul Berger, for himself and as sole trustee of the Paul Berger Revocable Trust, sought to be appointed lead plaintiffs. (ECF No. 67). Prior to filing a motion seeking to be appointed a lead plaintiff, I discussed the role and responsibilities with my counsel. On January 22, 2024, the Court appointed me a Lead Plaintiff in the Action. (ECF No. 72).

6.      In fulfillment of my responsibilities as a Lead Plaintiff on behalf of the members of the Class in this Action, I have worked closely with Lead Counsel regarding all aspects of the litigation and the resolution of the Action.

7.      Throughout the litigation, I obtained status reports from Lead Counsel on case developments, and participated in regular discussions concerning the prosecution of the Action, the strengths of and risks of the claims, and potential settlement. At each step of the litigation, I conferred with my counsel, asked questions, and approved litigation decisions. In particular, throughout the course of this Action, I: (a) regularly communicated with my attorneys regarding the posture and progress of the case, as well as litigation strategy; (b) reviewed all significant pleadings and briefs filed in the Action – including the Second Amened Class Action Complaint ("SAC") (ECF No. 76), and the briefing related to the motions to dismiss the SAC; (c) reviewed Court orders and discussed them with my attorneys – including the initial order dismissing the Action prior to my involvement (ECF No. 56) and the order granting in part and denying in part the motions to dismiss the SAC (ECF No. 90); (d) searched for and produced documents to my counsel that were going to be served on Defendants; (e) responded and objected to written discovery requests including interrogatories, requests for production, and initial disclosures; (f) discussed discovery requests counsel served on my behalf including written discovery on Defendants and third-party subpoenas to the U.S. Food and Drug Administration; (g) discussed the pre-motion letter regarding the impending class certification motion (ECF No. 114); (h) discussed settlement strategy prior to and after the mediation session; and (i) evaluated and approved the proposed Settlement.

8.     Through my active participation, I was kept informed of the progress of the settlement negotiations in this litigation. Before and during the mediation process I conferred with my attorneys regarding the parties' respective positions.

9.     Based on my involvement throughout the prosecution and resolution of the claims asserted in the Action, I believe that the Settlement provides a highly favorable recovery for the Settlement Class, particularly in light of the risks of continued litigation. Thus, I believe that the proposed Settlement is fair, reasonable, and adequate to the Settlement Class and I strongly endorse approval of the Settlement by the Court.

10.     I believe that Lead Counsel's request for an award of attorneys' fees in the amount of 30% of the Settlement Fund is fair and reasonable in light of the work Lead Counsel performed on behalf of the Settlement Class. I have evaluated Lead Counsel's fee request by considering the work performed, the recovery obtained for the Settlement Class, and the risks of the Action, and have authorized this fee request for the Court's ultimate determination.

11.     I further believe that the litigation expenses being requested for reimbursement to Lead Counsel are reasonable and represent costs and expenses necessary for the prosecution and resolution of the claims in the Action. Based on the foregoing, and consistent with my obligation to the Settlement Class to obtain the best result at the most efficient cost, I fully support Lead Counsel's motion for an award of attorneys' fees and reimbursement of litigation expenses.

12.     I understand that the PSLRA, 15 U.S.C. § 78u-4(a)(4), provides for the reimbursement of costs and expenses (including lost wages) incurred or otherwise absorbed by a representative plaintiff in connection with services rendered in the course of litigation. I believe that I fulfilled my fiduciary duty to Class Members to work with counsel to make sure the Class received fair and adequate representation. I have done my best to promote the interests of the

3

Class vigorously and to obtain the largest recovery possible under the circumstances, and I do believe that the Settlement confers the best result possible under all of the circumstances.

13.    I respectfully seek reimbursement in the amount of $6,720 for the time I devoted to participating in this Action. Over the several years of litigation, I conservatively estimate that I spent more than 40 hours representing the Settlement Class as a Lead Plaintiff and putative Class Representative in this Action, time that I otherwise would have spent at my job, investing, or on other activities. Thus, the time spent on this Action represents a cost to me. As such, my request for reimbursement of reasonable costs and expenses, including lost wages, directly relates to my representation of the Settlement Class. I am 56 years old and earned a Bachelor of Science degree. I am an Account Executive for a technology company. My responsibilities include account management, customer support, internal and channel engagement, business planning, and customer sales. As compensation for my work, I receive a base salary and my remaining compensation is sales and commissions based. I estimate that my hourly rate is equivalent to approximately $168 per hour. Accordingly, I believe that this requested amount is a fair and reasonable compensation request for the time and effort I committed to this litigation, which was necessary to help achieve the result for the Settlement Class.

14.    In conclusion, I was closely involved in the litigation throughout the prosecution and settlement of the claims in this Action, strongly endorse the Settlement as fair, reasonable, and adequate, and believe that the Settlement represents a significant recovery for the Settlement Class. I appreciate the Court's attention to the facts presented in my declaration and respectfully request that the Court approve: (a) the motion for final approval of the proposed Settlement and approval of the proposed Plan of Allocation; (b) the motion for an award of attorneys' fees and

reimbursement of litigation expenses; and (c) my request for reimbursement of the reasonable costs and expenses incurred in prosecuting the Action of behalf of the Settlement Class.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on _____12/24/2025_____ in Greensboro, North Carolina.

DocuSigned by:

*Paul Sutherland*

3FFB690502C149A...

Paul Sutherland

5