# EXHIBIT 7

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE AXSOME THERAPEUTICS, INC. SECURITIES LITIGATION | Case No.: 1:22-cv-3925-LGS |

**DECLARATION OF LAURENCE PASKOWITZ ON BEHALF OF**
**THE PASKOWITZ LAW FIRM PC IN SUPPORT OF MOTION FOR AN AWARD**
**OF ATTORNEYS' FEES AND COMPENSATORY AWARDS TO LEAD PLAINTIFFS**

I, Laurence Paskowitz, declare, pursuant to 28 U.S.C. § 1746, as follows:

1.      I am the principal of The Paskowitz Law Firm PC  ("PLF" or "the Firm"), personal counsel and Co-Counsel to Co-Lead Plaintiff Paul Berger, for himself and as sole trustee of the Paul Berger Revocable Trust ("Berger"), in this action (the "Action").[1]  I have personal knowledge of the matters set forth herein based on my participation in the prosecution and settlement of the claims asserted on behalf of the Settlement Class in this Action.

2.      I have been a member of the bar of the State of New York in good standing since 1984, and I am admitted to the Eastern District of New York, where I am also in good standing. My career has been dedicated primarily to the representation of stockholders in class and derivative litigation.  My Firm's resume is attached hereto as Exhibit A hereto.

3.      The information in this declaration regarding my firm's time and expenses is taken from time and expense reports and supporting documentation prepared and/or maintained by PLF in the ordinary course of its business.  I am sole attorney who undertook to perform various tasks in this Action. I have reviewed the daily time records to confirm their accuracy.  Based on this review, I believe that the time reflected in my Firm's lodestar calculation is reasonable in amount and was necessary for the effective and efficient prosecution and resolution of the litigation.

4.      The total number of hours expended on this Action by PLF, all of which reflect my work, is 92 hours. The total resulting lodestar for my firm is $85,100.  The lodestar amount is based on the Firm's current hourly rates and exclude time spent on Lead Counsel's request for attorneys' fees and expenses. The Firm's rates are set based on periodic analysis of rates charged

---

[1] Unless otherwise defined herein, all capitalized terms shall have the meanings provided in the Stipulation and Agreement of Settlement, fully executed on September 19, 2025 (the "Stipulation"). ECF No. 117-1.

by firms performing comparable work both on the plaintiff and defense side. As my Firm's expenses were *de minimis,* we are not seeking reimbursement of expenses.

5.     The time and labor PLF devoted to this matter includes research and drafting in connection with the letter motion that led to my client serving as a Co-Lead Plaintiff for the Class; as well as research, drafting and other contributions to the amended pleadings; to the opposition to the motions to dismiss the second amended complaint; to gathering and reviewing numerous client documents; to client conferences; to direct participation in the mediation proceedings which led to the Settlement of this Action; and to other tasks performed in coordination with Lead Counsel and Co-Counsel.

6.     I worked closely with Co-Lead Plaintiff Paul Berger and can attest that he devoted many hours to the prosecution of this Action, and provided his expertise, advice and guidance at every step, contributing to an excellent result. I therefore support his application for a compensatory award in the amount requested.

7.     As noted, the background of my Firm and myself as Principal is reflected in Exhibit A, my Firm's current resume.

I declare under penalty of perjury that the foregoing is true and correct.  Executed December 31, 2025 at Rego Park, NY.

 */s/ Laurence Paskowitz*
Laurence Paskowitz

# EXHIBIT A

## PASKOWITZ LAW FIRM P.C.
## FIRM  RESUME

The Paskowitz Law Firm PC specializes in class actions brought on behalf of shareholders and consumers, and has wide experience in antitrust matters, general business litigation, and shareholder's derivative litigation.  The Firm's founder, Laurence Paskowitz, has been appointed lead or co-lead counsel in over 300 securities and consumer class actions.  He previously served as a partner in two well-known law firms, and has represented a wide range of clients, from small shareholders to investment funds.

Mr. Paskowitz has in his career led or co-led a number of securities fraud class actions.  The Firm has enjoyed a number of recent successes.  For example, in June 2020, the Paskowitz Firm, and its Co-Lead Counsel, in a class action suit brought under the PSLRA, won a reversal of a District Court dismissal from the Third Circuit Court of Appeals, thus reviving claims that the proxy laws were violated in connection with a multi-billion dollar bank merger.  Also in 2020-2021, the Firm litigated an action for an investment manager in connection with a multi-million dollar appraisal and shareholder oppression action pending in Connecticut Superior Court.

1

My work in the antitrust field spans 30 years, and has including antitrust class actions involving products such as copper tubing, flat glass, compact discs, shipping rates, internet advertising, and various other matters.

The Firm is also well known in the Delaware Chancery Court, where much of the nation's business litigation is conducted.  In 2023, we were appointed Co-Lead Counsel by Vice Chancelor Will in a shareholder's derivative action involving credit bureau Transunion.

In a landmark case, we were appointed Co-Lead Counsel by former Delaware Chief Justice Strine in a Delaware class action brought against Google, Inc. and its directors concerning a reclassification of Google stock into voting and non-voting shares.  Two days before trial, the action settled, for over $500 million in financial and therapeutic relief.  The settlement was approved on October 28, 2013.

The Firm was also instrumental in achieving a $59 million settlement on behalf of Under Armour shareholders in a very similar case that was resolved in early 2016.  In addition, the Paskowitz Law Firm was appointed Co-Lead Counsel by the Delaware Court of Chancery in *In re Cablevision/Rainbow Media Tracking Stock Litigation, Cons*. C.A. No. 19819, which resulted in an $8.25 million class settlement, which was approved in 2008.  In 2015, acting as co-lead counsel in a derivative suit brought on behalf of Jakks Pacific Inc. in California federal court

2

(but governed by Delaware law), the Firm achieved a settlement valued by plaintiffs' expert as worth $20-40 million.

The Firm has had additional success in federal District Courts. As co-lead counsel in *In re MBNA Corp. Derivative and Class Litigation*, a case filed in the United States District Court for the District of Delaware, we secured $7 million in benefits in 2009. Additionally, we were appointed in January 2010 by the United States District Court for the District of Delaware to serve as co-lead counsel in a shareholder's derivative suit brought on behalf of Intel Corp. concerning approximately $2.7 billion paid by Intel in fines and settlements stemming from alleged antitrust law violations. That action that led to a settlement involving important corporate governance reforms.

The Firm welcomes cases that present novel issues of law. While at the predecessor firm of Abraham & Paskowitz, Mr. Paskowitz and his partner recovered $20 million in cash in an unprecedented "short swing" insider trading case--then the largest cash recovery ever achieved in a case of that nature. *Steiner v. Williams*, 2001 U.S. Dist. LEXIS 7097 (S.D.N.Y. May 31, 2001)("Here the shareholders...received a $20,000,000 benefit as a sole result of the diligence and sagacity of Plaintiff's counsel.").

The Paskowitz Law Firm served as lead counsel or co-lead counsel in *Steven Madden Corp. Derivative Litigation* (achieving $8.6 million derivative settlement

3

in action alleging unfair employment contract for CEO who was convicted of money laundering and securities fraud)*; and* played a key role in achieving a $41 million settlement in *In re New Power Secs. Litig*, 02 CV 0550 (SDNY), a case under Section 11 of the 1933 Securities Act where the firm actively represented the Co-Lead Plaintiff.

*******

Mr. Paskowitz graduated from Hofstra Law School in 1983 with highest honors, after serving as an editor of the Hofstra Law Review.  He began his career at what was then Pomerantz Levy Haudek & Block (now Pomerantz LLP), a firm founded by the late Abraham Pomerantz, who was often referred to as "the father of the shareholder class action."  During his tenure there as an associate from 1983-89, Mr. Paskowitz played a principal role in a variety of cases involving tender offers, mergers, securities fraud, and antitrust law.

Mr. Paskowitz joined Wolf Popper Ross Wolf & Jones in 1989 (now Wolf Popper, LLP), became a partner in 1991, and then Chairman of the Corporate and Commercial Litigation Department in 1995.  Wolf Popper is one of the most prominent national firms specializing in shareholder and consumer rights, and complex corporate litigation. While there, Mr. Paskowitz served as lead counsel or co-lead counsel on more than two dozen shareholder actions, including class and

4

derivative actions involving excessive compensation. Mr. Paskowitz won settlements of $12 million derivatively on behalf of Brooke Group, Inc., a similar amount for Citizens Utilities Corp., and $9 million for Lin Broadcasting Corp. Mr. Paskowitz also played a leading role in obtaining class action settlements in securities fraud actions against Tenneco Corp. ($50 million settlement); McDonell Douglas Equipment Leasing Securities Litigation ($35 million recovery); Valley National Corp. ($10 million settlement); and Security Pacific Corp. ($9 million settlement). From 1997-2000, Mr. Paskowitz was a sole practitioner, who continued to specialize in shareholder litigation. During this period, he was among a team of lawyers who initiated the shareholder litigation over the collapse of USN Communications, an action which was resolved for $45 million.

In 2000, Mr. Paskowitz formed the firm of Abraham & Paskowitz. During his tenure at that firm, Mr. Paskowitz served as lead or co-lead counsel for cases that achieved substantial recoveries, including *In re Netcreations Shareholder Litigation* (improvement in buyout price of $12 million for class of investors) and *In re CSFBdirect Shareholders Litigation* (shareholders who objected to unfair tender offer price paid $36 million more for their shares pursuant to settlement).

The Firm's experience has included antitrust class actions involving products such as copper tubing, flat glass, compact discs, shipping rates, internet advertising, and various other matters.

5

Mr. Paskowitz has published articles that have appeared in the *Hofstra Law Review* and *The New York Law Journal,* and has been a member of the New York State Bar Association Committee on Class Actions.  Mr. Paskowitz has been admitted to the U.S. District Courts for the Southern and Eastern Districts of New York, the District of Arizona, and the Federal Courts of Appeals for the Second, Third, Fifth and Eighth Circuits.  He has practiced before federal and state courts throughout the country, and before the Judicial Panel on Multidistrict Litigation.