**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE AXSOME THERAPEUTICS, INC. SECURITIES LITIGATION | Case No.: 1:22-cv-3925-LGS |

### SUPPLEMENTAL DECLARATION OF MICHAEL GRUNFELD IN FURTHER SUPPORT OF LEAD PLAINTIFFS' MOTIONS FOR (I) FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND (II) FOR AN AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND COMPENSATORY AWARDS TO LEAD PLAINTIFFS

I, Michael Grunfeld, declare, pursuant to 28 U.S.C. § 1746, as follows:

1.      I am a partner at Pomerantz LLP ("Pomerantz"), which, together with The Rosen Law Firm, P.A. ("Rosen Law"), is court-appointed Lead Counsel for Lead Plaintiffs Thomas Giblin, Paul Berger, for himself and as sole trustee of the Paul Berger Revocable Trust, and Paul Sutherland (collectively, "Lead Plaintiffs") and the proposed Settlement Class in this Action. I have personal knowledge of the matters set forth herein based on my participation in the prosecution and settlement of the claims asserted on behalf of the Settlement Class in this Action.[1]

2.      I respectfully submit this Declaration in further support of Lead Plaintiffs' motion, pursuant to Federal Rule of Civil Procedure 23, for final approval of the proposed $7,750,000 settlement of this Action and the proposed plan of allocation.

3.      I also respectfully submit this Declaration in further support of Lead Counsel's motion, on behalf of all Plaintiffs' Counsel, for an award of attorneys' fees of 30% of the Settlement Fund (or $2,325,000, plus interest at the same rate as the Settlement Fund) and reimbursement of $146,553.93 in out-of-pocket expenses (plus interest at the same rate as the

---

[1] Unless otherwise defined herein, all capitalized terms shall have the meanings provided in the Stipulation of Settlement, fully executed on September 19, 2025. ECF No. 117-1

Settlement Fund), as well as $22,095 in total to Lead Plaintiffs, in accordance with the Private Securities Litigation Reform Act of 1995.

4.      Pursuant to the Long Notice, Settlement Class Members must mail or deliver copies of any objections, papers and briefs to each of the counsel listed in the Long Notice. ECF No. 128-1 at 8. Lead Counsel has not received any objections to the Settlement.

5.      Attached hereto as Exhibit 1 is a true and correct copy of the Supplemental Declaration of Josephine Bravata Concerning: (A) Mailing/Emailing of the Notice; (B) Report on Requests for Exclusion and Objections; and (C) Claims Received to Date.

6.      Attached hereto as Exhibit 2 is the [Proposed] Final Order and Judgment.

I declare under penalty of perjury that the foregoing facts are true and correct.

Executed this 3rd day of February, 2026, at New York, New York.

*/s/ Michael Grunfeld*
Michael Grunfeld